EDTX UAET (04-2024)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

VL Collective IP LLC

Plaintiff

v.                                                    Civ. No. 2:26-cv-00346-JRG

Microsoft Corporation

Defendant

### UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension: Microsoft Corporation

Date Party's answer was previously due:                                      06/05/2026

Date Party's answer is now due (must not exceed 45 days after original due date):    07/20/2026

Date: 05/18/2026          /s/ *Melissa R. Smith*

Full Name: Melissa R. Smith

State Bar No.: 24001351

Address: GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670

Phone: (903) 934-8450

Fax: (903) 934-9257

Email: melissa@gillamsmithlaw.com

**Please note:**

• A Certificate of Conference is not required.

• If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

• To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).

• In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)