**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| VL COLLECTIVE IP LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | Civil Action No. 2:26-cv-00346-JRG |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| MICROSOFT CORPORATION, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |
| | § | |

**DEFENDANT MICROSOFT CORPORATION'S
NOTICE OF APPEARANCE OF AHREN C. HSU-HOFFMAN**

Defendant Microsoft Corporation files this notice of attorney appearance and hereby notifies the Court and all parties of record that Ahren C. Hsu-Hoffman is appearing as counsel for Defendant Microsoft Corporation in the above-referenced matter.

Date:  May 28, 2026

Respectfully submitted,

*/s/ Ahren C. Hsu-Hoffman*

Natalie A. Bennett*
Illinois State Bar No. 6304611
natalie.bennett@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
T. 202.739.3000
F. 202.739.3001

Ahren C. Hsu-Hoffman*
Texas Bar No. 24053269
ahren.hasu-hoffman@morganlewis.com
Jason E. Gettleman (*pro hac vice* forthcoming)
jason.gettleman@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA 94304
T. 650.843.4000
F. 650.843.4001

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email:  melissa@gillamsmithlaw.com

*Admitted to Practice*
**Attorneys for Defendant Microsoft Corporation**

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that on May 28, 2026, a true and correct copy of the foregoing document was served on all counsel of record who have appeared in this case via the Court's CM/ECF system per Local Rule CV-5.

By:   */s/ Ahren C. Hsu-Hoffman*
Ahren C. Hsu-Hoffman