**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| VL COLLECTIVE IP LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | Civil Action No. 2:26-cv-00346-JRG |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| MICROSOFT CORPORATION, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |
| | § | |

**DEFENDANT MICROSOFT CORPORATION'S
NOTICE OF APPEARANCE OF JASON E. GETTLEMAN**

Defendant Microsoft Corporation files this notice of attorney appearance and hereby notifies the Court and all parties of record that Jason E. Gettleman is appearing as counsel for Defendant Microsoft Corporation in the above-referenced matter.

Date:  June 9, 2026

Respectfully submitted,

/s/ *Jason E. Gettleman*
Natalie A. Bennett*
Illinois State Bar No. 6304611
natalie.bennett@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
T. 202.739.3000
F. 202.739.3001

Ahren C. Hsu-Hoffman*
Texas Bar No. 24053269
ahren.hasu-hoffman@morganlewis.com
Jason E. Gettleman*
California Bar No. 269733
jason.gettleman@morganlewis.com
Katerina Hora Jacobson*
California Bar No. 342384
katerina.horajacobson@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA 94304
T. 650.843.4000
F. 650.843.4001

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email:  melissa@gillamsmithlaw.com

*Admitted to Practice*
**Attorneys for Defendant Microsoft**
**Corporation**

2

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on June 9, 2026, a true and correct copy of the foregoing document was served on all counsel of record who have appeared in this case via the Court's CM/ECF system per Local Rule CV-5.

By:   */s/ Jason E. Gettleman*
Jason E. Gettleman