**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| VL COLLECTIVE IP LLC, | Case No. 2:26-cv-00346-JRG |
| *Plaintiff,* | |
| v. | JURY TRIAL DEMANDED |
| MICROSOFT CORPORATION, | |
| *Defendant.* | |

**NOTICE OF COMPLIANCE**

Plaintiff VL Collective IP LLC ("Plaintiff") hereby notifies the Court that pursuant to the Court's Order Setting the Scheduling Conference (Dkt. 22) Plaintiff has served its Disclosure of Asserted Claims and Infringement Contentions (P.R. 3-1 and 3-2) on all Defendants via electronic mail on July 6, 2026.

1

Dated: July 6, 2026

Respectfully submitted,

/s/ *David Alberti*
David Alberti
CA Bar No. 220265 (Admitted E.D. Texas)
dalberti@albertilim.com
Sal Lim
CA Bar No. 211836 (Admitted E.D. Texas)
slim@albertilim.com
Russell S. Tonkovich
CA Bar No. 233280 (Admitted E.D. Texas)
rtonkovich@albertilim.com
James Barabas (*pro hac vice*)
NY Bar No. 3911484
jbarabas@albertilim.com
Hong S. Lin
CA Bar No. 249898 (Admitted E.D. Texas)
hlin@albertilim.com
Andrew Hamill
CA Bar No. 251156 (Admitted E.D. Texas)
ahamill@albertilim.com
Jeremiah A. Armstrong (*pro hac vice*)
CA Bar No. 253705
jarmstrong@albertilim.com
Nicholas Martini (*pro hac vice*)
CA Bar No. 237687
nmartini@albertilim.com
Ryan Dooley (*pro hac vice*)
CA Bar No. 321645
rdooley@albertilim.com
**ALBERTI LIM & TONKOVICH LLP**
950 Tower Lane, Suite 1725
Foster City, CA 94404
Telephone: (650) 825-4300
Facsimile: (650) 460-8443

Andrea L. Fair
Texas Bar No. 24078488
andrea@millerfairhenry.com
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Pkwy
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*Attorneys for Plaintiff*
VL Collective IP LLC

2

3

## CERTIFICATE OF SERVICE

I certify that the foregoing document is being served via the Court's CM/ECF system on

July 6, 2026, on all counsel of record who have consented to electronic service.

/s/ *David Alberti*
David Alberti

3