# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| VL Collective IP LLC, | Civil Action No. 2:26-cv-00346-JRG |
| Plaintiff, | |
| vs. | **JURY TRIAL DEMANDED** |
| MICROSOFT CORPORATION, | |
| Defendant. | |

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

Plaintiff, VL Collective IP LLC, hereby notifies the Court and all parties of record that, in addition to the attorneys already representing it, Garrett Parish, Texas State Bar No. 24125824, of Miller Fair Henry PLLC, 1507 Bill Owens Pkwy., Longview, Texas 75604, (903) 757-6400, will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.

DATED: July 16, 2026

Respectfully submitted,

*/s/ Garrett C. Parish*
Garrett C. Parish
Texas Bar No. 24125824
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, Texas 75601
Telephone: (903) 757-6400
Fax: (903) 757-2323
E-mail: garrett@millerfairhenry.com

*Attorney for Plaintiff VL Collective IP LLC*