**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| VL COLLECTIVE IP LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:26-cv-00346-JRG |
| MICROSOFT CORPORATION, | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § § § § § | |

**DEFENDANT MICROSOFT CORPORATION'S UNOPPOSED MOTION FOR
EXTENSION TO RESPOND TO COMPLAINT**

Defendant, Microsoft Corporation ("Microsoft"), through its counsel, files this Unopposed Motion for Extension of Time to Respond to Complaint. The response was originally due June 5, 2026. An application for extension of time to respond to the complaint was filed May 18, 2026 (ECF 15). The application was granted on May 19, 2026 (ECF 16). The response is currently due July 20, 2026.  Microsoft respectfully requests that the Court extend the deadline for Microsoft to respond to the complaint by one week, to and including July 27, 2026. Plaintiff VL Collective IP LLC does not oppose this extension.

This requested extension of time is not for the purpose of delay and will not prejudice the parties.

-1-

Date:  July 17, 2026                    Respectfully submitted,

                                        /s/  Melissa R. Smith
                                        Natalie A. Bennett*
                                        Illinois State Bar No. 6304611
                                        natalie.bennett@morganlewis.com
                                        MORGAN, LEWIS & BOCKIUS LLP
                                        1111 Pennsylvania Avenue, NW
                                        Washington, D.C. 20004-2541
                                        T. 202.739.3000
                                        F. 202.739.3001

                                        Ahren C. Hsu-Hoffman
                                        Texas Bar No. 24053269
                                        ahren.hasu-hoffman@morganlewis.com
                                        Jason E. Gettleman*
                                        California Bar No. 269733
                                        jason.gettleman@morganlewis.com
                                        Katerina Hora Jacobson*
                                        California Bar No. 342384
                                        katerina.horajacobson@morganlewis.com
                                        MORGAN, LEWIS & BOCKIUS LLP
                                        1400 Page Mill Road
                                        Palo Alto, CA 94304
                                        T. 650.843.4000
                                        F. 650.843.4001

                                        Melissa R. Smith
                                        State Bar No. 24001351
                                        GILLAM & SMITH, LLP
                                        303 South Washington Avenue
                                        Marshall, Texas 75670
                                        Telephone:  (903) 934-8450
                                        Facsimile:  (903) 934-9257
                                        Email:  melissa@gillamsmithlaw.com

                                        *Admitted to Practice
                                        **Attorneys for Defendant Microsoft
                                        Corporation**

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for the parties have complied with the meet and confer requirement in Local Rule CV-7(h). This motion unopposed.

*/s/  Melissa R. Smith*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on July 17, 2026, a true and correct copy of the foregoing document was served on all counsel of record who have appeared in this case via the Court's CM/ECF system per Local Rule CV-5.

*/s/  Melissa R. Smith*