**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| VL COLLECTIVE IP LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | Civil Action No. 2:26-cv-00346-JRG |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| MICROSOFT CORPORATION, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |
| | § | |

**ORDER**

The Court, having considered Defendant Microsoft Corporation's Unopposed Motion to Extend Time to Respond to Complaint, and finding that good cause exists for the requested extension, hereby GRANTS the Unopposed Motion.

IT IS THEREFORE ORDERED that the deadline to respond to the complaint is extended by one week, to and including July 27, 2026.

-4-