**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| VL COLLECTIVE IP LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | Civil Action No. 2:26-cv-00346-JRG |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| MICROSOFT CORPORATION, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |
| | § | |

**DEFENDANT MICROSOFT CORPORATION'S UNOPPOSED MOTION FOR
EXTENSION TO SERVE P.R. 3-3 AND 3-4 INVALIDITY CONTENTIONS AND
SUBJECT MATTER ELIGIBILITY CONTENTIONS**

Defendant, Microsoft Corporation ("Microsoft"), through its counsel, files this Unopposed

Motion for Extension of Time to Serve its P.R. 3-3 and 3-4 Invalidity Contentions and to comply

with the Court's Standing Order regarding Subject Matter Eligibility Contentions as follows:

| Deadline | Current Date | New Date |
|---|---|---|
| Comply with Standing Order Regarding Subject-Matter Eligibility Contentions | 08/31/2026 6 Weeks After Scheduling Conference | 09/14/2026 |
| Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) | 08/31/2026 6 Weeks After Scheduling Conference | 09/14/2026 |

Microsoft's P.R. 3-3 and 3-4 Invalidity Contentions and Subject Matter Eligibility

Contentions are currently due by August 31, 2026, as set by the Court's Order for Scheduling

Conference (Dkt. No. 22). Microsoft respectfully requests that the Court extend the deadlines for

Microsoft to serve its Invalidity Contentions and Subject Matter Eligibility Contentions by two

weeks, to and including September 14, 2026. Plaintiff VL Collective IP LLC does not oppose this

extension.

This requested extension of time is not for the purpose of delay and will not prejudice the

parties.

Date:  July 17, 2026

Respectfully submitted,

/s/ *Melissa R. Smith*
Natalie A. Bennett*
Illinois State Bar No. 6304611
natalie.bennett@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
T. 202.739.3000
F. 202.739.3001

Ahren C. Hsu-Hoffman
Texas Bar No. 24053269
ahren.hasu-hoffman@morganlewis.com
Jason E. Gettleman*
California Bar No. 269733
jason.gettleman@morganlewis.com
Katerina Hora Jacobson*
California Bar No. 342384
katerina.horajacobson@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA 94304
T. 650.843.4000
F. 650.843.4001

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email:  melissa@gillamsmithlaw.com

*Admitted to Practice*
**Attorneys for Defendant Microsoft**
**Corporation**

-2-

-3-

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for the parties have complied with the meet and confer requirement in Local Rule CV-7(h). This motion unopposed.

/s/ *Melissa R. Smith*
Melissa R. Smith

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on July 17, 2026, a true and correct copy of the foregoing document was served on all counsel of record who have appeared in this case via the Court's CM/ECF system per Local Rule CV-5.

/s/ *Melissa R. Smith*
Melissa R. Smith

-3-