**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| VL COLLECTIVE IP LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:26-cv-00346-JRG |
| | § | |
| MICROSOFT CORPORATION, | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |
| | § | |

**ORDER GRANTING
DEFENDANT MICROSOFT CORPORATION'S UNOPPOSED MOTION FOR
EXTENSION TO SERVE P.R. 3-3 AND 3-4 INVALIDITY CONTENTIONS AND
SUBJECT MATTER ELIGIBILITY CONTENTIONS**

The Court, having considered Defendant Microsoft Corporation's Unopposed Motion to Extend Time to Serve its P.R. 3-3 and 3-4 Invalidity Contentions and to comply with the Court's Standing Order regarding Subject Matter Eligibility Contentions, and finding that good cause exists for the requested extension, hereby GRANTS the Unopposed Motion.

IT IS THEREFORE ORDERED that the deadline for Microsoft to Serve its P.R. 3-3 and 3-4 Invalidity Contentions and to comply with the Court's Standing Order regarding Subject Matter Eligibility Contentions is extended by two weeks, to and including September 14, 2026.

-1-