**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| VL COLLECTIVE IP LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:26-CV-00346-JRG |
| | § | |
| MICROSOFT CORPORATION, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Unopposed Motion for Extension To Respond to Complaint (the "Motion") filed by Defendant Microsoft Corporation ("Defendant"). (Dkt. No. 25). In the Motion, Defendant seeks a one-week extension of time to respond to Plaintiff VL Collective IP LLC ("Plaintiff")'s Complaint. (*Id.* at 1). The requested extension would move the deadline from July 20, 2026, up to and including July 27, 2026. (*Id.*). The Motion is unopposed. (*Id.*).

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for Defendant to respond to Plaintiff's Complaint is **extended** up to and including **July 27, 2026**.

So ORDERED and SIGNED this 23rd day of July, 2026.

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE