## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| VL COLLECTIVE IP LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:26-CV-00346-JRG |
| | § | |
| MICROSOFT CORPORATION, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Unopposed Motion for Extension To Serve P.R. 3-3 and 3-4 Invalidity Contentions and Subject Matter Eligibility Contentions (the "Motion") filed by Defendant Microsoft Corporation ("Defendant"). (Dkt. No. 26). In the Motion, Defendant seeks a two-week extension of time to serve invalidity contentions and subject matter eligibility contentions pursuant to P.R. 3-3, 3-4. (*Id.* at 1). The requested extension would move the deadline from August 31, 2026, up to and including September 14, 2026. (*Id.*). The Motion is unopposed. (*Id.* at 1-2).

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for Defendant to respond to Plaintiff's Complaint is **extended** up to and including **September 14, 2026**.

So ORDERED and SIGNED this 23rd day of July, 2026.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE