# EXHIBIT A

US008514868B2

## (12) United States Patent
### Hill

(10) **Patent No.:** **US 8,514,868 B2**
(45) **Date of Patent:** **Aug. 20, 2013**

(54) **CLOUD COMPUTING GATEWAY, CLOUD COMPUTING HYPERVISOR, AND METHODS FOR IMPLEMENTING SAME**

(75) Inventor: **Duncan Christopher Hill**, Toronto (CA)

(73) Assignee: **ServiceMesh, Inc.**, Santa Monica, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 274 days.

(21) Appl. No.: **12/488,424**

(22) Filed: **Jun. 19, 2009**

(65) **Prior Publication Data**

US 2010/0027552 A1 Feb. 4, 2010

### Related U.S. Application Data

(60) Provisional application No. 61/074,027, filed on Jun. 19, 2008.

(51) **Int. Cl.**
*H04L 12/28* (2006.01)
*G06F 9/455* (2006.01)
*G06F 15/173* (2006.01)

(52) **U.S. Cl.**
USPC ............... **370/401**; 370/389; 370/392; 718/1; 709/226; 709/233

(58) **Field of Classification Search**
USPC .......................... 370/352–503; 709/226–233
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,880,002 | B2 * | 4/2005 | Hirschfeld et al. ........... | 709/223 |
| 7,697,441 | B2 * | 4/2010 | Bansal et al. ................. | 370/241 |
| 7,836,198 | B2 * | 11/2010 | Cadigan et al. ............... | 709/233 |
| 8,078,728 | B1 * | 12/2011 | Pollan et al. .................. | 709/226 |
| 8,117,289 | B1 * | 2/2012 | Miller et al. ................. | 709/220 |
| 8,259,571 | B1 * | 9/2012 | Raphel et al. ................. | 370/230 |
| 2002/0016926 | A1 * | 2/2002 | Nguyen et al. ................ | 713/201 |
| 2003/0105810 | A1 * | 6/2003 | McCrory et al. .............. | 709/203 |
| 2007/0180448 | A1 | 8/2007 | Low | |
| 2008/0034365 | A1 * | 2/2008 | Dahlstedt .......................... | 718/1 |

(Continued)

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 98/58356 | 12/1998 |
| WO | 2009155574 A1 | 12/2009 |
| WO | WO 2009155574 A1 * | 12/2009 |
| WO | 2011091056 A1 | 6/2011 |

#### OTHER PUBLICATIONS

XEN Summit, Apr. 18, 2007 TJ Watson Research Center, The XEN-API, by Ewan Mellor.

(Continued)

*Primary Examiner* — Ayaz Sheikh
*Assistant Examiner* — Venkatesh Haliyur
(74) *Attorney, Agent, or Firm* — Barnes & Thornburg LLP; Thomas J. McWilliams; Edward F. Behm, Jr.

(57) **ABSTRACT**

Embodiments of the present invention provide a cloud gateway system, a cloud hypervisor system, and methods for implementing same. The cloud gateway system extends the security, manageability, and quality of service membrane of a corporate enterprise network into cloud infrastructure provider networks, enabling cloud infrastructure to be interfaced as if it were on the enterprise network. The cloud hypervisor system provides an interface to cloud infrastructure provider management systems and infrastructure instances that enables existing enterprise systems management tools to manage cloud infrastructure substantially the same as they manage local virtual machines via common server hypervisor APIs.

**22 Claims, 11 Drawing Sheets**



## US 8,514,868 B2

Page 2

(56)        **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2008/0215681 A1* | 9/2008 | Darcie et al. .................. | 709/204 |
| 2009/0089078 A1* | 4/2009 | Bursey ............................. | 705/1 |
| 2009/0126999 A1* | 5/2009 | Davidson ........................ | 175/70 |
| 2009/0210929 A1* | 8/2009 | Zill et al. .......................... | 726/4 |
| 2009/0216999 A1* | 8/2009 | Gebhart et al. ................ | 712/36 |
| 2009/0228967 A1 | 9/2009 | Gbadegesin | |
| 2009/0240346 A1* | 9/2009 | Cadigan et al. .................. | 700/2 |
| 2009/0276771 A1* | 11/2009 | Nickolov et al. ............ | 717/177 |
| 2009/0300151 A1* | 12/2009 | Friedman et al. ............. | 709/222 |
| 2010/0027552 A1* | 2/2010 | Hill ............................... | 370/401 |
| 2010/0287280 A1* | 11/2010 | Sivan ........................... | 709/226 |
| 2010/0293484 A1* | 11/2010 | Stanhope et al. ............. | 715/760 |
| 2010/0293522 A1* | 11/2010 | Cifra et al. .................... | 717/105 |
| 2010/0306773 A1* | 12/2010 | Lee et al. .......................... | 718/1 |
| 2010/0318609 A1* | 12/2010 | Lahiri et al. .................. | 709/205 |
| 2011/0075664 A1* | 3/2011 | Lambeth et al. ............. | 370/390 |
| 2011/0231899 A1* | 9/2011 | Pulier et al. ....................... | 726/1 |
| 2011/0261828 A1* | 10/2011 | Smith ........................... | 370/401 |
| 2012/0084184 A1* | 4/2012 | Raleigh et al. .................. | 705/30 |
| 2012/0229499 A1* | 9/2012 | Tsao et al. .................... | 345/619 |
| 2013/0142201 A1* | 6/2013 | Kim et al. .................... | 370/392 |
| 2013/0156189 A1* | 6/2013 | Gero et al. .................... | 380/255 |

### OTHER PUBLICATIONS

XEN Management API, Version: API Revision 1.0.0, Date: Apr. 27, 2007, Stable Release, by Ewan Mellor, Richard Sharp and David Scott.

