# EXHIBIT C

US009973474B2

## (12) United States Patent
### Hill

(10) **Patent No.:    US 9,973,474 B2**
(45) **Date of Patent:        May 15, 2018**

(54) **CLOUD COMPUTING GATEWAY, CLOUD COMPUTING HYPERVISOR, AND METHODS FOR IMPLEMENTING SAME**

(71) Applicant: **ServiceMesh, Inc.**, Santa Monica, CA (US)

(72) Inventor: **Duncan Christopher Hill**, Toronto (CA)

(73) Assignee: **CSC Agility Platform, Inc.**, Falls Church, VA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days. days.

(21) Appl. No.: **15/452,032**

(22) Filed: **Mar. 7, 2017**

(65) **Prior Publication Data**

US 2017/0180324 A1       Jun. 22, 2017

### Related U.S. Application Data

(63) Continuation of application No. 13/947,133, filed on Jul. 22, 2013, now Pat. No. 9,658,868, which is a (Continued)

(51) **Int. Cl.**
**H04L 1/00**         (2006.01)
**H04L 29/06**        (2006.01)
**G06F 9/455**        (2018.01)

(52) **U.S. Cl.**
CPC ...... **H04L 63/0272** (2013.01); **G06F 9/45558** (2013.01); **H04L 63/0281** (2013.01); (Continued)

(58) **Field of Classification Search**
CPC ......... H04L 41/12; H04L 41/13; H04L 41/14; H04L 41/15; H04L 41/16; H04L 12/18; (Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,012,053 | A | 1/2000 | Pant et al. |
| 6,321,334 | B1 | 11/2001 | Jerger et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 9858356 | 12/1998 |
| WO | 2004012038 | 2/2004 |

(Continued)

OTHER PUBLICATIONS

Mellor, Ewan et al., "Xen Management API," Version: API Revision 1.0.0, Apr. 27, 2007.

(Continued)

*Primary Examiner* — Dady Chery
(74) *Attorney, Agent, or Firm* — Sheppard Mullin Richter & Hampton LLP

(57)        **ABSTRACT**

Embodiments of the present invention provide a cloud gateway system, a cloud hypervisor system, and methods for implementing same. The cloud gateway system extends the security, manageability, and quality of service membrane of a corporate enterprise network into cloud infrastructure provider networks, enabling cloud infrastructure to be interfaced as if it were on the enterprise network. The cloud hypervisor system provides an interface to cloud infrastructure provider management systems and infrastructure instances that enables existing enterprise systems management tools to manage cloud infrastructure substantially the same as they manage local virtual machines via common server hypervisor APIs.

**14 Claims, 11 Drawing Sheets**



CLOUD GATEWAY DETAIL

US 9,973,474 B2

Page 2

### Related U.S. Application Data

continuation of application No. 12/488,424, filed on Jun. 19, 2009, now Pat. No. 8,514,868.

(60) Provisional application No. 61/074,027, filed on Jun. 19, 2008.

(52) **U.S. Cl.**
CPC .......... *H04L 63/04* (2013.01); *H04L 63/1416* (2013.01); *G06F 2009/45587* (2013.01); *G06F 2009/45595* (2013.01)

(58) **Field of Classification Search**
CPC ......... H04L 12/19; H04L 12/20; H04L 12/21; H04L 29/0653; H04L 29/0654; H04L 29/0655; H04L 29/0656; H04L 29/0657
USPC ........................ 370/254, 392, 401, 503, 390; 709/226–233
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,345,361 B1 | 2/2002 | Jerger et al. |
| 6,473,800 B1 | 10/2002 | Jerger et al. |
| 6,747,598 B2 | 6/2004 | Bajikar |
| 6,847,970 B2 | 1/2005 | Keller et al. |
| 6,880,002 B2 | 4/2005 | Hirschfeld et al. |
| 6,996,716 B1 | 2/2006 | Hsu |
| 7,003,562 B2 | 2/2006 | Mayer |
| 7,143,439 B2 | 11/2006 | Cooper et al. |
| 7,272,646 B2 | 9/2007 | Cooper et al. |
| 7,284,267 B1 | 10/2007 | McArdle et al. |
| 7,376,965 B2 | 5/2008 | Jemes et al. |
| 7,428,754 B2 | 9/2008 | Neumann et al. |
| 7,506,357 B1 | 3/2009 | Moriconi et al. |
| 7,584,301 B1 | 9/2009 | Joshi |
| 7,613,826 B2 | 11/2009 | Guichard et al. |
| 7,620,613 B1 | 11/2009 | Moore et al. |
| 7,685,261 B1 | 3/2010 | Marinelli et al. |
| 7,697,441 B2 | 4/2010 | Bansal et al. |
| 7,698,230 B1 | 4/2010 | Brown et al. |
| 7,698,430 B2 | 4/2010 | Jackson |
| 7,774,444 B1 | 8/2010 | George et al. |
| 7,836,198 B2 | 11/2010 | Cadigan et al. |
| 7,886,031 B1 | 2/2011 | Taylor et al. |
| 8,019,849 B1 | 9/2011 | Lopilato et al. |
| 8,060,630 B1 | 11/2011 | Jancaitis et al. |
| 8,078,728 B1 | 12/2011 | Pollan et al. |
| 8,082,262 B2 | 12/2011 | Farber et al. |
| 8,117,289 B1 | 2/2012 | Miller et al. |
| 8,135,815 B2 | 3/2012 | Mayer |
| 8,230,050 B1 | 7/2012 | Brandwine et al. |
| 8,255,932 B1 | 8/2012 | Clemm et al. |
| 8,259,571 B1 | 9/2012 | Raphel et al. |
| 8,261,295 B1 | 9/2012 | Risbood et al. |
| 8,369,333 B2 | 2/2013 | Hao et al. |
| 8,434,080 B2 | 4/2013 | Yendluri |
| 8,443,069 B2 | 5/2013 | Bagepalli et al. |
| 8,448,170 B2 | 5/2013 | Wipfel et al. |
| 8,468,256 B1 | 6/2013 | McArdle et al. |
| 8,473,557 B2 | 6/2013 | Ramakrishnan et al. |
| 8,510,835 B1 | 8/2013 | Bucu et al. |
| 8,543,810 B1 | 9/2013 | Angal et al. |
| 8,782,637 B2 | 7/2014 | Khalid |
| 9,015,324 B2 | 4/2015 | Jackson |
| 2002/0010572 A1 | 1/2002 | Orton et al. |
| 2002/0016926 A1 | 2/2002 | Nguyen et al. |
| 2002/0099823 A1 | 7/2002 | Jemes et al. |
| 2002/0129128 A1 | 9/2002 | Gold et al. |
| 2002/0178246 A1 | 11/2002 | Mayer |
| 2002/0184525 A1 | 12/2002 | Cheng |
| 2003/0051021 A1 | 3/2003 | Hirschfeld et al. |
| 2003/0051201 A1 | 3/2003 | Brenna |
| 2003/0105810 A1 | 6/2003 | McCrory et al. |

