# EXHIBIT D

**Exhibit D – Claim Chart for U.S. Patent No. 8,514,868**

**Exhibit D: U.S. Patent No. 8,514,868 v. Microsoft Azure**

| Claim | Evidence of Infringement by Accused Instrumentalities |
|---|---|
| **5[pre].** A cloud hypervisor system comprising: | To the extent the preamble is limiting, Microsoft's Azure, including Azure Arc (the "Accused Instrumentalities"), includes a cloud hypervisor system.<br><br>Microsoft provides a cloud computing network called Azure.<br><br>**What is Microsoft Azure?**<br><br>Microsoft Azure, launched in 2010, marked a pivotal shift from on-premises datacenters to cloud computing. By offering businesses a global network of datacenters maintained and managed by Microsoft, Azure reduced the time and expense associated with maintaining on-premises infrastructure.<br><br>Since its original launch, Azure continues to offer extensive capabilities that go beyond simplifying infrastructure management. With comprehensive AI, data, and application services that work together, Azure delivers a unified approach to cloud computing that's unique in the industry. Its open, flexible cloud platform is designed to support each company's business strategy and stage of AI transformation.<br><br>Source: https://azure.microsoft.com/en-us/resources/cloud-computing-dictionary/what-is-azure/<br><br>Azure, including the Azure Resource Manager ("ARM") and Azure Arc, is a cloud hypervisor system. ARM allows for management of Azure cloud computing resources, including virtual machines. Azure Arc extends |

1

**Exhibit D – Claim Chart for U.S. Patent No. 8,514,868**

| | |
|---|---|
| | ARM's functionality to manage on-premise computing resources.<br><br>## Azure Arc<br><br>Azure Arc simplifies governance and management by delivering a consistent multi-cloud and on-premises management platform. Azure Arc enables you to manage your entire environment, with a single pane of glass, by projecting your existing resources into Azure Resource Manager. You can now manage virtual machines, Kubernetes clusters, and databases as if they are running in Azure. Regardless of where they live, you can use familiar Azure services and management capabilities. Azure Arc enables you to continue using traditional ITOps, while introducing DevOps practices to support new cloud-native patterns in your environment.<br><br>Source: https://techcommunity.microsoft.com/blog/itopstalkblog/azure-arc-for-it-pros/2347921 (annotated) |

2

**Exhibit D – Claim Chart for U.S. Patent No. 8,514,868**

Azure Arc simplifies governance and management by delivering a consistent multicloud and on-premises management platform.

Azure Arc provides a centralized, unified way to:

- Manage your entire environment together by projecting your existing non-Azure and/or on-premises resources into Azure Resource Manager.
- Manage virtual machines, Kubernetes clusters, and databases as if they are running in Azure.
- Use familiar Azure services and management capabilities, regardless of where your resources live.
- Continue using traditional ITOps while introducing DevOps practices to support new cloud native patterns in your environment.
- Configure custom locations as an abstraction layer on top of Azure Arc-enabled Kubernetes clusters and cluster extensions.

Source: https://learn.microsoft.com/en-us/azure/azure-arc/overview (annotated)

3

**Exhibit D – Claim Chart for U.S. Patent No. 8,514,868**



Source: https://learn.microsoft.com/en-us/azure/azure-arc/overview

4

**Exhibit D – Claim Chart for U.S. Patent No. 8,514,868**



Source: https://techcommunity.microsoft.com/blog/itopstalkblog/azure-arc-for-it-pros/2347921

**Exhibit D – Claim Chart for U.S. Patent No. 8,514,868**



Source: https://learn.microsoft.com/en-us/azure/azure-resource-manager/management/overview, video at 0:12



Source: https://learn.microsoft.com/en-us/azure/azure-resource-manager/management/overview, video at 0:33

For example, Azure Arc allows IT professionals to centrally manage cloud and on-premise virtual machines

**Exhibit D – Claim Chart for U.S. Patent No. 8,514,868**

| | |
|---|---|
| | through a common management interface, such as the Azure Portal.<br><br><br><br>Source: https://techcommunity.microsoft.com/blog/itopstalkblog/azure-arc-for-it-pros/2347921 |
| 5[a]. a processor; | The Accused Instrumentalities include a processor.<br><br>For example, Azure runs on processors in datacenters that are located in regions across the country. |

**Exhibit D – Claim Chart for U.S. Patent No. 8,514,868**



Source: https://azure.microsoft.com/en-us/explore/global-infrastructure#tabs-pill-bar-oc9430_tab1

### Exhibit D – Claim Chart for U.S. Patent No. 8,514,868



A datacenter houses thousands of powerful computers, or "servers." Microsoft datacenters have rows and rows of these servers, working around the clock to allow your information to be ready whenever you need it.