201009380-5, "Singapore Application Serial No. 201009380-5, Written Opinion mailed Mar. 28, 2012", 9 pages.

EP09767882, "European Application Serial No. EP09767882, Extended European Search Report Opinion and Supplementary European Search Report mailed on Jul. 14, 2011", Hill, Duncan Christop Jul. 14, 2011, 9 pages.

PCT/US09/48052, "International Application Serial No. PCT/US09/48052, International Preliminary Report on Patentability and Written Opinion mailed on Dec. 21, 2010", Hill, Duncan Christopher, Dec. 21, 2010, 5 pages.

PCT/US09/48052, "International Application Serial No. PCT/US09/48052, International Search Report mailed Aug. 20, 2009", Hill, Duncan Christopher, Aug. 20, 2009, 1 page.

PCT/US11/021741, "International Application Serial No. PCT/US11/021741, International Search Report mailed Jul. 28, 2011", Pulier, Eric et al., Jul. 28, 2011, 3 pages.

Qian, Ling et al., "Cloud Computing: An Overview", CloudCom 2009, 2009, pp. 626-631.

Wikipedia, "Enterprise service bus", Wikipedia, the free encyclopedia, May 28, 2008, 7 pages, http://en.wikipedia.org/w/index.php?title=Enterprise_service_bus&oldid=215734396 [retrieved on Jul. 4, 2011].

Wood, Timothy et al., "Improving Data Center Resource Management, Deployment, and Availability with Virtualization", Jun. 2009, 58 pages.

Wood, Timothy et al., "The case for Enterprise-Ready Virtual Private Clouds", Jun. 19, 2009, 5 pages.

* cited by examiner



FIG. 1A

U.S. Patent                Aug. 20, 2013        Sheet 2 of 11                US 8,514,868 B2



FIG. 1B

U.S. Patent        Aug. 20, 2013        Sheet 3 of 11        US 8,514,868 B2



FIG. 2

# FIG. 3

## Enterprise Gateway System 300

| remote software installer 305 |
| --- |

| enterprise network services tool 310 |
| --- |

# FIG. 4

| Enterprise Gateway Database 400 |
| --- |
| software database 405 |
| plug-ins database 410 |
| client database 415 |

# FIG. 5

## Remote Gateway System 500

| virtual machine connection tool 505 |
| --- |

| remote network services tool 510 |
| --- |

# FIG. 6

| Remote Gateway Database 600 |
| --- |
| software database 605 |
| plug-ins database 610 |
| client database 615 |

U.S. Patent                Aug. 20, 2013        Sheet 5 of 11                US 8,514,868 B2

# FIG. 7

## Client Access Agent 700

| mobile network services tool 705 |

# FIG. 8

| Mobile End-User Database 800 |
|---|
| plug-ins database 805 |
| client database 810 |

**U.S. Patent**    Aug. 20, 2013    Sheet 6 of 11    US 8,514,868 B2



FIG. 9

## FIG. 10

Cloud Hypervisor Database 1000

front-end plug-in database 1005
back-end plug-in database 1010



FIG. 11

# FIG. 12



Cloud Hypervisor System 1200

pseudo-hypervisor creation tool 1205

API call listening tool 1210

hypervisor API call translation tool 1215

routing tool 1220

cloud API call translation tool 1225

**Method for managing cloud infrastructure 1300**

# FIG. 13





FIG. 14

US 8,514,868 B2

**1**

## CLOUD COMPUTING GATEWAY, CLOUD COMPUTING HYPERVISOR, AND METHODS FOR IMPLEMENTING SAME

### PRIORITY CLAIM

This application claims the benefit of and incorporates by reference U.S. Provisional Application No. 61/074,027, filed on Jun. 19, 2008 and entitled "Cloud Computing Gateway and Cloud Computing Hypervisor."

### BACKGROUND

1. Field of the Invention

The present invention pertains generally to the field of cloud computing. More particularly, the invention pertains to systems and methods for managing cloud infrastructure and communicating with cloud provisioning and management tools.

2. Technical Background

Companies have begun offering businesses a new cloud computing outsourcing option that promises reduced costs, improved availability, improved scalability, and reduced time to deploy new applications. These companies act as managed service providers that rent virtual computer, storage, and Internet connectivity services for variable periods on a pay-per-use basis from large pools of repurposable, multi-tenant computing resources. Such cloud infrastructure providers include Amazon Web Services, Joyent, and Mosso.

Many businesses, however, are currently unable to use cloud infrastructure because of a lack of security, control, and manageability of the computing capacity rented from the cloud infrastructure providers. These problems prevent such businesses from maximizing their use of cloud infrastructure, which includes virtual server instances, storage, and Internet bandwidth. In particular, many enterprise IP networks deploy a protective control layer or "enterprise network membrane" to repel external threats, detect intrusions, authorize access, govern and audit activity, and ensure manageability. Unless the business has an administrator or other agent working with the cloud infrastructure provider, the enterprise network membrane does not extend to the cloud infrastructure.

It thus should be appreciated from the foregoing description that there is a need for an improved system and method for managing cloud infrastructure and communicating with cloud provisioning and management tools that addresses the difficulties described above. The present invention satisfies this need and provides further related advantages.

### SUMMARY OF THE INVENTION

In accordance with an embodiment, the present invention provides a cloud gateway system, a cloud hypervisor system, and methods for implementing same. The cloud gateway system extends the security, manageability, and quality of service ("QoS") membrane of a corporate enterprise network into cloud infrastructure provider networks, enabling cloud infrastructure to be interfaced as if it were on the enterprise network. The cloud hypervisor system provides an interface to cloud infrastructure provider management systems and infrastructure instances that enables existing enterprise systems management tools to manage cloud infrastructure substantially the same as they manage local virtual machines via common server hypervisor APIs (application programming interfaces).