| | | | |
|---|---|---|---|
| 2003/0112182 A1 | 6/2003 | Bajikar |
| 2003/0177176 A1 | 9/2003 | Hirschfeld et al. |
| 2003/0182389 A1 | 9/2003 | Edwards |
| 2003/0184474 A1 | 10/2003 | Bajikar |
| 2003/0229808 A1 | 12/2003 | Heintz et al. |
| 2004/0083295 A1 | 4/2004 | Amara et al. |
| 2004/0111643 A1 | 6/2004 | Farmer |
| 2005/0002516 A1 | 1/2005 | Shtivelman |
| 2005/0091098 A1 | 4/2005 | Brodersen et al. |
| 2005/0091353 A1 | 4/2005 | Gopisetty et al. |
| 2005/0149471 A1 | 7/2005 | Lassalle |
| 2005/0193196 A1 | 9/2005 | Huang et al. |
| 2005/0198125 A1 | 9/2005 | Beck et al. |
| 2005/0198299 A1 | 9/2005 | Beck et al. |
| 2005/0257244 A1 | 11/2005 | Joly et al. |
| 2005/0283823 A1 | 12/2005 | Okajo et al. |
| 2005/0289538 A1 | 12/2005 | Black-Ziegelbein et al. |
| 2006/0005162 A1 | 1/2006 | Tseng et al. |
| 2006/0010492 A9 | 1/2006 | Heintz et al. |
| 2006/0026123 A1 | 2/2006 | Moore et al. |
| 2006/0056297 A1 | 3/2006 | Bryson et al. |
| 2006/0059548 A1 | 3/2006 | Hildre et al. |
| 2006/0100912 A1 | 5/2006 | Kumar et al. |
| 2006/0129670 A1 | 6/2006 | Mayer |
| 2006/0129672 A1 | 6/2006 | Mayer |
| 2006/0133338 A1 | 6/2006 | Reznik et al. |
| 2006/0159116 A1 | 7/2006 | Gerszberg et al. |
| 2006/0253443 A1 | 11/2006 | Li et al. |
| 2006/0282294 A1 | 12/2006 | McComb et al. |
| 2006/0282295 A1 | 12/2006 | McComb et al. |
| 2007/0011723 A1 | 1/2007 | Chao |
| 2007/0022474 A1 | 1/2007 | Rowett et al. |
| 2007/0022479 A1 | 1/2007 | Sikdar et al. |
| 2007/0061870 A1 | 3/2007 | Ting et al. |
| 2007/0157286 A1 | 7/2007 | Singh et al. |
| 2007/0180448 A1 | 8/2007 | Low |
| 2007/0180449 A1 | 8/2007 | Croft et al. |
| 2007/0240102 A1 | 10/2007 | Bello et al. |
| 2008/0034365 A1 | 2/2008 | Dahlstedt |
| 2008/0072284 A1 | 3/2008 | Horvitz et al. |
| 2008/0215681 A1 | 9/2008 | Darcie et al. |
| 2008/0253322 A1 | 10/2008 | So et al. |
| 2008/0306798 A1 | 12/2008 | Anke et al. |
| 2009/0036111 A1 | 2/2009 | Danford et al. |
| 2009/0063415 A1 | 3/2009 | Chatfield et al. |
| 2009/0063665 A1 | 3/2009 | Bagepalli et al. |
| 2009/0085743 A1 | 4/2009 | Ravi et al. |
| 2009/0089078 A1 | 4/2009 | Bursey |
| 2009/0126999 A1 | 5/2009 | Davidson |
| 2009/0138600 A1 | 5/2009 | Baum et al. |
| 2009/0138795 A1 | 5/2009 | Liu et al. |
| 2009/0138938 A1 | 5/2009 | Harrison et al. |
| 2009/0138958 A1 | 5/2009 | Baum et al. |
| 2009/0178108 A1 | 7/2009 | Hudis et al. |
| 2009/0187927 A1 | 7/2009 | Wang et al. |
| 2009/0204795 A1 | 8/2009 | Nasuto |
| 2009/0210929 A1 | 8/2009 | Zill et al. |
| 2009/0216999 A1 | 8/2009 | Gebhart et al. |
| 2009/0228950 A1 | 9/2009 | Reed et al. |
| 2009/0228967 A1 | 9/2009 | Gbadegesin |
| 2009/0240346 A1 | 9/2009 | Cadigan et al. |
| 2009/0265755 A1 | 10/2009 | Hamilton, II et al. |
| 2009/0276771 A1 | 11/2009 | Nickolov et al. |
| 2009/0300151 A1 | 12/2009 | Friedman et al. |
| 2009/0300169 A1 | 12/2009 | Sagar et al. |
| 2009/0300210 A1 | 12/2009 | Ferris |
| 2009/0300635 A1 | 12/2009 | Ferris |
| 2009/0307685 A1 | 12/2009 | Axnix et al. |
| 2009/0313625 A1 | 12/2009 | Sharoff |
| 2010/0027552 A1 | 2/2010 | Hill |
| 2010/0050239 A1 | 2/2010 | Carter et al. |
| 2010/0058435 A1 | 3/2010 | Buss et al. |
| 2010/0071024 A1 | 3/2010 | Eyada |
| 2010/0169497 A1 | 7/2010 | Klimentiev et al. |
| 2010/0198972 A1 | 8/2010 | Umbehooker |
| 2010/0205061 A1 | 8/2010 | Karmarkar |
| 2010/0212010 A1 | 8/2010 | Stringer et al. |
| 2010/0223385 A1 | 9/2010 | Gulley et al. |
| 2010/0250497 A1 | 9/2010 | Redlich et al. |