Even after unexpected events or disasters, behind the scenes, skilled technicians and engineers maintain and keep our datacenters running smoothly. This involves building in redundancy. For instance, when a power outage strikes one datacenter, another one takes over in an instant, ensuring you can continue operating your devices and watch your favorite show without even noticing that something happened. Our datacenters are equipped with backup systems to handle unexpected events, such as power outages or hardware failures. This level of resilience helps support access to the services you need when you need them. The Microsoft Cloud also provides capabilities to replicate data across multiple datacenters giving customers more reliable access to their data, even when a single datacenter region is affected by a disaster. Microsoft operates a network of hundreds of secure datacenters in dozens of countries, connected by hundreds of thousands of miles of fiber optic cables, so services can be close to where you access the cloud. Our cloud footprint continues to grow as we add more regions and datacenters all over the world to meet growing customer demand.

Source: https://datacenters.microsoft.com/WhatIsADatacenter/

| | |
|---|---|
| 5[b]. a pseudo-hypervisor creation tool configured, using the processor, to establish a pseudo-hypervisor instance; | The Accused Instrumentalities include a pseudo-hypervisor creation tool configured, using the processor, to establish a pseudo-hypervisor instance.<br><br>**Pseudo-hypervisor instance**<br>For example, Azure deploys a pseudo-hypervisor instance through the operation of Azure Arc, including the Azure Arc Resource Bridge ("ARB"). The Azure Arc Resource Bridge is a prepackaged Kubernetes-based appliance installed on a customer's on-premises environment. A resource corresponding to the ARB is deployed in the ARM. This resource in ARM that corresponds to the on-premise ARB resource makes local VMs, databases, and Kubernetes clusters appear as native Azure resources to the end-user of the Azure system. Supported private clouds include VMware vSphere, SCVMM, and Azure Local. |

**Exhibit D – Claim Chart for U.S. Patent No. 8,514,868**

## What is Azure Arc resource bridge?

Azure Arc resource bridge is a prepackaged virtual appliance that runs as a Kubernetes-based management cluster deployed on your on-premises infrastructure (private cloud). It acts as a core component of the Azure Arc private cloud products and enables Azure-based management of on-premises resources. Azure Arc resource bridge provides a secure conduit between Azure and your on-premises infrastructure. It allows projection of on-premises resources into Azure as native Azure resources, enabling consistent governance, automation, and management with Azure tools. The resource bridge facilitates self-service provisioning and lifecycle management of on-premises Windows and Linux virtual machines directly from Azure.

Source: https://learn.microsoft.com/en-us/azure/azure-arc/resource-bridge/overview (annotated)

Arc resource bridge enables the following hybrid management capabilities:

- **Native Azure experience**: Projects on-premises VMs as Azure resources, allowing you to view on-premises VMs in Azure and apply tags, policies, and extensions just like native Azure VMs.

- **VM self-service from Azure**: Create, manage, and delete VMs on-premises through the Azure portal or CLI.

- **Native Azure integration**: Extend Azure governance, monitoring, and automation capabilities to on-premises VMs.

Source: https://learn.microsoft.com/en-us/azure/azure-arc/resource-bridge/overview (annotated)

10

**Exhibit D – Claim Chart for U.S. Patent No. 8,514,868**

> To deliver this functionality, the resource bridge hosts additional Azure Arc components, including:
>
> - **Custom location** – These define the target infrastructure for deployments. The custom location maps to your private cloud infrastructure. When you create a VM from Azure, you choose a custom location. Azure knows where to route the request and what private cloud location it maps to based on the custom location. For example, for Arc-enabled VMware, the custom location maps to an instance of vCenter. For Azure Local, it maps to an Azure Local instance. For more information about custom location, refer to Create and manage custom locations.
>
> - **Cluster extension** – A cluster extension enables capabilities on the resource bridge. The supported extensions are Arc-enabled VMware (microsoft.vmware), Arc-enabled AVS (microsoft.avs), Arc-enabled SCVMM (microsoft.scvmm), Azure Local (microsoft.azstackhci.operator, microsoft.diagnosis.operator) and AKS Arc (microsoft.hybridaksoperator).
>
> - **Azure Arc agents** – Power the communication and control layer between Azure and your infrastructure.