Thus, an embodiment of the invention provides a technology that enables cloud infrastructure to be addressable by

**2**

users and administrators of on-premises software systems and systems management systems, as though the cloud infrastructure were resident in private enterprise datacenters on the business' private enterprise networks. The technology allows businesses to take advantage of commercial cloud infrastructure without unduly sacrificing security, control, and manageability, and without an administrator or other agent to work with the cloud infrastructure provider.

Other features and advantages of the present invention should become apparent from the following description of the preferred embodiments, taken in conjunction with the accompanying drawings, which illustrate, by way of example, the principles of the invention.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1**A is a block diagram of a network system, in accordance with an embodiment of the present invention.

FIG. **1**B is a block diagram of a network system omitting a cloud hypervisor system, in accordance with an embodiment of the present invention.

FIG. **2** is a block diagram of a computer system, in accordance with an embodiment of the present invention.

FIG. **3** is a block diagram of an enterprise gateway system, in accordance with an embodiment of the present invention.

FIG. **4** is a block diagram of an enterprise gateway database for the enterprise gateway system of FIG. **3**, in accordance with an embodiment of the present invention.

FIG. **5** is a block diagram of a remote gateway system, in accordance with an embodiment of the present invention.

FIG. **6** is a block diagram of a remote gateway database for the remote gateway system of FIG. **5**, in accordance with an embodiment of the present invention.

FIG. **7** is a block diagram of a client access agent, in accordance with an embodiment of the present invention.

FIG. **8** is a block diagram of a mobile end-user database for the client access agent of FIG. **7**, in accordance with an embodiment of the present invention.

FIG. **9** is a block diagram of a first embodiment of a cloud hypervisor system, in accordance with an embodiment of the present invention.

FIG. **10** is a block diagram of a cloud hypervisor database for the cloud hypervisor system of FIG. **9**, in accordance with an embodiment of the present invention.

FIG. **11** is a block diagram showing the interaction between the cloud hypervisor system of FIG. **9** and a cloud gateway system.

FIG. **12** is a block diagram of a second embodiment of a cloud hypervisor system, in accordance with an embodiment of the present invention.

FIG. **13** is a flowchart of a method for managing cloud infrastructure, in accordance with an embodiment of the present invention.

FIG. **14** is a flowchart of a method for communicating with cloud accounts, in accordance with an embodiment of the present invention.

### DETAILED DESCRIPTION

The following description is provided to enable any person skilled in the art to make and use the invention. Various modifications to the embodiments are possible, and the generic principles defined herein may be applied to these and other embodiments and applications without departing from the spirit and scope of the invention. Thus, the invention is not intended to be limited to the embodiments and applications

US 8,514,868 B2

3

shown, but is to be accorded the widest scope consistent with the principles, features, and teachings disclosed herein.

Network System

Referring now to the drawings, and particularly to FIGS. 1A and 1B, there is shown a block diagram of a network system 100, in accordance with an embodiment of the present invention. The network system 100 comprises an enterprise network 102, at least one cloud provider network 104, and a wide-area public network 106 (such as the Internet) that connects the enterprise network 102 to the cloud provider network 104. One or more mobile end-user devices 108 may optionally be connected via the public network 106 to the cloud provider network 104. Although FIGS. 1A and 1B show only one cloud provider network 104, it will be appreciated that the enterprise network 102 may be connected to a plurality of cloud provider networks.

The enterprise network 102 comprises a plurality of network end-user devices 110, an enterprise gateway appliance 112, and a cloud hypervisor system 114, which will be described in further detail below. The enterprise gateway appliance 112 may be configured as a physical appliance, as installable software, or as a virtual appliance instance, such as an application software stack packaged as a virtual machine ("VM"). Multiple enterprise gateway appliances 112 on the same enterprise network 102 can work together to provide redundancy from single appliance failure, and scalability to manage increased throughput. The cloud hypervisor system 114 may be coupled to a cloud hypervisor database 116. The cloud hypervisor system 114 may optionally be configured as a plug-in to the enterprise gateway appliance 112 or omitted altogether (as shown in FIG. 1B), as the circumstances warrant.

The cloud provider network 104 comprises a plurality of virtual machines 118. The virtual machines 118 are software implementations of a computer that can be deployed by a hypervisor system and execute programs similar to a physical computer. One or more of the virtual machines 118 are configured as remote gateway nodes 120. Multiple remote gateway nodes 120 work together to provide redundancy from single node failure and scalability to support increased throughput. Enterprise gateway appliances 112 in multiple enterprise networks 102, and remote gateway nodes 120 in multiple cloud provider networks 104 can all work together in a mesh to create an overlay virtual private network with associated plug-in network services 126 that spans a plurality of enterprise networks 102 and cloud networks 104 in a secure and redundant manner.

In one embodiment, the enterprise gateway appliance 112 includes hardware, software, and/or firmware generally operative to upload remote gateway software for the remote gateway nodes 120 to the cloud provider network 104, and to install the remote gateway software on one or more virtual machines 118. The enterprise gateway appliance 112 also includes hardware, software, and/or firmware generally operative to establish a secure virtual private network ("VPN") 122 over the public network 106, connecting the enterprise gateway appliance 112 to the remote gateway nodes 120, and subsequently to the enterprise virtual machines 128. Once the virtual private network 122 has been established, the enterprise gateway appliance 112 functions as the primary ingress and egress point for all network traffic traveling between the enterprise network 102 and the cloud provider network 104. The enterprise gateway appliance 112 may be coupled to an enterprise gateway database 124 capable of storing the remote gateway software for the remote

4

gateway nodes 120. A pluggable network services layer may be provided by the enterprise gateway appliance 112, supporting plug-ins 126 such as virtual private network, network address translation ("NAT"), routing, firewall, load balancing, caching, wide-area network ("WAN") acceleration, intrusion detection and intrusion prevention services ("IPS"), denial of service detection and remediation, network access control, SSL acceleration, logfile aggregation, and policy-based governance and auditing of user and administrative actions.