## US 9,973,474 B2

Page 3

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2010/0275241 | A1 | 10/2010 | Srinivasan |
| 2010/0287280 | A1 | 11/2010 | Sivan |
| 2010/0293484 | A1 | 11/2010 | Stanhope et al. |
| 2010/0293522 | A1 | 11/2010 | Cifra et al. |
| 2010/0306773 | A1 | 12/2010 | Lee et al. |
| 2010/0318609 | A1 | 12/2010 | Lahiri et al. |
| 2010/0319004 | A1 | 12/2010 | Hudson et al. |
| 2011/0004916 | A1 | 1/2011 | Schiffman et al. |
| 2011/0016214 | A1 | 1/2011 | Jackson |
| 2011/0016473 | A1 | 1/2011 | Srinivasan |
| 2011/0075664 | A1 | 3/2011 | Lambeth et al. |
| 2011/0083167 | A1 | 4/2011 | Carpenter et al. |
| 2011/0099126 | A1 | 4/2011 | Belani et al. |
| 2011/0125894 | A1 | 5/2011 | Anderson et al. |
| 2011/0125895 | A1 | 5/2011 | Anderson et al. |
| 2011/0126047 | A1 | 5/2011 | Anderson et al. |
| 2011/0126099 | A1 | 5/2011 | Anderson et al. |
| 2011/0126197 | A1 | 5/2011 | Larsen et al. |
| 2011/0126207 | A1 | 5/2011 | Wipfel et al. |
| 2011/0126275 | A1 | 5/2011 | Anderson et al. |
| 2011/0138047 | A1 | 6/2011 | Brown et al. |
| 2011/0153727 | A1 | 6/2011 | Li |
| 2011/0161915 | A1 | 6/2011 | Srinivasamoorthy et al. |
| 2011/0213869 | A1 | 9/2011 | Korsunsky et al. |
| 2011/0214157 | A1 | 9/2011 | Korsunsky et al. |
| 2011/0219035 | A1 | 9/2011 | Korsunsky et al. |
| 2011/0231510 | A1 | 9/2011 | Korsunsky et al. |
| 2011/0231552 | A1 | 9/2011 | Carter et al. |
| 2011/0231564 | A1 | 9/2011 | Korsunsky et al. |
| 2011/0231899 | A1 | 9/2011 | Puller et al. |
| 2011/0238855 | A1 | 9/2011 | Korsunsky et al. |
| 2011/0258692 | A1 | 10/2011 | Morrison et al. |
| 2011/0261828 | A1 | 10/2011 | Smith |
| 2012/0005236 | A1 | 1/2012 | Deng et al. |
| 2012/0005724 | A1 | 1/2012 | Lee |
| 2012/0042168 | A1 | 2/2012 | Yuan et al. |
| 2012/0078643 | A1 | 3/2012 | Nagpal et al. |
| 2012/0084184 | A1 | 4/2012 | Raleigh et al. |
| 2012/0173709 | A1 | 7/2012 | Li et al. |
| 2012/0179824 | A1 | 7/2012 | Jackson |
| 2012/0185821 | A1 | 7/2012 | Yaseen et al. |
| 2012/0185913 | A1 | 7/2012 | Martinez et al. |
| 2012/0192146 | A1 | 7/2012 | Arnold et al. |
| 2012/0229499 | A1 | 9/2012 | Tsao et al. |
| 2012/0239739 | A1 | 9/2012 | Manglik et al. |
| 2012/0240185 | A1 | 9/2012 | Kapoor et al. |
| 2012/0324069 | A1 | 12/2012 | Nori et al. |
| 2013/0066940 | A1 | 3/2013 | Shao |
| 2013/0067225 | A1 | 3/2013 | Shochet et al. |
| 2013/0156189 | A1 | 6/2013 | Gero et al. |
| 2013/0232463 | A1 | 9/2013 | Nagaraja et al. |
| 2013/0232470 | A1 | 9/2013 | Yung |
| 2013/0263209 | A1 | 10/2013 | Panuganty |
| 2013/0318341 | A1 | 11/2013 | Bagepalli et al. |
| 2014/0068743 | A1 | 3/2014 | Marcus et al. |
| 2014/0236745 | A1 | 8/2014 | Vautour |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 2009155574 | 12/2009 |
| WO | 2011091056 | 7/2011 |
| WO | 2012069064 | 5/2012 |

OTHER PUBLICATIONS

Mellor, Ewan, "The Xen-API," Xen Summit, T.J. Watson Research Center, Apr. 18, 2007.

Qian, Ling et al., "Cloud Computing: An Overview," Proceedings of the 1st International Conference on Cloud computing (CloudCom 2009), pp. 626-631, Dec. 1, 2009.

Wikimedia Foundation, Inc. "Enterprise Service Bus," Wikipedia online encyclopedia entry, May 29, 2008 [retrieved online at http://en.wikipedia.org/w/index.php?title=Enterprise_service_bus&oldid=215734396 on Oct. 17, 2014].

Wood, Timothy et al., "The Case for Enterprise-Ready Virtual Private Clouds," Jun. 19, 2009.

Wood, Timothy, "Improving Data Center Resource Management, Deployment, and Availability with Virtualization," Jun. 2009.

European Patent Application No. EP09767882.5, Extended Search Report dated Jul. 14, 2011.

European Patent Application No. EP14762867.1, Extended Search Report dated Oct. 17, 2016.

European Patent Application No. EP14764916.4, Extended Search Report dated Sep. 27, 2016.

International Application No. PCDUS2009/048052, International Search Report and Written Opinion dated Aug. 20, 2009.

International Application No. PCT/US2011/021741, International Search Report and Written Opinion dated May 13, 2011.

International Application No. PCT/US2012/021921, International Search Report and Written Opinion dated Jul. 30, 2012.

International Application No. PCT/US2014/030536, International Search Report and Written Opinion dated Aug. 18, 2014.

International Application No. PCT/US2014/030599, International Search Report and Written Opinion dated Aug. 28, 2014.

Singapore Patent Application No. 201009380-5, Written Opinion dated Mar. 28, 2012.

European Patent Application No. EP09767882.5, Examination Report dated Aug. 24, 2017.

European Patent Application No. EP14764916.4, Examination Report dated Dec. 8, 2017.



FIG. 1A

CLOUD GATEWAY DETAIL



FIG. 1B



FIG. 2

## FIG. 3

### Enterprise Gateway System 300

| remote software installer 305 |
|---|

| enterprise network services tool 310 |
|---|

## FIG. 4

### Enterprise Gateway Database 400

| software database 405 |
|---|
| plug-ins database 410 |
| client database 415 |

## FIG. 5

### Remote Gateway System 500

| virtual machine connection tool 505 |
|---|

| remote network services tool 510 |
|---|

## FIG. 6

### Remote Gateway Database 600

| software database 605 |
|---|
| plug-ins database 610 |
| client database 615 |

## FIG. 7

### Client Access Agent 700

mobile network services tool 705

## FIG. 8

Mobile End-User Database 800

plug-ins database 805

client database 810

FIG. 9

**U.S. Patent**    May 15, 2018    Sheet 7 of 11    US 9,973,474 B2

# FIG. 10

Cloud Hypervisor Database 1000

front-end plug-in database 1005
back-end plug-in database 1010



**FIG. 11**

# FIG. 12

## Cloud Hypervisor System 1200



pseudo-hypervisor creation tool 1205

API call listening tool 1210

hypervisor API call translation tool 1215

routing tool 1220

cloud API call translation tool 1225



**FIG. 13**

Method for managing cloud infrastructure 1300



FIG. 14

US 9,973,474 B2

**1**

# CLOUD COMPUTING GATEWAY, CLOUD COMPUTING HYPERVISOR, AND METHODS FOR IMPLEMENTING SAME

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 13/947,133, filed on Jul. 22, 2013 and entitled "CLOUD COMPUTING GATEWAY, CLOUD COMPUTING HYPERVISOR, AND METHODS FOR IMPLEMENTING SAME", which is a continuation of U.S. patent application Ser. No. 12/488,424, filed on Jun. 19, 2009 now issued as U.S. Pat. No. 8,514,868 and entitled "CLOUD COMPUTING GATEWAY, CLOUD COMPUTING HYPERVISOR, AND METHODS FOR IMPLEMENTING SAME", which claims the benefit of U.S. Provisional Application No. 61/074,027, filed on Jun. 19, 2008 and entitled "CLOUD COMPUTING GATEWAY AND CLOUD COMPUTING HYPERVISOR" All of which are incorporated in their entireties herein by reference.