Source: https://learn.microsoft.com/en-us/azure/azure-arc/resource-bridge/overview (annotated)

11

**Exhibit D – Claim Chart for U.S. Patent No. 8,514,868**



Source: https://learn.microsoft.com/en-us/azure/azure-arc/resource-bridge/overview (annotated)

Azure's "custom location" feature defines the mapping between the ARM and the private cloud infrastructure.

**Exhibit D – Claim Chart for U.S. Patent No. 8,514,868**

> Custom locations and cluster extensions are both Azure resources linked to the Azure Arc resource bridge resource in Azure Resource Manager. When you create a VM from Azure, you select the custom location. Azure uses the custom location to determine the mapping to your private cloud infrastructure and routes the create VM request to your private cloud. A VM is created in your private cloud and a corresponding Azure resource is created in Azure as a representation of your on-premises VM in Azure. Azure Arc resource bridge enables this hybrid management of your on-premises resources from Azure.

Source: https://learn.microsoft.com/en-us/azure/azure-arc/resource-bridge/overview (annotated)


**Pseudo-hypervisor creation tool**
For example, an Arc Resource Bridge resource is created within the ARM. The Azure CLI includes the **az arcappliance create** command that causes the ARB resource to be created within the ARM. The ARM functionality that executes the API calls from the CLI when the **az arcappliance create** is executed comprises a pseudo-hypervisor creation tool.

13

**Exhibit D – Claim Chart for U.S. Patent No. 8,514,868**



Source: https://learn.microsoft.com/en-us/azure/azure-arc/resource-bridge/deploy-cli

## az arcappliance create

This command creates Arc resource bridge in Azure as an ARM resource, then establishes the connection between the ARM resource and on-premises appliance VM.

Source: https://learn.microsoft.com/en-us/azure/azure-arc/resource-bridge/deploy-cli

| | |
|---|---|
| 5[c]. an API call listening tool configured, | The Accused Instrumentalities include an API call listening tool configured, using the processor, to listen for and receive hypervisor API calls.<br><br>For example, ARM serves as an API call listening tool. Every request sent through the Azure portal, PowerShell, |

**Exhibit D – Claim Chart for U.S. Patent No. 8,514,868**

| | |
|---|---|
| using the processor, to listen for and receive hypervisor API calls; | CLI, or an SDK is funneled through the ARM endpoint, which receives and authenticates the API call before processing it. This ARM functionality listens for and receives incoming hypervisor API calls.<br><br><br><br>Source: https://learn.microsoft.com/en-us/azure/azure-resource-manager/management/overview<br><br>For example, API calls deploying ARM templates are hypervisor API calls received by the ARM that deploy virtual machine resources.<br><br>**What are ARM templates?** |

**Exhibit D – Claim Chart for U.S. Patent No. 8,514,868**

To implement infrastructure as code for your Azure solutions, use Azure Resource Manager templates (ARM templates). The template is a JavaScript Object Notation (JSON) file that defines the infrastructure and configuration for your project. The template uses declarative syntax, which lets you state what you intend to deploy without having to write the sequence of programming commands to create it. In the template, you specify the resources to deploy and the properties for those resources. You can also specify in which resource group those resources are deployed.

Source: https://learn.microsoft.com/en-us/azure/azure-resource-manager/templates/overview (annotated)

## Why choose ARM templates?

If you're trying to decide between using ARM templates and one of the other infrastructure as code services, consider the following advantages of using templates:

- **Declarative syntax**: ARM templates allow you to create and deploy an entire Azure infrastructure declaratively. For example, you can deploy not only virtual machines, but also the network infrastructure, storage systems, and any other resources you need.

Source: https://learn.microsoft.com/en-us/azure/azure-resource-manager/templates/overview (annotated)

When a template is deployed, a REST API call in the form of an HTTP PUT request is sent to the ARM that includes either a link to a file that includes the JSON template as well as a related parameter file or includes the JSON object in the body of the API call itself. This API call relates to deploying virtual machine resources and thus comprises a hypervisor API call.