In one embodiment, the remote gateway nodes 120 include hardware, software, and/or firmware generally operative to establish secure encrypted connections to open VPN agents on one or more virtual machines 118, thus converting these virtual machines 118 into enterprise virtual machines 128 in the cloud provider network 104. The remote gateway nodes 120 are deployed from the remote gateway software uploaded over the public network 106 from the enterprise gateway appliance 112 and are configured as virtual appliances that run on one or more virtual machines 118 in the cloud provider network 104. Once installed, the remote gateway nodes 120 maintain the virtual private network 122 with the enterprise gateway appliance 112 and the enterprise virtual machines 128 in the cloud provider network 104. The remote gateway nodes 120 thus establish an extended enterprise network membrane 130 around the enterprise virtual machines 128. The remote gateway nodes 120 also host the remote components of plug-in network services 126 that must be local to the cloud infrastructure. Further, the remote gateway nodes 120 may comprise a remote gateway database (see FIG. 6) capable of storing the remote gateway software, configuration, and state, as well as software, configuration, and state for the remote components of the plug-in network services 126.

In one embodiment, the mobile end-user device 108 includes hardware, software, and/or firmware generally operative to establish a secure mobile virtual private network 132 between the mobile end-user device 108 and the remote gateway nodes 120, and to provide other pluggable network services for the mobile end-user device 108. The mobile virtual private network 132 may be established by a client access agent (see FIG. 7) residing on the mobile end-user device 108. The client access agent enables individual users to access limited cloud services through direct communication with the remote gateway nodes 120 over the public network 106, without going through the enterprise gateway appliance 112. The mobile end-user device 108 may be a laptop computer, a desktop computer, a personal digital assistant ("PDA") such as the BlackBerry Smartphone by Research in Motion, a cellular phone, or any other computing system or device configured to be connected to a public network. The mobile end-user device 108 may be coupled to a mobile end-user database 134 capable of storing software for the pluggable network services.

The enterprise gateway appliance and remote gateway nodes thus function to provide a virtual private network overlay connecting one or more private enterprise networks to one or more cloud provider networks. Because the remote gateway nodes extend the enterprise network membrane around the enterprise virtual machines in the cloud provider networks, the enterprise virtual machines appear and behave as if they were part of the private enterprise networks, without substantial reduction in the security or manageability of the enterprise network. The enterprise gateway appliance and remote gateway nodes provide the necessary services to help in ensuring that the privacy, security, availability, quality of

US 8,514,868 B2

5

service, and manageability of the enterprise network is extended to the enterprise virtual machines in the cloud provider network.

General Computer

With reference to FIG. 2, there is shown a block diagram of a computer system 200. Each of the mobile end-user devices 108, network end-user devices 110, enterprise gateway appliance 112, cloud hypervisor system 114, and remote gateway nodes 120 may be an instance of the computer system 200. In other embodiments, each of these elements, along with the virtual machines 118 and enterprise virtual machines 128, may be configured as a software implementation running on one or more computer systems 200.

The computer system 200 includes a processor 205, such as an Intel Pentium® microprocessor or a Motorola Power PC® microprocessor, coupled to a communications channel 210. The computer system 200 further includes an input device 215 (such as a keyboard or mouse), an output device 220 (such as a liquid crystal display or a cathode ray tube display), a communication interface 225, a data storage device 230 (such as a magnetic or optical disk), and memory 235 (such as random access memory (RAM)), each coupled to the communications channel 210. The communication interface 225 may be coupled to the enterprise network 102, a cloud provider network 104, and/or the wide-area public network 106. One skilled in the art will recognize that, although the data storage device 230 and memory 235 are shown as different units, the data storage device 230 and memory 235 may be parts of the same unit, distributed units, virtual memory, etc. Further, it will be appreciated that the term "memory" herein is intended to cover all data storage media, whether permanent or temporary.

The data storage device and/or the memory may also store an operating system (not shown), such as Microsoft Windows Vista, Linux, the IBM OS/2 operating system, the MAC OS, or the UNIX operating system. It will be appreciated that embodiments of the present invention may also be implemented on platforms and operating systems other than those mentioned. An embodiment of the present invention may be written using JAVA, C, C++ language, and/or other programming languages, possibly using object oriented programming methodology. The present invention may be built on Ruby on Rails or using Ajax.

One skilled in the art will recognize that the computer system 200 may also include additional components, such as network connections, additional memory, additional processors, local area networks (LANs), and input/output lines for transferring information across a hardware channel, the Internet or an intranet. One skilled in the art will also recognize that the programs and data may be received by and stored in the computer system 200 in alternative ways. For example, a computer-readable storage medium (CRSM) reader 245, such as a magnetic disk drive, hard disk drive, magneto-optical reader, or CPU, may be coupled to the communications channel 210 for reading a computer-readable storage medium (CRSM) 250, such as a magnetic disk, a hard disk, a magneto-optical disk, or RAM. Accordingly, the central server may receive programs and/or data via the CRSM reader.

Enterprise and Remote Gateway Systems

With reference to FIG. 3, there is shown a block diagram of an enterprise gateway system 300, in accordance with an embodiment of the present invention. The enterprise gateway

6

system 300 may be implemented on the enterprise gateway appliance 112. The enterprise gateway system 300 includes a remote software installer 305 and an enterprise network services tool 310. The remote software installer 305 includes hardware, software, and/or firmware generally operative to upload the remote gateway software for the remote gateway nodes 120 to the cloud provider network 104, and to install the remote gateway software on one or more virtual machines 118. The enterprise network services tool 310 includes hardware, software, and/or firmware generally operative to establish the secure and redundant virtual private network 122 with multiple remote gateway nodes 120, multiple enterprise gateways appliances 112, and multiple enterprise virtual machines 128 over the public network 106 and to provide other network services supported by the plug-ins 126.