## BACKGROUND

Field of the Invention

The present invention pertains generally to the field of cloud computing. More particularly, the invention pertains to systems and methods for managing cloud infrastructure and communicating with cloud provisioning and management tools.

Technical Background

Companies have begun offering businesses a new cloud computing outsourcing option that promises reduced costs, improved availability, improved scalability, and reduced time to deploy new applications. These companies act as managed service providers that rent virtual computer, storage, and Internet connectivity services for variable periods on a pay-per-use basis from large pools of repurposable, multi-tenant computing resources. Such cloud infrastructure providers include Amazon Web Services, Joyent, and Mosso.

Many businesses, however, are currently unable to use cloud infrastructure because of a lack of security, control, and manageability of the computing capacity rented from the cloud infrastructure providers. These problems prevent such businesses from maximizing their use of cloud infrastructure, which includes virtual server instances, storage, and Internet bandwidth. In particular, many enterprise IP networks deploy a protective control layer or "enterprise network membrane" to repel external threats, detect intrusions, authorize access, govern and audit activity, and ensure manageability. Unless the business has an administrator or other agent working with the cloud infrastructure provider, the enterprise network membrane does not extend to the cloud infrastructure.

It thus should be appreciated from the foregoing description that there is a need for an improved system and method for managing cloud infrastructure and communicating with cloud provisioning and management tools that addresses the difficulties described above. The present invention satisfies this need and provides further related advantages.

## SUMMARY OF THE INVENTION

In accordance with an embodiment, the present invention provides a cloud gateway system, a cloud hypervisor system, and methods for implementing same. The cloud gate-

**2**

way system extends the security, manageability, and quality of service ("QoS") membrane of a corporate enterprise network into cloud infrastructure provider networks, enabling cloud infrastructure to be interfaced as if it were on the enterprise network. The cloud hypervisor system provides an interface to cloud infrastructure provider management systems and infrastructure instances that enables existing enterprise systems management tools to manage cloud infrastructure substantially the same as they manage local virtual machines via common server hypervisor APIs (application programming interfaces).

Thus, an embodiment of the invention provides a technology that enables cloud infrastructure to be addressable by users and administrators of on-premises software systems and systems management systems, as though the cloud infrastructure were resident in private enterprise datacenters on the business' private enterprise networks. The technology allows businesses to take advantage of commercial cloud infrastructure without unduly sacrificing security, control, and manageability, and without an administrator or other agent to work with the cloud infrastructure provider.

Other features and advantages of the present invention should become apparent from the following description of the preferred embodiments, taken in conjunction with the accompanying drawings, which illustrate, by way of example, the principles of the invention.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1A** is a block diagram of a network system, in accordance with an embodiment of the present invention.

FIG. **1B** is a block diagram of a network system omitting a cloud hypervisor system, in accordance with an embodiment of the present invention.

FIG. **2** is a block diagram of a computer system, in accordance with an embodiment of the present invention.

FIG. **3** is a block diagram of an enterprise gateway system, in accordance with an embodiment of the present invention.

FIG. **4** is a block diagram of an enterprise gateway database for the enterprise gateway system of FIG. **3**, in accordance with an embodiment of the present invention.

FIG. **5** is a block diagram of a remote gateway system, in accordance with an embodiment of the present invention.

FIG. **6** is a block diagram of a remote gateway database for the remote gateway system of FIG. **5**, in accordance with an embodiment of the present invention.

FIG. **7** is a block diagram of a client access agent, in accordance with an embodiment of the present invention.

FIG. **8** is a block diagram of a mobile end-user database for the client access agent of FIG. **7**, in accordance with an embodiment of the present invention.

FIG. **9** is a block diagram of a first embodiment of a cloud hypervisor system, in accordance with an embodiment of the present invention.

FIG. **10** is a block diagram of a cloud hypervisor database for the cloud hypervisor system of FIG. **9**, in accordance with an embodiment of the present invention.

FIG. **11** is a block diagram showing the interaction between the cloud hypervisor system of FIG. **9** and a cloud gateway system.

FIG. **12** is a block diagram of a second embodiment of a cloud hypervisor system, in accordance with an embodiment of the present invention.

FIG. **13** is a flowchart of a method for managing cloud infrastructure, in accordance with an embodiment of the present invention.

US 9,973,474 B2

3

FIG. **14** is a flowchart of a method for communicating with cloud accounts, in accordance with an embodiment of the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

The following description is provided to enable any person skilled in the art to make and use the invention. Various modifications to the embodiments are possible, and the generic principles defined herein may be applied to these and other embodiments and applications without departing from the spirit and scope of the invention. Thus, the invention is not intended to be limited to the embodiments and applications shown, but is to be accorded the widest scope consistent with the principles, features, and teachings disclosed herein.

### Network System

Referring now to the drawings, and particularly to FIGS. **1A** and **1B**, there is shown a block diagram of a network system **100**, in accordance with an embodiment of the present invention. The network system **100** comprises an enterprise network **102**, at least one cloud provider network **104**, and a wide-area public network **106** (such as the Internet) that connects the enterprise network **102** to the cloud provider network **104**. One or more mobile end-user devices **108** may optionally be connected via the public network **106** to the cloud provider network **104**. Although FIGS. **1A** and **1B** show only one cloud provider network **104**, it will be appreciated that the enterprise network **102** may be connected to a plurality of cloud provider networks.

The enterprise network **102** comprises a plurality of network end-user devices **110**, an enterprise gateway appliance **112**, and a cloud hypervisor system **114**, which will be described in further detail below. The enterprise gateway appliance **112** may be configured as a physical appliance, as installable software, or as a virtual appliance instance, such as an application software stack packaged as a virtual machine ("VM"). Multiple enterprise gateway appliances **112** on the same enterprise network **102** can work together to provide redundancy from single appliance failure, and scalability to manage increased throughput. The cloud hypervisor system **114** may be coupled to a cloud hypervisor database **116**. The cloud hypervisor system **114** may optionally be configured as a plug-in to the enterprise gateway appliance **112** or omitted altogether (as shown in FIG. **1B**), as the circumstances warrant.

The cloud provider network **104** comprises a plurality of virtual machines **118**. The virtual machines **118** are software implementations of a computer that can be deployed by a hypervisor system and execute programs similar to a physical computer. One or more of the virtual machines **118** are configured as remote gateway nodes **120**. Multiple remote gateway nodes **120** work together to provide redundancy from single node failure and scalability to support increased throughput. Enterprise gateway appliances **112** in multiple enterprise networks **102**, and remote gateway nodes **120** in multiple cloud provider networks **104** can all work together in a mesh to create an overlay virtual private network with associated plug-in network services **126** that spans a plurality of enterprise networks **102** and cloud networks **104** in a secure and redundant manner.