16

**Exhibit D – Claim Chart for U.S. Patent No. 8,514,868**



Source: https://learn.microsoft.com/en-us/azure/azure-resource-manager/templates/deploy-rest

Source: https://learn.microsoft.com/en-us/azure/azure-resource-manager/templates/deploy-rest

| | |
|---|---|
| 5[d]. a hypervisor API call translation tool configured, using the processor, to translate a hypervisor API call received by the API call listening tool | The Accused Instrumentalities include a hypervisor API call translation tool configured, using the processor, to translate a hypervisor API call received by the API call listening tool into an intermediate representation.<br><br>For example, ARM's template processing functionality is a hypervisor API call translation tool. When the ARM receives a deployment API call (the hypervisor API call), it parses the submitted JSON ARM template and evaluates its expressions and functions at runtime, producing an internal structured representation of the desired infrastructure state that is held in memory by ARM. The ARM also processes a related parameter file. The evaluated JSON template, after execution of all expressions, functions and parameters, held in memory is one example of an "intermediate representation." |

**Exhibit D – Claim Chart for U.S. Patent No. 8,514,868**

| into an intermediate representation; | |
|---|---|
| | **Template file**<br><br>Within your template, you can write template expressions that extend the capabilities of JSON. These expressions use the functions that Resource Manager provides.<br><br>The template has the following sections:<br><br>• Parameters - Provide values during deployment that you customize for different environments when using the same template.<br><br>• Variables - Define values that you reuse in your templates. You can construct them from parameter values.<br><br>• User-defined functions - Create customized functions that simplify your template.<br><br>• Resources - Specify the resources to deploy.<br><br>• Outputs - Return values from the deployed resources.<br><br>Source: https://learn.microsoft.com/en-us/azure/azure-resource-manager/templates/overview (annotated)<br><br>**Syntax and expressions in ARM templates**<br><br>✦ [ Summarize this article for me ]<br><br>The basic syntax of the Azure Resource Manager template (ARM template) is JavaScript Object Notation (JSON). However, you can use expressions to extend the JSON values available within the template. Expressions start and end with brackets: [ and ], respectively. The value of the expression is evaluated when the template is deployed. An expression can return a string, integer, boolean, array, or object.<br><br>Source: https://learn.microsoft.com/en-us/azure/azure-resource-manager/templates/template-expressions |

18

**Exhibit D – Claim Chart for U.S. Patent No. 8,514,868**

> Template expressions are evaluated at runtime, but certain properties in ARM templates must be known at compile time and therefore cannot use expressions. These properties must be specified as literal strings so the deployment engine and compiler can validate resource schemas, dependencies, and supported properties before any expressions are evaluated.

Source: https://learn.microsoft.com/en-us/azure/azure-resource-manager/templates/template-expressions (annotated)

## Use functions

Azure Resource Manager provides functions that you can use in a template. The following example shows an expression that uses a function in the default value of a parameter:

JSON                                                                    Copy

```json
"parameters": {
  "location": {
    "type": "string",
    "defaultValue": "[resourceGroup().location]"
  }
},
```

Source: https://learn.microsoft.com/en-us/azure/azure-resource-manager/templates/template-expressions

**Exhibit D – Claim Chart for U.S. Patent No. 8,514,868**

# Create Resource Manager parameter file

Rather than passing parameters as inline values in your script, you can use a JSON file that contains the parameter values. This article shows how to create a parameter file that you use with a JSON template.

Source: https://learn.microsoft.com/en-us/azure/azure-resource-manager/templates/parameter-files

## Parameter file

A parameter file uses the following format:

```json
{
    "$schema": "https://schema.management.azure.com/schemas/2019-04-01/deploy-
mentParameters.json#",
    "contentVersion": "1.0.0.0",
    "parameters": {
      "<first-parameter-name>": {
        "value": "<first-value>"
      },
      "<second-parameter-name>": {
        "value": "<second-value>"
      }
    }
}
```

Source: https://learn.microsoft.com/en-us/azure/azure-resource-manager/templates/parameter-files

20

**Exhibit D – Claim Chart for U.S. Patent No. 8,514,868**

# Parameters in ARM templates

This article describes how to define and use parameters in your Azure Resource Manager template (ARM template). By providing different values for parameters, you can reuse a template for different environments.