The enterprise gateway system 300 may be coupled to an enterprise gateway database, such as the enterprise gateway database 400 shown in FIG. 4. The enterprise gateway database 400 comprises a software database 405 that stores the remote gateway software for the remote gateway nodes 120, a plug-ins database 410 that stores software for the plug-ins 126, and a client database 415 that stores enterprise virtual machine client data (such as connection state, routing tables, credentials, and consolidated log files) required to manage the VPN 122 and pluggable network services 126.

With reference to FIG. 5, there is shown a block diagram of a remote gateway system 500, in accordance with an embodiment of the present invention. The remote gateway system 500 may be implemented on the remote gateway nodes 120. The remote gateway system 500 includes a virtual machine connection tool 505 and a remote network services tool 510. The virtual machine connection tool 505 includes hardware, software, and/or firmware generally operative to establish enterprise virtual machines 128 in the cloud provider network 104 and extending the enterprise network membrane around the enterprise virtual machines 128. The remote network services tool 510 includes hardware, software, and/or firmware generally operative to maintain the secure virtual private network 122 from the enterprise gateway appliance 112, over the public network 106, to the enterprise virtual machines 128 in the cloud network provider 104, and to execute the remote components of the plug-in network services 126 that must be local to the cloud infrastructure.

The remote gateway system 500 may be coupled to a remote gateway database, such as the remote gateway database 600 shown in FIG. 6. The remote gateway database 500 may be implemented on the remote gateway nodes 120. The remote gateway database 500 comprises a software database 610 that stores the remote gateway software, a plug-ins database 610 that stores software for the pluggable network services provided by the remote network services tool 510, and a client database 615 that stores enterprise virtual machine 128 client data (such as connection state, routing tables, credentials, and consolidated log files) required to manage the VPN 122 and pluggable network services 126.

With reference to FIG. 7, there is shown a block diagram of a client access agent 700, in accordance with an embodiment of the present invention. The client access agent 700 may be implemented on a mobile end-user device 108. The client access agent 700 includes a mobile network services tool 705. The mobile network services tool 705 includes hardware, software, and/or firmware generally operative to establish the secure mobile virtual private network 132 over the public network 106 and to provide other pluggable network services for the mobile end-user device 108.

The client access agent 700 may be coupled to a mobile end-user database, such as the mobile end-user database 800

US 8,514,868 B2

7

8

shown in FIG. **8**. The mobile end-user database **800** comprises a plug-ins database **805** that stores software for the pluggable network services provided by the mobile network services tool **705** and a client database **810** that stores virtual machine client data (such as connection state, routing tables, credentials, and consolidated log files) required to manage the VPN and pluggable network services.

Cloud Hypervisor System

With reference to FIG. **9**, there is shown a block diagram of a first embodiment of a cloud hypervisor system **900**, in accordance with an embodiment of the present invention. The cloud hypervisor system **900** includes a set of front-end plug-ins **905**, a service bus **910**, and a set of back-end plug-ins **915**.

Each front-end plug-in **905** includes hardware, software, and/or firmware generally operative to establish one or more pseudo-hypervisor instances **920**, to expose the pseudo-hypervisor instances **920** to the enterprise network **102**, to listen for and receive hypervisor API calls **925** from enterprise systems management tools **930**, to translate received hypervisor API calls into intermediate representations **935**, and to place the intermediate representations **935** on the service bus **910** as a transaction. For each transaction issued to the service bus **910**, a response code will be returned to the pseudo-hypervisor **920** that will be passed back to the calling enterprise systems management tool **930**. In general, a server hypervisor is a low-level computer operating system configured to emulate one or more physical systems to create one or more virtual machines, each virtual machine capable of hosting a high-level computer operating system like Microsoft Windows or Linux. A server hypervisor thus functions to enable multiple high-level computer operating systems to share a single physical computer system without interfering with each other. Commercial examples of server hypervisors include VMWare ESX server, Microsoft Hyper-V, and Citrix XenServer. Instances **920** are referred to as pseudo-hypervisor instances because the front-end plug-in **905** is emulating the provisioning and management interfaces of a commercial server hypervisor, effectively tricking the enterprise systems management tools **930** into believing that they are communicating with a common commercial server hypervisor instead of the cloud hypervisor system **900**.

In one embodiment, each server hypervisor API supported on the enterprise network **102** has a corresponding front-end plug-in **905**. In general, a hypervisor exposes a management API that is used by provisioning and management tools to monitor the virtual machines associated with the hypervisor and to instruct the hypervisor to create, destroy, or change the state of the virtual machines. Thus, in one embodiment, there is one front-end plug-in **905** for each supported server hypervisor API. It will be appreciated that, in other embodiments, only some of the supported server hypervisor APIs will have a corresponding front-end plug-in **905**.

Each front-end plug-in **905** thus is configured to expose one or more unique pseudo-hypervisor instances **920** to the enterprise network **102**, to translate each received hypervisor API call **925** into an intermediate representation **935**, and to place the intermediate representation **935** on the service bus **910** as a transaction. Once the transaction has been executed by the service bus **910**, the service bus **910** will return a result code to the pseudo-hypervisor indicating the state of the transaction for response to the calling enterprise systems management tool **930**. In one embodiment, each pseudo-hypervisor instance **920** is associated with a single account at a cloud provider. In other embodiments, a pseudo-hypervisor instance **920** may be associated with a plurality of cloud

provider accounts, and a cloud provider account may be associated with a plurality of pseudo-hypervisor instances **920**.