In one embodiment, the enterprise gateway appliance **112** includes hardware, software, and/or firmware generally operative to upload remote gateway software for the remote

4

gateway nodes **120** to the cloud provider network **104**, and to install the remote gateway software on one or more virtual machines **118**. The enterprise gateway appliance **112** also includes hardware, software, and/or firmware generally operative to establish a secure virtual private network ("VPN") **122** over the public network **106**, connecting the enterprise gateway appliance **112** to the remote gateway nodes **120**, and subsequently to the enterprise virtual machines **128**. Once the virtual private network **122** has been established, the enterprise gateway appliance **112** functions as the primary ingress and egress point for all network traffic traveling between the enterprise network **102** and the cloud provider network **104**. The enterprise gateway appliance **112** may be coupled to an enterprise gateway database **124** capable of storing the remote gateway software for the remote gateway nodes **120**. A pluggable network services layer may be provided by the enterprise gateway appliance **112**, supporting plug-ins **126** such as virtual private network, network address translation ("NAT"), routing, firewall, load balancing, caching, wide-area network ("WAN") acceleration, intrusion detection and intrusion prevention services ("IPS"), denial of service detection and remediation, network access control, SSL acceleration, logfile aggregation, and policy-based governance and auditing of user and administrative actions.

In one embodiment, the remote gateway nodes **120** include hardware, software, and/or firmware generally operative to establish secure encrypted connections to open VPN agents on one or more virtual machines **118**, thus converting these virtual machines **118** into enterprise virtual machines **128** in the cloud provider network **104**. The remote gateway nodes **120** are deployed from the remote gateway software uploaded over the public network **106** from the enterprise gateway appliance **112** and are configured as virtual appliances that run on one or more virtual machines **118** in the cloud provider network **104**. Once installed, the remote gateway nodes **120** maintain the virtual private network **122** with the enterprise gateway appliance **112** and the enterprise virtual machines **128** in the cloud provider network **104**. The remote gateway nodes **120** thus establish an extended enterprise network membrane **130** around the enterprise virtual machines **128**. The remote gateway nodes **120** also host the remote components of plug-in network services **126** that must be local to the cloud infrastructure. Further, the remote gateway nodes **120** may comprise a remote gateway database (see FIG. **6**) capable of storing the remote gateway software, configuration, and state, as well as software, configuration, and state for the remote components of the plug-in network services **126**.

In one embodiment, the mobile end-user device **108** includes hardware, software, and/or firmware generally operative to establish a secure mobile virtual private network **132** between the mobile end-user device **108** and the remote gateway nodes **120**, and to provide other pluggable network services for the mobile end-user device **108**. The mobile virtual private network **132** may be established by a client access agent (see FIG. **7**) residing on the mobile end-user device **108**. The client access agent enables individual users to access limited cloud services through direct communication with the remote gateway nodes **120** over the public network **106**, without going through the enterprise gateway appliance **112**. The mobile end-user device **108** may be a laptop computer, a desktop computer, a personal digital assistant ("PDA") such as the BlackBerry Smartphone by Research in Motion, a cellular phone, or any other computing system or device configured to be connected to a public network. The mobile end-user device **108** may be

US 9,973,474 B2

5

coupled to a mobile end-user database **134** capable of storing software for the pluggable network services.

The enterprise gateway appliance and remote gateway nodes thus function to provide a virtual private network overlay connecting one or more private enterprise networks to one or more cloud provider networks. Because the remote gateway nodes extend the enterprise network membrane around the enterprise virtual machines in the cloud provider networks, the enterprise virtual machines appear and behave as if they were part of the private enterprise networks, without substantial reduction in the security or manageability of the enterprise network. The enterprise gateway appliance and remote gateway nodes provide the necessary services to help in ensuring that the privacy, security, availability, quality of service, and manageability of the enterprise network is extended to the enterprise virtual machines in the cloud provider network.

General Computer

With reference to FIG. **2**, there is shown a block diagram of a computer system **200**. Each of the mobile end-user devices **108**, network end-user devices **110**, enterprise gateway appliance **112**, cloud hypervisor system **114**, and remote gateway nodes **120** may be an instance of the computer system **200**. In other embodiments, each of these elements, along with the virtual machines **118** and enterprise virtual machines **128**, may be configured as a software implementation running on one or more computer systems **200**.

The computer system **200** includes a processor **205**, such as an Intel Pentium® microprocessor or a Motorola Power PC® microprocessor, coupled to a communications channel **210**. The computer system **200** further includes an input device **215** (such as a keyboard or mouse), an output device **220** (such as a liquid crystal display or a cathode ray tube display), a communication interface **225**, a data storage device **230** (such as a magnetic or optical disk), and memory **235** (such as random access memory (RAM)), each coupled to the communications channel **210**. The communication interface **225** may be coupled to the enterprise network **102**, a cloud provider network **104**, and/or the wide-area public network **106**. One skilled in the art will recognize that, although the data storage device **230** and memory **235** are shown as different units, the data storage device **230** and memory **235** may be parts of the same unit, distributed units, virtual memory, etc. Further, it will be appreciated that the term "memory" herein is intended to cover all data storage media, whether permanent or temporary.

The data storage device and/or the memory may also store an operating system (not shown), such as Microsoft Windows Vista, Linux, the IBM OS/2 operating system, the MAC OS, or the UNIX operating system. It will be appreciated that embodiments of the present invention may also be implemented on platforms and operating systems other than those mentioned. An embodiment of the present invention may be written using JAVA, C, C++ language, and/or other programming languages, possibly using object oriented programming methodology. The present invention may be built on Ruby on Rails or using Ajax.

One skilled in the art will recognize that the computer system **200** may also include additional components, such as network connections, additional memory, additional processors, local area networks (LANs), and input/output lines for transferring information across a hardware channel, the Internet or an intranet. One skilled in the art will also recognize that the programs and data may be received by and stored in the computer system **200** in alternative ways. For

6

example, a computer-readable storage medium (CRSM) reader **245**, such as a magnetic disk drive, hard disk drive, magneto-optical reader, or CPU, may be coupled to the communications channel **210** for reading a computer-readable storage medium (CRSM) **250**, such as a magnetic disk, a hard disk, a magneto-optical disk, or RAM. Accordingly, the central server may receive programs and/or data via the CRSM reader.

Enterprise and Remote Gateway Systems

With reference to FIG. **3**, there is shown a block diagram of an enterprise gateway system **300**, in accordance with an embodiment of the present invention. The enterprise gateway system **300** may be implemented on the enterprise gateway appliance **112**. The enterprise gateway system **300** includes a remote software installer **305** and an enterprise network services tool **310**. The remote software installer **305** includes hardware, software, and/or firmware generally operative to upload the remote gateway software for the remote gateway nodes **120** to the cloud provider network **104**, and to install the remote gateway software on one or more virtual machines **118**. The enterprise network services tool **310** includes hardware, software, and/or firmware generally operative to establish the secure and redundant virtual private network **122** with multiple remote gateway nodes **120**, multiple enterprise gateways appliances **112**, and multiple enterprise virtual machines **128** over the public network **106** and to provide other network services supported by the plug-ins **126**.

The enterprise gateway system **300** may be coupled to an enterprise gateway database, such as the enterprise gateway database **400** shown in FIG. **4**. The enterprise gateway database **400** comprises a software database **405** that stores the remote gateway software for the remote gateway nodes **120**, a plug-ins database **410** that stores software for the plug-ins **126**, and a client database **415** that stores enterprise virtual machine client data (such as connection state, routing tables, credentials, and consolidated log files) required to manage the VPN **122** and pluggable network services **126**.