Resource Manager resolves parameter values before starting the deployment operations. Wherever the parameter is used in the template, Resource Manager replaces it with the resolved value.

Source: https://learn.microsoft.com/en-us/azure/azure-resource-manager/templates/parameters

When a template is defined using Bicep, the ARM converts the template from Bicep to JSON as part of the translation process. A template defined using Bicep has an equivalent JSON structure.

# What is Bicep?

Bicep is a domain-specific language that uses declarative syntax to deploy Azure resources. In a Bicep file, you define the infrastructure you want to deploy to Azure and then use that file throughout the development lifecycle to repeatedly deploy that infrastructure. Your resources are deployed in a consistent manner.

Source: https://learn.microsoft.com/en-us/azure/azure-resource-manager/bicep/overview

21

**Exhibit D – Claim Chart for U.S. Patent No. 8,514,868**

- Simple syntax: ==When compared to the equivalent JSON template, Bicep files are more concise and easier to read==. Bicep doesn't require prior knowledge of programming languages. Bicep syntax is declarative and specifies which resources and resource properties you want to deploy.

Source: https://learn.microsoft.com/en-us/azure/azure-resource-manager/bicep/overview (annotated)



Source: https://learn.microsoft.com/en-us/azure/azure-resource-manager/bicep/overview (annotated)

Microsoft describes that Bicep is a transparent abstraction over a Resource Manager JSON template and that the Bicep CLI converts a Bicep file into a Resource Manager JSON template.

**Exhibit D – Claim Chart for U.S. Patent No. 8,514,868**

<table>
<tr>
<td></td>
<td>
You can use Bicep instead of JSON to develop Resource Manager templates. The JSON syntax to create a Resource Manager template can be verbose and require complicated expressions. Bicep syntax reduces that complexity and improves the development experience. Bicep is a transparent abstraction over a Resource Manager JSON template that doesn't lose the capabilities of a JSON template. During deployment, the Bicep CLI converts a Bicep file into a Resource Manager JSON template.

Source: https://learn.microsoft.com/en-us/azure/azure-resource-manager/bicep/overview?tabs=bicep
</td>
</tr>
<tr>
<td>5[e]. a cloud API translation tool configured, using the processor, to translate an intermediate representation into a cloud API call; and</td>
<td>
The Accused Instrumentalities include a cloud API translation tool configured, using the processor, to translate an intermediate representation into a cloud API call.

For example, ARM's template deployment functionality serves as the cloud API translation tool. It converts the intermediate representation into specific cloud REST API calls. As shown, a storage account definition in JSON is translated into a PUT request to the Azure management endpoint, dispatching the call to the target resource provider to provision the actual cloud resource.
</td>
</tr>
</table>

**Exhibit D – Claim Chart for U.S. Patent No. 8,514,868**



Source: https://learn.microsoft.com/en-us/azure/azure-resource-manager/templates/overview

# Virtual machine extension management with Azure Arc-enabled servers

Virtual machine (VM) extensions are small applications that provide post-deployment configuration and automation tasks on Azure VMs.

Source: https://learn.microsoft.com/en-us/azure/azure-arc/servers/manage-vm-extensions

| 5[f]. a routing | The Accused Instrumentalities include a routing tool configured, using the processor, to route an intermediate |
| --- | --- |

**Exhibit D – Claim Chart for U.S. Patent No. 8,514,868**

| | |
|---|---|
| tool configured, using the processor, to route an intermediate representation from the hypervisor API call translation tool to the cloud API translation tool. | representation from the hypervisor API call translation tool to the cloud API translation tool.<br><br>For example, ARM includes logic that interprets the intermediate representation and routes it to the cloud resources that are to be managed.<br><br>## Tutorial: Create ARM templates with dependent resources<br><br>Learn how to create an Azure Resource Manager template (ARM template) to deploy multiple resources and configure the deployment order. After you create the template, you deploy it using Azure Cloud Shell from the Azure portal.<br><br>Source: https://learn.microsoft.com/en-us/azure/azure-resource-manager/templates/template-tutorial-create-templates-with-dependent-resources (annotated) |

25

**Exhibit D – Claim Chart for U.S. Patent No. 8,514,868**



Source: https://learn.microsoft.com/en-us/azure/azure-resource-manager/templates/template-tutorial-create-templates-with-dependent-resources

26