The set of front-end plug-ins **905** may also comprise a web console **940** that graphically exposes cloud infrastructure management functions and a topology manager **945** that includes infrastructure topology creation and deployment tools. The web console **940** and topology manager **945** plug into the service bus **910**, and either issue instructions directly using the intermediate representation **935**, or translate their API calls into intermediate representations **935** so that they can interact with any supported cloud infrastructure through the service bus **910** and back-end plug-ins **915**.

The service bus **910** includes hardware, software, and/or firmware generally operative to route each intermediate representation **935** from a front-end plug-in **905** to an appropriate back-end plug-in **915**. Each intermediate representation **935** is a generic representation that can be understood by any of the back-end plug-ins **915**. In one embodiment, a destination parameter is passed with each intermediate representation **935**, indicating the cloud provider network account to which the intermediate representation **935** should ultimately be routed. In other embodiments, the destination parameter indicates the route to the back-end plug-in **915** to which the intermediate representation **935** should proximately be routed. Routing the intermediate representation **935** is implemented by the service bus **910** as a transaction through the backend plug-in **915**. The service bus **910** is responsible for ensuring the success of the cloud API call **950**, and collecting, remediating and reporting any events that occur during the execution of the cloud API call **950**. Upon successful or failed completion of the cloud API call **950**, the service bus **910** is responsible for generating and routing a response code back to the calling pseudo-hypervisor **920** in an intermediate representation.

Each back-end plug-in **915** includes hardware, software, and/or firmware generally operative to translate an intermediate representation **935** into a cloud API call **950**. In one embodiment, each unique supported cloud provider network account (such as the EC2 cloud provider network account **955**, the Rackspace cloud provider network account **960**, and the Sungard cloud provider network account **965**) has a unique API and a corresponding back-end plug-in **915**. It will be appreciated that, in other embodiments, each unique supported cloud provider network account might have a plurality of corresponding back-end plug-ins **915**, or one back-end plug-in **915** might support a plurality of cloud provider network accounts. It will also be appreciated that one or more back-end plug-ins **915** could be configured to translate an intermediate representation **935** into the API for a local cloud, such as local cloud **970**. The back-end plug-in **915** is responsible for executing the transaction specified by the intermediate representation, validating success of the transaction, collecting events from the cloud API, and reporting the final state of the transaction back to the service bus **910**.

The cloud hypervisor system thus acts as a proxy between enterprise systems management tools that are instrumented to work with server hypervisor APIs and the APIs provided by cloud provisioning and management tools or cloud infrastructure providers. The cloud hypervisor system functions to generalize the interface to all cloud infrastructure provisioning and management systems and services by emulating the widely supported provisioning and management interfaces of popular server hypervisors, such as Xen, VMWare ESX and Microsoft Hyper-V. In one embodiment, the cloud hypervisor system enables enterprise systems management tools (such as VMWare Virtual Center and Lab Manager, Microsoft SCVMM, Citrix XenCenter, BMC Bladelogic, IBM Tivoli

US 8,514,868 B2

9                                                                                    10

Provisioning Manager, Novell Platespin, VMLogix LabManager, Surgient, and Scalent) to interact with cloud infrastructure management APIs (such as those of Amazon Web Services, Rackspace, IBM Blue Cloud, Google AppEngine, 3tera AppLogic, Sun, VMWare vCloud, Citrix C3, and Eucalyptus). The cloud hypervisor system does this by emulating server hypervisor APIs, making the enterprise systems management tools believe they are communicating with a common server hypervisor, but then translating the server hypervisor API calls into equivalent cloud API calls. The cloud hypervisor system emulates as much of each server hypervisor's API as is required to satisfy the requirements of known enterprise systems management tools. Emulated operations may include, but are not limited to, discover, create, delete, start, stop, suspend, resume, get configuration, set configuration, and get state.

The cloud hypervisor system **900** may be coupled to a cloud hypervisor database, such as the cloud hypervisor database **1000** shown in FIG. **10**. The cloud hypervisor database **1000** comprises a front-end plug-in database **1005** that stores software for set of front-end plug-ins **905** and a back-end plug-in database **1010** that stores software for the set of back-end plug-ins **915**, as well as execution data such as execution logs, credentials, and execution state.

With reference to FIG. **11**, there is shown a block diagram showing the interaction between a cloud hypervisor system **1100** and a cloud gateway system **1175**. The elements of the cloud hypervisor system **1100** correspond to the elements of the cloud hypervisor system **900**, except that in FIG. **11** the web console **1140** and topology manager **1145** are shown as tools that are distinct from the cloud hypervisor system **1100**.

In particular, the cloud hypervisor system **100** includes a set of front-end plug-ins **1105**, a service bus **1110**, and a set of back-end plug-ins **1115**. Each front-end plug-in **1105** includes hardware, software, and/or firmware generally operative to establish a set of pseudo-hypervisor instances **1120**, to expose the pseudo-hypervisor instances **1120** to the enterprise network **102**, to listen for and receive hypervisor API calls **1125** from enterprise systems management tools **1130**, to translate received hypervisor API calls into intermediate representations **1135**, and to place the intermediate representations **1135** on the service bus **1110**. Each back-end plug-in **1115** includes hardware, software, and/or firmware generally operative to translate an intermediate representation **1135** into a cloud API call **1150**. In one embodiment, each unique supported cloud provider network account (such as the EC2 cloud provider network account **1155**, the Rackspace cloud provider network account **1160**, and the Sungard cloud provider network account **1165**) has a unique API and a corresponding back-end plug-in **1115**. It will be appreciated that one or more back-end plug-ins **1115** could be configured to translate an intermediate representation **1135** into the API for a local cloud, such as local cloud **1170**.