With reference to FIG. **5**, there is shown a block diagram of a remote gateway system **500**, in accordance with an embodiment of the present invention. The remote gateway system **500** may be implemented on the remote gateway nodes **120**. The remote gateway system **500** includes a virtual machine connection tool **505** and a remote network services tool **510**. The virtual machine connection tool **505** includes hardware, software, and/or firmware generally operative to establish enterprise virtual machines **128** in the cloud provider network **104** and extending the enterprise network membrane around the enterprise virtual machines **128**. The remote network services tool **510** includes hardware, software, and/or firmware generally operative to maintain the secure virtual private network **122** from the enterprise gateway appliance **112**, over the public network **106**, to the enterprise virtual machines **128** in the cloud network provider **104**, and to execute the remote components of the plug-in network services **126** that must be local to the cloud infrastructure.

The remote gateway system **500** may be coupled to a remote gateway database, such as the remote gateway database **600** shown in FIG. **6**. The remote gateway database **500** may be implemented on the remote gateway nodes **120**. The remote gateway database **500** comprises a software database **610** that stores the remote gateway software, a plug-ins database **610** that stores software for the pluggable network services provided by the remote network services tool **510**,

US 9,973,474 B2

<table>
<tr><td>7</td><td>8</td></tr>
</table>

and a client database **615** that stores enterprise virtual machine **128** client data (such as connection state, routing tables, credentials, and consolidated log files) required to manage the VPN **122** and pluggable network services **126**.

With reference to FIG. **7**, there is shown a block diagram of a client access agent **700**, in accordance with an embodiment of the present invention. The client access agent **700** may be implemented on a mobile end-user device **108**. The client access agent **700** includes a mobile network services tool **705**. The mobile network services tool **705** includes hardware, software, and/or firmware generally operative to establish the secure mobile virtual private network **132** over the public network **106** and to provide other pluggable network services for the mobile end-user device **108**.

The client access agent **700** may be coupled to a mobile end-user database, such as the mobile end-user database **800** shown in FIG. **8**. The mobile end-user database **800** comprises a plug-ins database **805** that stores software for the pluggable network services provided by the mobile network services tool **705** and a client database **810** that stores virtual machine client data (such as connection state, routing tables, credentials, and consolidated log files) required to manage the VPN and pluggable network services.

Cloud Hypervisor System

With reference to FIG. **9**, there is shown a block diagram of a first embodiment of a cloud hypervisor system **900**, in accordance with an embodiment of the present invention. The cloud hypervisor system **900** includes a set of front-end plug-ins **905**, a service bus **910**, and a set of back-end plug-ins **915**.

Each front-end plug-in **905** includes hardware, software, and/or firmware generally operative to establish one or more pseudo-hypervisor instances **920**, to expose the pseudo-hypervisor instances **920** to the enterprise network **102**, to listen for and receive hypervisor API calls **925** from enterprise systems management tools **930**, to translate received hypervisor API calls into intermediate representations **935**, and to place the intermediate representations **935** on the service bus **910** as a transaction. For each transaction issued to the service bus **910**, a response code will be returned to the pseudo-hyper visor **920** that will be passed back to the calling enterprise systems management tool **930**. In general, a server hypervisor is a low-level computer operating system configured to emulate one or more physical systems to create one or more virtual machines, each virtual machine capable of hosting a high-level computer operating system like Microsoft Windows or Linux. A server hypervisor thus functions to enable multiple high-level computer operating systems to share a single physical computer system without interfering with each other. Commercial examples of server hypervisors include VMWare ESX server, Microsoft Hyper-V, and Citrix XenServer. Instances **920** are referred to as pseudo-hypervisor instances because the front-end plug-in **905** is emulating the provisioning and management interfaces of a commercial server hypervisor, effectively tricking the enterprise systems management tools **930** into believing that they are communicating with a common commercial server hypervisor instead of the cloud hypervisor system **900**.

In one embodiment, each server hypervisor API supported on the enterprise network **102** has a corresponding front-end plug-in **905**. In general, a hypervisor exposes a management API that is used by provisioning and management tools to monitor the virtual machines associated with the hypervisor and to instruct the hypervisor to create, destroy, or change the state of the virtual machines. Thus, in one embodiment, there is one front-end plug-in **905** for each supported server hypervisor API. It will be appreciated that, in other embodiments, only some of the supported server hypervisor APIs will have a corresponding front-end plug-in **905**.

Each front-end plug-in **905** thus is configured to expose one or more unique pseudo-hypervisor instances **920** to the enterprise network **102**, to translate each received hypervisor API call **925** into an intermediate representation **935**, and to place the intermediate representation **935** on the service bus **910** as a transaction. Once the transaction has been executed by the service bus **910**, the service bus **910** will return a result code to the pseudo-hypervisor indicating the state of the transaction for response to the calling enterprise systems management tool **930**. In one embodiment, each pseudo-hypervisor instance **920** is associated with a single account at a cloud provider. In other embodiments, a pseudo-hypervisor instance **920** may be associated with a plurality of cloud provider accounts, and a cloud provider account may be associated with a plurality of pseudo-hypervisor instances **920**.

The set of front-end plug-ins **905** may also comprise a web console **940** that graphically exposes cloud infrastructure management functions and a topology manager **945** that includes infrastructure topology creation and deployment tools. The web console **940** and topology manager **945** plug into the service bus **910**, and either issue instructions directly using the intermediate representation **935**, or translate their API calls into intermediate representations **935** so that they can interact with any supported cloud infrastructure through the service bus **910** and back-end plug-ins **915**.

The service bus **910** includes hardware, software, and/or firmware generally operative to route each intermediate representation **935** from a front-end plug-in **905** to an appropriate back-end plug-in **915**. Each intermediate representation **935** is a generic representation that can be understood by any of the back-end plug-ins **915**. In one embodiment, a destination parameter is passed with each intermediate representation **935**, indicating the cloud provider network account to which the intermediate representation **935** should ultimately be routed. In other embodiments, the destination parameter indicates the route to the back-end plug-in **915** to which the intermediate representation **935** should proximately be routed. Routing the intermediate representation **935** is implemented by the service bus **910** as a transaction through the backend plug-in **915**. The service bus **910** is responsible for ensuring the success of the cloud API call **950**, and collecting, remediating and reporting any events that occur during the execution of the cloud API call **950**. Upon successful or failed completion of the cloud API call **950**, the service bus **910** is responsible for generating and routing a response code back to the calling pseudo-hypervisor **920** in an intermediate representation.