The cloud gateway system **1175** includes an enterprise gateway appliance (such as enterprise gateway appliance **112**) and remote gateway nodes (such as remote gateway nodes **120**). Thus, the cloud gateway system **1175** includes hardware, software, and/or firmware generally operative to establish a secure virtual private network over a public network, connecting the cloud hypervisor **1100** to each unique supported cloud provider network account. Once the virtual private network has been established, the cloud gateway system **1175** functions as the primary ingress and egress point for all network traffic traveling between the cloud hypervisor **1100** and the cloud provider network accounts and associated enterprise virtual machines **128**. The cloud gateway system **1175** extends the enterprise network membrane around the cloud provider network accounts and associated enterprise virtual machines **128**, providing a secure, high-quality, well-managed network connection between the cloud hypervisor system **1100** and commercial cloud infrastructure and making the remote infrastructure appear to be located on the enterprise network.

With reference to FIG. **12**, there is shown a block diagram of a second embodiment of a cloud hypervisor system **1200**, in accordance with an embodiment of the present invention. The cloud hypervisor system **1200** includes a pseudo-hypervisor creation tool **1205**, an API call listening tool **1210**, a hypervisor API call translation tool **1215**, a routing tool **1220**, and a cloud API call translation tool **1225**.

The pseudo-hypervisor creation tool **1205** includes hardware, software, and/or firmware generally operative to establish one or more pseudo-hypervisor instances (such as pseudo-hypervisor instances **920**) and to expose the pseudo-hypervisor instances to the enterprise network **102**. The API call listening tool **1210** includes hardware, software, and/or firmware generally operative to listen for and receive hypervisor API calls sent by enterprise systems management tools (such as enterprise systems management tools **930**) to the pseudo-hypervisor instances. The hypervisor API call translation tool **1215** includes hardware, software, and/or firmware generally operative to translate received hypervisor API calls into intermediate representations (such as intermediate representations **935**) and to transmit the intermediate representations to the routing tool **1220**. The routing tool **1220** includes hardware, software, and/or firmware generally operative to route each intermediate representation from the hypervisor API call translation tool **1215** to the cloud API call translation tool **1225**. The cloud API call translation tool **1225** includes hardware, software, and/or firmware generally operative to translate an intermediate representation **935** into a cloud API call **950**.

Method for Managing Cloud Infrastructure

With reference to FIG. **13**, there is shown a flowchart of a method **1300** for managing cloud infrastructure, in accordance with an embodiment of the present invention. The method **1300** starts in step **1305** with the establishment of an enterprise network (such as enterprise network **102**). In step **1310**, network end-user devices (such as network end-user devices **110**) are connected to the enterprise network. In step **1315**, an enterprise gateway appliance (such as enterprise gateway appliance **112**) is also connected to the enterprise network. In step **1320**, network service plug-ins (such as plug-ins **126**) are connected to the enterprise gateway appliance.

In step **1325**, an account is established with a cloud provider. In step **1330**, the enterprise gateway appliance uploads remote gateway software to one or more remote gateway nodes (such as remote gateway nodes **120**) in the cloud provider network. In step **1335**, the remote gateway nodes establish secure encrypted connections to open VPN agents on one or more virtual machines, thus converting these virtual machines **118** into enterprise virtual machines (such as enterprise virtual machines **128**) in the cloud provider network. In step **1340**, a secure virtual private network is established between the enterprise gateway appliance, the remote gateway nodes, and the enterprise virtual machines.

In step **1345**, it is determined whether there is an end-user device outside the enterprise network. If there are no outside end-user devices, then the method **1300** proceeds to step **1365**. If there is an outside end-user device (such as mobile end-user device **108**), then a client access agent is enabled on

US 8,514,868 B2

11 12

the outside end-user device in step **1350**. In step **1355**, the outside end-user device is connected to a public network. In step **1360**, a secure virtual private network is established between the outside end-user device and the remote gateway nodes.

In step **1365**, plug-in network services are started and service specific sessions between the plug-ins connected to the enterprise gateway appliance and the remote gateway notes are established. This step can be repeated for each plug-in. The method **1300** then ends.

Method for Communicating with Cloud Accounts

With reference to FIG. **14**, there is shown a flowchart of a method **1400** for communicating with cloud accounts, in accordance with an embodiment of the present invention. The method **1400** starts in step **1405**, where a cloud hypervisor system (such as a cloud hypervisor system **900**, **110** or **1200**) is connected to an enterprise network. In step **1410**, a service bus (such as a service bus **910** or **1110**) is established in the cloud hypervisor system. In step **1415**, hypervisor API emulators (such as front-end plug-ins **905** or **1105**) are connected to the service bus. In step **1420**, additional front-end plug-ins (such as web console **940** and topology manager **945**) are connected to the service bus. In step **1425**, back-end plug ins (such as back-end plug-ins **915** or **1115**) are connected to the service bus.

In step **1430**, the hypervisor API emulators establish one or more pseudo-hypervisor instances (such as pseudo-hypervisor instances **920** or **1120**). In step **1435**, the pseudo-hypervisor instances are exposed to the enterprise network. In step **1440**, a pseudo-hypervisor instance receives a hypervisor API call (such as a hypervisor API call **925** or **1125**) from an enterprise systems management tool. In step **1445**, the pseudo-hypervisor instance routs the received hypervisor API call to the appropriate hypervisor API emulator. In step **1450**, the hypervisor API emulator translates the received hypervisor API call into an intermediate representation (such as intermediate an representation **935** or **1135**). In step **1455**, the hypervisor API emulator places the intermediate representation on the service bus. In step **1460**, the service bus routes the intermediate representation to the appropriate back-end plug-in. In step **1465**, the back-end plug-in translates the intermediate representation into a cloud API call (such as a cloud API call **950** or **1150**). In step **1470**, the cloud API call is routed to an appropriate cloud account. In step **1471**, the back-end plug-in verifies success of the cloud API call. In step **1472**, the back-end plug-in returns a result code to the service bus in an intermediate representation. In step **1473**, the service bus returns the result code to the pseudo-hypervisor. In step **1474**, the pseudo-hypervisor translates the intermediate representation result code into a hypervisor specific result code. In step **1475**, the hypervisor specific result code is returned to the calling enterprise systems management tool. The method then ends.