Each back-end plug-in **915** includes hardware, software, and/or firmware generally operative to translate an intermediate representation **935** into a cloud API call **950**. In one embodiment, each unique supported cloud provider network account (such as the EC2 cloud provider network account **955**, the Rackspace cloud provider network account **960**, and the Sungard cloud provider network account **965**) has a unique API and a corresponding back-end plug-in **915**. It will be appreciated that, in other embodiments, each unique supported cloud provider network account might have a plurality of corresponding back-end plug-ins **915**, or one back-end plug-in **915** might support a plurality of cloud provider network accounts. It will also be appreciated that one or more back-end plug-ins **915** could be configured to

US 9,973,474 B2

9

translate an intermediate representation **935** into the API for a local cloud, such as local cloud **970**. The back-end plug-in **915** is responsible for executing the transaction specified by the intermediate representation, validating success of the transaction, collecting events from the cloud API, and reporting the final state of the transaction back to the service bus **910**.

The cloud hypervisor system thus acts as a proxy between enterprise systems management tools that are instrumented to work with server hypervisor APIs and the APIs provided by cloud provisioning and management tools or cloud infrastructure providers. The cloud hypervisor system functions to generalize the interface to all cloud infrastructure provisioning and management systems and services by emulating the widely supported provisioning and management interfaces of popular server hypervisors, such as Xen, VMWare ESX and Microsoft Hyper-V. In one embodiment, the cloud hypervisor system enables enterprise systems management tools (such as VMWare Virtual Center and Lab Manager, Microsoft SCVMM, Citrix XenCenter, BMC Bladelogic, IBM Tivoli Provisioning Manager, Novell Platespin, VMLogix LabManager, Surgient, and Scalent) to interact with cloud infrastructure management APIs (such as those of Amazon Web Services, Rackspace, IBM Blue Cloud, Google AppEngine, 3tera AppLogic, Sun, VMWare vCloud, Citrix C3, and Eucalyptus). The cloud hypervisor system does this by emulating server hypervisor APIs, making the enterprise systems management tools believe they are communicating with a common server hypervisor, but then translating the server hypervisor API calls into equivalent cloud API calls. The cloud hypervisor system emulates as much of each server hypervisor's API as is required to satisfy the requirements of known enterprise systems management tools. Emulated operations may include, but are not limited to, discover, create, delete, start, stop, suspend, resume, get configuration, set configuration, and get state.

The cloud hypervisor system **900** may be coupled to a cloud hypervisor database, such as the cloud hypervisor database **1000** shown in FIG. **10**. The cloud hypervisor database **1000** comprises a front-end plug-in database **1005** that stores software for set of front-end plug-ins **905** and a back-end plug-in database **1010** that stores software for the set of back-end plug-ins **915**, as well as execution data such as execution logs, credentials, and execution state.

With reference to FIG. **11**, there is shown a block diagram showing the interaction between a cloud hypervisor system **1100** and a cloud gateway system **1175**. The elements of the cloud hypervisor system **1100** correspond to the elements of the cloud hypervisor system **900**, except that in FIG. **11** the web console **1140** and topology manager **1145** are shown as tools that are distinct from the cloud hypervisor system **1100**.

In particular, the cloud hypervisor system **100** includes a set of front-end plug-ins **1105**, a service bus **1110**, and a set of back-end plug-ins **1115**. Each front-end plug-in **1105** includes hardware, software, and/or firmware generally operative to establish a set of pseudo-hypervisor instances **1120**, to expose the pseudo-hypervisor instances **1120** to the enterprise network **102**, to listen for and receive hypervisor API calls **1125** from enterprise systems management tools **1130**, to translate received hypervisor API calls into intermediate representations **1135**, and to place the intermediate representations **1135** on the service bus **1110**. Each back-end plug-in **1115** includes hardware, software, and/or firmware generally operative to translate an intermediate representation **1135** into a cloud API call **1150**. In one embodiment,

10

each unique supported cloud provider network account (such as the EC2 cloud provider network account **1155**, the Rackspace cloud provider network account **1160**, and the Sungard cloud provider network account **1165**) has a unique API and a corresponding back-end plug-in **1115**. It will be appreciated that one or more back-end plug-ins **1115** could be configured to translate an intermediate representation **1135** into the API for a local cloud, such as local cloud **1170**.

The cloud gateway system **1175** includes an enterprise gateway appliance (such as enterprise gateway appliance **112**) and remote gateway nodes (such as remote gateway nodes **120**). Thus, the cloud gateway system **1175** includes hardware, software, and/or firmware generally operative to establish a secure virtual private network over a public network, connecting the cloud hypervisor **1100** to each unique supported cloud provider network account. Once the virtual private network has been established, the cloud gateway system **1175** functions as the primary ingress and egress point for all network traffic traveling between the cloud hypervisor **1100** and the cloud provider network accounts and associated enterprise virtual machines **128**. The cloud gateway system **1175** extends the enterprise network membrane around the cloud provider network accounts and associated enterprise virtual machines **128**, providing a secure, high-quality, well-managed network connection between the cloud hypervisor system **1100** and commercial cloud infrastructure and making the remote infrastructure appear to be located on the enterprise network.

With reference to FIG. **12**, there is shown a block diagram of a second embodiment of a cloud hypervisor system **1200**, in accordance with an embodiment of the present invention. The cloud hypervisor system **1200** includes a pseudo-hypervisor creation tool **1205**, an API call listening tool **1210**, a hypervisor API call translation tool **1215**, a routing tool **1220**, and a cloud API call translation tool **1225**.

The pseudo-hypervisor creation tool **1205** includes hardware, software, and/or firmware generally operative to establish one or more pseudo-hypervisor instances (such as pseudo-hypervisor instances **920**) and to expose the pseudo-hypervisor instances to the enterprise network **102**. The API call listening tool **1210** includes hardware, software, and/or firmware generally operative to listen for and receive hypervisor API calls sent by enterprise systems management tools (such as enterprise systems management tools **930**) to the pseudo-hypervisor instances. The hypervisor API call translation tool **1215** includes hardware, software, and/or firmware generally operative to translate received hypervisor API calls into intermediate representations (such as intermediate representations **935**) and to transmit the intermediate representations to the routing tool **1220**. The routing tool **1220** includes hardware, software, and/or firmware generally operative to route each intermediate representation from the hypervisor API call translation tool **1215** to the cloud API call translation tool **1225**. The cloud API call translation tool **1225** includes hardware, software, and/or firmware generally operative to translate an intermediate representation **935** into a cloud API call **950**.

Method for Managing Cloud Infrastructure

With reference to FIG. **13**, there is shown a flowchart of a method **1300** for managing cloud infrastructure, in accordance with an embodiment of the present invention. The method **1300** starts in step **1305** with the establishment of an enterprise network (such as enterprise network **102**). In step **1310**, network end-user devices (such as network end-user devices **110**) are connected to the enterprise network. In step

US 9,973,474 B2

11

1315, an enterprise gateway appliance (such as enterprise gateway appliance 112) is also connected to the enterprise network. In step 1320, network service plug-ins (such as plug-ins 126) are connected to the enterprise gateway appliance.

In step 1325, an account is established with a cloud provider. In step 1330, the enterprise gateway appliance uploads remote gateway software to one or more remote gateway nodes (such as remote gateway nodes 120) in the cloud provider network. In step 1335, the remote gateway nodes establish secure encrypted connections to open VPN agents on one or more virtual machines, thus converting these virtual machines 118 into enterprise virtual machines (such as enterprise virtual machines 128) in the cloud provider network. In step 1340, a secure virtual private network is established between the enterprise gateway appliance, the remote gateway nodes, and the enterprise virtual machines.