The foregoing description of the preferred embodiments of the present invention is by way of example only, and other variations and modifications of the above-described embodiments and methods are possible in light of the foregoing teaching. The various embodiments set forth herein may be implemented utilizing hardware, software, or any desired combination thereof. For that matter, any type of logic may be utilized which is capable of implementing the various functionality set forth herein. Components may be implemented using a programmed general purpose digital computer, using application specific integrated circuits, or using a network of interconnected conventional components and circuits. Con-

nections may be wired, wireless, modem, etc. The embodiments described herein are not intended to be exhaustive or limiting. The present invention is limited only by the following claims.

What is claimed is:

**1**. A cloud gateway system comprising:

an enterprise gateway system located in an enterprise network and comprising:

a software installer configured to upload remote gateway software to a cloud provider network and to install the remote gateway software on a first virtual machine in the cloud provider network, the cloud provider network comprising a plurality of virtual machines, and

a network services tool configured to establish a virtual private network between the enterprise gateway system and the first virtual machine and to provide plug-in network services having remote components and thereby establishing a pseudo-hypervisor instance in the cloud network; and

a remote gateway system located in the cloud provider network and comprising:

a virtual machine connection tool configured to establish a secure connection between the first virtual machine and a second virtual machine in the cloud provider network, and

a remote network services tool configured to execute the remote components of the plug-in network services.

**2**. The cloud gateway system of claim **1**, wherein the remote gateway system further comprises a virtual machine creation tool configured to create the second virtual machine in the cloud provider network.

**3**. The cloud gateway system of claim **1**, further comprising a client access agent located on a mobile device.

**4**. The cloud gateway system of claim **3**, wherein the client access agent comprises a mobile network services tool configured to establish a mobile virtual private network between the mobile device and the second virtual machine and to provide plug-in network services having remote components.

**5**. A cloud hypervisor system comprising:

a processor;

a pseudo-hypervisor creation tool configured, using the processor, to establish a pseudo-hypervisor instance;

an API call listening tool configured, using the processor, to listen for and receive hypervisor API calls;

a hypervisor API call translation tool configured, using the processor, to translate a hypervisor API call received by the API call listening tool into an intermediate representation;

a cloud API translation tool configured, using the processor, to translate an intermediate representation into a cloud API call; and

a routing tool configured, using the processor, to route an intermediate representation from the hypervisor API call translation tool to the cloud API translation tool.

**6**. A method for managing cloud infrastructure, the method comprising:

uploading remote gateway software from an enterprise network to a cloud provider network, the cloud provider network comprising a plurality of virtual machines;

installing the remote gateway software on a first virtual machine in the cloud provider network;

establishing a pseudo-hypervisor instance in the cloud network;

establishing a virtual private network between the enterprise network and the first virtual machine;

US 8,514,868 B2

13

establishing a secure connection between the first virtual machine and a second virtual machine in the cloud provider network; and

executing plug-in network services on the first virtual machine.

7. The method of claim 6, further comprising the steps of:

enabling a client access agent on a device outside the enterprise network and cloud provider network;

connecting the device to a public network; and

establishing a virtual private network between the device and one or both of the first virtual machine and the second virtual machine.

8. A method for communicating with cloud accounts, the method comprising:

establishing a pseudo-hypervisor instance on an enterprise network;

configuring the pseudo-hypervisor instance to receive a hypervisor API call from an enterprise systems management tool on the enterprise network;

translating a received hypervisor API call into an intermediate representation;

routing the intermediate representation to a back-end plug-in;

translating the intermediate representation into a cloud API call; and

transmitting the cloud API call to a cloud provider network for delivery to a cloud account.

9. The method of claim 8, further comprising the step of verifying successful execution of the cloud API call.

10. The method of claim 9, further comprising the step of reporting verification information concerning the cloud API call to the pseudo-hypervisor instance.

11. The method of claim 10, further comprising the step of translating the verification information into a hypervisor-specific result code.

12. The method of claim 11, further comprising the step of reporting the hypervisor-specific result code to an enterprise systems management tool.

14

13. The cloud hypervisor system of claim 5, wherein the hypervisor API call translation tool is further configured to pass a destination parameter with an intermediate representation.

14. The cloud hypervisor system of claim 13, wherein the destination parameter indicates a cloud provider network account.

15. The cloud hypervisor system of claim 13, wherein the destination parameter indicates a route to the cloud API translation tool.

16. The cloud hypervisor system of claim 5, wherein the hypervisor API call translation tool is further configured to return a response code to a pseudo-hypervisor instance.

17. The cloud hypervisor system of claim 5, wherein the pseudo-hypervisor instance is associated with an account at a cloud infrastructure provider.

18. The cloud hypervisor system of claim 5, wherein the routing tool is further configured to return a result code to a pseudo-hypervisor instance after routing an intermediate representation.

19. The cloud hypervisor system of claim 5, wherein the routing tool is further configured to return a result code to a pseudo-hypervisor instance upon a failure to complete the routing of an intermediate representation.

20. The cloud hypervisor system of claim 5, wherein the cloud API translation tool corresponds to a cloud provider account.

21. The cloud hypervisor system of claim 5, further comprising a web console configured to plug into the routing tool and graphically expose cloud infrastructure management functions.

22. The cloud hypervisor system of claim 5, further comprising a topology manager configured to plug into the routing tool, wherein the topology manager includes an infrastructure topology creation tool and an infrastructure topology deployment tool.

* * * * *