In step 1345, it is determined whether there is an end-user device outside the enterprise network. If there are no outside end-user devices, then the method 1300 proceeds to step 1365. If there is an outside end-user device (such as mobile end-user device 108), then a client access agent is enabled on the outside end-user device in step 1350. In step 1355, the outside end-user device is connected to a public network. In step 1360, a secure virtual private network is established between the outside end-user device and the remote gateway nodes.

In step 1365, plug-in network services are started and service specific sessions between the plug-ins connected to the enterprise gateway appliance and the remote gateway notes are established. This step can be repeated for each plug-in. The method 1300 then ends.

Method for Communicating with Cloud Accounts

With reference to FIG. 14, there is shown a flowchart of a method 1400 for communicating with cloud accounts, in accordance with an embodiment of the present invention. The method 1400 starts in step 1405, where a cloud hypervisor system (such as a cloud hypervisor system 900, 110 or 1200) is connected to an enterprise network. In step 1410, a service bus (such as a service bus 910 or 1110) is established in the cloud hypervisor system. In step 1415, hypervisor API emulators (such as front-end plug-ins 905 or 1105) are connected to the service bus. In step 1420, additional front-end plug-ins (such as web console 940 and topology manager 945) are connected to the service bus. In step 1425, back-end plug ins (such as back-end plug-ins 915 or 1115) are connected to the service bus.

In step 1430, the hypervisor API emulators establish one or more pseudo-hypervisor instances (such as pseudo-hypervisor instances 920 or 1120). In step 1435, the pseudo-hypervisor instances are exposed to the enterprise network. In step 1440, a pseudo-hypervisor instance receives a hypervisor API call (such as a hypervisor API call 925 or 1125) from an enterprise systems management tool. In step 1445, the pseudo-hypervisor instance routs the received hypervisor API call to the appropriate hypervisor API emulator. In step 1450, the hypervisor API emulator translates the received hypervisor API call into an intermediate representation (such as intermediate an representation 935 or 1135). In step 1455, the hypervisor API emulator places the intermediate representation on the service bus. In step 1460, the service bus routes the intermediate representation to the appropriate back-end plug-in. In step 1465, the back-end plug-in translates the intermediate representation into a

12

cloud API call (such as a cloud API call 950 or 1150). In step 1470, the cloud API call is routed to an appropriate cloud account. In step 1471, the back-end plug-in verifies success of the cloud API call. In step 1472, the back-end plug-in returns a result code to the service bus in an intermediate representation. In step 1473, the service bus returns the result code to the pseudo-hypervisor. In step 1474, the pseudo-hypervisor translates the intermediate representation result code into a hypervisor specific result code. In step 1475, the hypervisor specific result code is returned to the calling enterprise systems management tool. The method then ends.

The foregoing description of the preferred embodiments of the present invention is by way of example only, and other variations and modifications of the above-described embodiments and methods are possible in light of the foregoing teaching. The various embodiments set forth herein may be implemented utilizing hardware, software, or any desired combination thereof. For that matter, any type of logic may be utilized which is capable of implementing the various functionality set forth herein. Components may be implemented using a programmed general purpose digital computer, using application specific integrated circuits, or using a network of interconnected conventional components and circuits. Connections may be wired, wireless, modem, etc. The embodiments described herein are not intended to be exhaustive or limiting. The present invention is limited only by the following claims.

What is claimed is:

1. A computer-implemented method for managing cloud infrastructure, the method comprising:
   establishing an enterprise network, wherein one or more network end-user devices are connected to the enterprise network;
   connecting an enterprise gateway appliance to the enterprise network;
   establishing a secure virtual private network between the enterprise gateway appliance and at least a first enterprise virtual machine in a cloud provider network, wherein the establishing further comprises:
      establishing a connection between the enterprise gateway appliance and at least one remote gateway node in the cloud provider network, wherein the secure virtual private network is established between the enterprise gateway appliance, the remote gateway node, and the first enterprise virtual machine; and
   causing one or more network service plug-ins to execute in the cloud provider network.

2. The computer-implemented method of claim 1, wherein the enterprise gateway appliance provides remote gateway software to the remote gateway node.

3. The computer-implemented method of claim 1, wherein the remote gateway node establishes a secure encrypted connection to at least the first enterprise virtual machine.

4. The computer-implemented method of claim 3, wherein the remote gateway node causes a virtual private network agent to execute on at least the first enterprise virtual machine.

5. The computer-implemented method of claim 1, wherein one or more corresponding network service plug-ins are also connected to the enterprise gateway appliance.

6. The computer-implemented method of claim 5, wherein the network service plug-ins provide intrusion detection services and intrusion prevention services.

US 9,973,474 B2

13 14

7. The computer-implemented method of claim 6, wherein establishing the secure virtual private network further comprises:

enabling a client access agent on the end-user device; and connecting the end-user device to a public network.

8. The computer-implemented method of claim 1, the method further comprising:

determining that an end-user device is outside the enterprise network and the cloud provider network; and

establishing a secure virtual private network between the end-user device and at least the first enterprise virtual machine.

9. A system comprising:

at least one processor; and

a memory storing instructions configured to instruct the at least one processor to perform:

establishing an enterprise network, wherein one or more network end-user devices are connected to the enterprise network;

connecting an enterprise gateway appliance to the enterprise network;

establishing a secure virtual private network between the enterprise gateway appliance and at least a first enterprise virtual machine in a cloud provider network,

wherein the establishing further causes the system to perform:

establishing a connection between the enterprise gateway appliance and at least one remote gateway node in the cloud provider network, wherein the secure virtual private network is established between the enterprise gateway appliance, the remote gateway node, and the first enterprise virtual machine; and

causing one or more network service plug-ins to execute in the cloud provider network.

10. The system of claimer 9, wherein the enterprise gateway appliance provides remote gateway software to the remote gateway node.

11. The system of claimer 9, wherein the remote gateway node establishes a secure encrypted connection to at least the first enterprise virtual machine.

12. A non-transitory computer storage medium storing computer-executable instructions that, when executed, cause a computer system to perform a computer-implemented method comprising:

establishing an enterprise network, wherein one or more network end-user devices are connected to the enterprise network;

connecting an enterprise gateway appliance to the enterprise network;

establishing a secure virtual private network between the enterprise gateway appliance and at least a first enterprise virtual machine in a cloud provider network, wherein the establishing further causes the computer system to perform:

establishing a connection between the enterprise gateway appliance and at least one remote gateway node in the cloud provider network, wherein the secure virtual private network is established between the enterprise gateway appliance, the remote gateway node, and the first enterprise virtual machine; and

causing one or more network service plug-ins to execute in the cloud provider network.

13. The non-transitory computer storage medium of claim 12, wherein the enterprise gateway appliance provides remote gateway software to the remote gateway node.

14. The non-transitory computer storage medium of claim 12, wherein the remote gateway node establishes a secure encrypted connection to at least the first enterprise virtual machine.

* * * * *