# EXHIBIT E

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

**Exhibit E: U.S. Patent No. 9,069,599 v. Microsoft Azure**

| Claim | Evidence of Infringement by Accused Instrumentalities |
|---|---|
| 1[pre]. A method, comprising: | To the extent the preamble is limiting, Microsoft operates Azure, including Azure Kubernetes Service (AKS) (the "Accused Instrumentalities") that operate the claimed method. <br><br> Microsoft provides a cloud computing network called Azure. <br><br> **What is Microsoft Azure?** <br><br> Microsoft Azure, launched in 2010, marked a pivotal shift from on-premises datacenters to cloud computing. By offering businesses a global network of datacenters maintained and managed by Microsoft, Azure reduced the time and expense associated with maintaining on-premises infrastructure. <br><br> Since its original launch, Azure continues to offer extensive capabilities that go beyond simplifying infrastructure management. With comprehensive AI, data, and application services that work together, Azure delivers a unified approach to cloud computing that's unique in the industry. Its open, flexible cloud platform is designed to support each company's business strategy and stage of AI transformation. <br><br> Source: https://azure.microsoft.com/en-us/resources/cloud-computing-dictionary/what-is-azure/ <br><br> Microsoft creates Azure virtual machines, as specified by users. |

1

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

# Virtual machines in Azure

**Applies to:** ✔ Linux VMs ✔ Windows VMs ✔ Flexible scale sets

Azure virtual machines (VMs) are one of several types of on-demand, scalable computing resources that Azure offers. Typically, you choose a virtual machine when you need more control over the computing environment than the other choices offer. This article gives you information about what you should consider before you create a virtual machine, how you create it, and how you manage it.

An Azure virtual machine gives you the flexibility of virtualization without having to buy and maintain the physical hardware that runs it. However, you still need to maintain the virtual machine by performing tasks, such as configuring, patching, and installing the software that runs on it.

Source: https://learn.microsoft.com/en-us/azure/virtual-machines/managed-disks-overview

PDF downloaded from https://learn.microsoft.com/pdf?url=https%3A%2F%2Flearn.microsoft.com%2Fen-us%2Fazure%2Fvirtual-machines%2Ftoc.json (azure-virtual-machines at 3)

Microsoft also provides an Azure Kubernetes Service (AKS) which allows users to deploy and manage containerized applications on Azure virtual machines.

2

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

| | |
|---|---|
| | # What is Azure Kubernetes Service (AKS)?<br><br>06/09/2025<br><br>Azure Kubernetes Service (AKS) is a managed Kubernetes service that you can use to deploy and manage containerized applications. You need minimal container orchestration expertise to use AKS. AKS reduces the complexity and operational overhead of managing Kubernetes by offloading much of that responsibility to Azure. AKS is an ideal platform for deploying and managing containerized applications that require high availability, scalability, and portability, and for deploying applications to multiple regions, using open-source tools, and integrating with existing DevOps tools.<br><br>Source: https://learn.microsoft.com/en-us/azure/aks/what-is-aks<br>PDF downloaded from https://learn.microsoft.com/pdf?url=https%3A%2F%2Flearn.microsoft.com%2Fen-us%2Fazure%2Faks%2Ftoc.json (azure-aks at 3) |
| 1[a]. providing at least one processor capable of executing computing code in data communication with a nontransitory computer readable | Microsoft performs the step of providing at least one processor capable of executing computing code in data communication with a nontransitory computer readable storage medium having encoded thereon computer executable instructions which, when executed on the processor, provide a virtualization environment adapted for development of a software workload to be deployed using at least one resource of a computing cloud, the software workload including a software unit of computing processing performed via at least one of an Infrastructure-as-a-Service (IaaS), a Platform-as-a-Service (PaaS), or a Service-as-a-Service (SaaS), the virtualization environment having a metamodel framework that allows for the association of at least one policy to the software workload, the policy to be applied to the software workload upon its deployment.<br><br>For example, Microsoft provides at least one processor capable of executing computing code in data communication with a nontransitory computer readable storage medium having encoded thereon computer executable instructions which, when executed on the processor, provide a virtualization environment adapted for development of a software |

3

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

| | |
|---|---|
| storage medium having encoded thereon computer executable instructions which, when executed on the processor, provide a virtualization environment adapted for development of a software workload to be deployed using at least one resource of a computing cloud, the software workload including a software unit of computing processing performed via at least one of an Infrastructure- | workload to be deployed using at least one resource of a computing cloud such as through the use of servers and disks which are used in conjunction with Azure Virtual Machines.

## Managed disks

Managed disks handles Azure Storage account creation and management in the background for you, and ensures that you don't have to worry about the scalability limits of the storage account. You specify the disk size and the performance tier (Standard or Premium), and Azure creates and manages the disk. As you add disks or scale the virtual machine up and down, you don't have to worry about the storage being used. If you're creating new virtual machines, use the Azure CLI or the Azure portal to create virtual machines with Managed OS and data disks. If you have virtual machines with unmanaged disks, you can convert your virtual machines to be backed with managed disks.

Source: https://learn.microsoft.com/en-us/azure/virtual-machines/managed-disks-overview
PDF downloaded from https://learn.microsoft.com/pdf?url=https%3A%2F%2Flearn.microsoft.com%2Fen-us%2Fazure%2Fvirtual-machines%2Ftoc.json (azure-virtual-machines at 7)

*See also* Microsoft documents describing how resources of Azure Virtual Machines are billed: |

4

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

| | |
|---|---|
| as-a-Service (IaaS), a Platform-as-a-Service (PaaS), or a Service-as-a-Service (SaaS), the virtualization environment having a metamodel framework that allows for the association of at least one policy to the software workload, the policy to be applied to the software workload upon its deployment; | **Parts of a VM and how they're billed**<br><br>When you create a virtual machine, you're also creating resources that support the virtual machine. These resources come with their own costs that should be considered.<br><br>The default resources supporting a virtual machine and how they're billed are detailed in the following table:<br><br>⌗ **Expand table**<br><br>**Resource** / **Description** / **Cost**<br><br>Virtual network / For giving your virtual machine the ability to communicate with other resources / Virtual Network pricing ⤢<br><br>A virtual Network Interface Card (NIC) / For connecting to the virtual network / There's no separate cost for NICs. However, there's a limit to how many NICs you can use based on your VM's size. Size your VM accordingly and reference Virtual Machine pricing ⤢.<br><br>A private IP address and sometimes a public IP address. / For communication and data exchange on your network and with external networks / IP Addresses pricing ⤢<br><br>Source: https://learn.microsoft.com/en-us/azure/virtual-machines/overview |

5

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

PDF downloaded from https://learn.microsoft.com/pdf?url=https%3A%2F%2Flearn.microsoft.com%2Fen-us%2Fazure%2Fvirtual-machines%2Ftoc.json (azure-virtual-machines at 4)

| Resource | Description | Cost |
|---|---|---|
| OS Disk and possibly separate disks for data. | It's a best practice to keep your data on a separate disk from your operating system, in case you ever have a VM fail, you can detach the data disk, and attach it to a new VM. | All new virtual machines have an operating system disk and a local disk. Azure doesn't charge for local disk storage. The operating system disk, which is usually 127GiB but is smaller for some images, is charged at the regular rate for disks ⧉ . You can see the cost for attach Premium (SSD based) and Standard (HDD) based disks to your virtual machines on the managed disks pricing page ⧉ . |
| In some cases, a license for the OS | For providing your virtual machine runs to run the OS | The cost varies based on the number of cores on your VM, so size your VM accordingly. The cost can be reduced through the Azure Hybrid Benefit ⧉ . |

Source: https://learn.microsoft.com/en-us/azure/virtual-machines/overview
PDF downloaded from https://learn.microsoft.com/pdf?url=https%3A%2F%2Flearn.microsoft.com%2Fen-

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

| | |
|---|---|
| | us%2Fazure%2Fvirtual-machines%2Ftoc.json (azure-virtual-machines at 5)

Microsoft AKS is a virtualization environment adapted for development of a software workload to be deployed. For example, Microsoft describes AKS as creating and configuring a control plane, which is responsible for Kubernetes objects. AKS is used to deploy and manage containerized applications.

# What is Azure Kubernetes Service (AKS)?

06/09/2025

Azure Kubernetes Service (AKS) is a managed Kubernetes service that you can use to deploy and manage containerized applications. You need minimal container orchestration expertise to use AKS. AKS reduces the complexity and operational overhead of managing Kubernetes by offloading much of that responsibility to Azure. AKS is an ideal platform for deploying and managing containerized applications that require high availability, scalability, and portability, and for deploying applications to multiple regions, using open-source tools, and integrating with existing DevOps tools.

Source: https://learn.microsoft.com/en-us/azure/aks/what-is-aks
PDF downloaded from https://learn.microsoft.com/pdf?url=https%3A%2F%2Flearn.microsoft.com%2Fen-us%2Fazure%2Faks%2Ftoc.json (azure-aks at 3)

The software workload on Microsoft Azure includes a software unit of computing processing performed via at least one of an Infrastructure-as-a-Service (IaaS), a Platform-as-a-Service (PaaS), or a Service-as-a-Service (SaaS), as described below. |

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

## Providing cloud service models

A cloud service model outlines how cloud services are delivered and consumed. Azure cloud service models support businesses at any stage of digital transformation:

- **Infrastructure as a service (IaaS)** delivers essential IT infrastructure for businesses to flexibly create and manage resources.

- **Platform as a service (PaaS)** offers a cloud platform to develop, run, and manage applications without the need to handle underlying infrastructure.

- **Software as a service (SaaS)** provides seamless access to software applications over the internet, eliminating local installation needs.

- **Artificial intelligence as a service (AIaaS)** provides AI tools and services via the cloud to accelerate innovation.

- **Model as a service (MaaS)** delivers machine learning models as serverless APIs for simplified app deployment.

Source: https://azure.microsoft.com/en-us/resources/cloud-computing-dictionary/what-is-azure/

AKS is one example of at least an IaaS instance, as it deploys containerized applications that require direct

8

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

management of compute resources.

# Cluster components

An AKS cluster is divided into two main components:

- **Control plane**: The control plane provides the core Kubernetes services and orchestration of application workloads.
- **Nodes**: Nodes are the underlying virtual machines (VMs) that run your applications.

Source: https://learn.microsoft.com/en-us/azure/aks/what-is-aks
PDF downloaded from https://learn.microsoft.com/pdf?url=https%3A%2F%2Flearn.microsoft.com%2Fen-us%2Fazure%2Faks%2Ftoc.json (azure-aks at 13)



Source: https://learn.microsoft.com/en-us/azure/aks/what-is-aks
PDF downloaded from https://learn.microsoft.com/pdf?url=https%3A%2F%2Flearn.microsoft.com%2Fen-us%2Fazure%2Faks%2Ftoc.json (azure-aks at 14)

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

| | |
|---|---|
| | AKS also is able to operate Container Instances and Container Apps that do not require direct management of compute resources, thus AKS may also be considered a PaaS.

## Azure Container Instances (ACI) Overview

Here's a summary of ACI:

- Platform-as-a-Service (PaaS): ACI abstracts away infrastructure management. You only provide the container image and resource definitions—ACI handles provisioning, scaling, and securing the runtime environment.

Source: https://learn.microsoft.com/en-us/azure/container-instances/container-instances-overview
PDF downloaded from https://learn.microsoft.com/pdf?url=https%3A%2F%2Flearn.microsoft.com%2Fen-us%2Fazure%2Fcontainer-instances%2Ftoc.json (azure-container-instances at 13)

## Azure Container Instances

Azure Container Instances offer the fastest and simplest way to run a container in Azure, without managing any virtual machines or adopting extra services. Azure Container Instances are a platform as a service (PaaS) offering. You upload your containers and the service runs them for you.

## Azure Container Apps

Azure Container Apps are similar in many ways to a container instance. They let you get up and running right away, they remove the container management overhead, and they're a PaaS offering. Container Apps also include built-in load balancing and scaling, so your design can adapt to changing demand.

Source:          https://learn.microsoft.com/en-us/training/modules/describe-azure-compute-networking-services/5-containers |

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**



## Azure Kubernetes Service

Azure Kubernetes Service (AKS) is a container orchestration service. An orchestration service manages the lifecycle of containers. When you're deploying a fleet of containers, AKS can make fleet management simpler and more efficient.

Source:        https://learn.microsoft.com/en-us/training/modules/describe-azure-compute-networking-services/5-containers

11

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

| | |
|---|---|
| | Microsoft AKS is a virtualization environment having a metamodel framework that allows for the association of at least one policy to the software workload, the policy to be applied to the software workload upon its deployment. For example, AKS's metamodel framework is represented by Kubernetes's declarative configuration model, where a customer may define the desired state of their applications and associated policies. Tools like Azure Policy for Kubernetes enable the association of policies with workloads. These policies can enforce security standards, compliance requirements, and operational practices upon deployment.<br><br>## Secure your Azure Kubernetes Service (AKS) clusters with Azure Policy<br><br>Article • 08/01/2024<br><br>You can apply and enforce built-in security policies on your Azure Kubernetes Service (AKS) clusters using Azure Policy. Azure Policy helps enforce organizational standards and assess compliance at-scale. After you install the Azure Policy add-on for AKS, you can apply individual policy definitions or groups of policy definitions called initiatives (sometimes called policysets) to your cluster. See Azure Policy built-in definitions for AKS for a complete list of AKS policy and initiative definitions.<br><br>Source: https://learn.microsoft.com/en-us/azure/aks/use-azure-policy (azure-aks at 2326)<br><br>Azure Policies may also be metamodels because Microsoft customers are able to define Azure Policy assignments that apply to deployed resources, and Microsoft defines the metamodel of how Azure Policies may be described, such as through JSON structures including specified elements. |

12

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

# Azure Policy definition structure basics

 Summarize this article for me

Azure Policy definitions describe resource compliance conditions and the effect to take if a condition is met. A condition compares a resource property field or a value to a required value. Resource property fields are accessed by using aliases. When a resource property field is an array, a special array alias can be used to select values from all array members and apply a condition to each one. Learn more about conditions.

By using policy assignments, you can control costs and manage your resources. For example, you can specify that only certain types of virtual machines are allowed. Or, you can require that resources have a particular tag. Assignments at a scope apply to all resources at that scope and below. If a policy assignment is applied to a resource group, it's applicable to all the resources in that resource group.

13

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

You use JSON to create a policy definition that contains elements for:

- `displayName`
- `description`
- `mode`
- `version`
- `metadata`
- `parameters`
- `policyRule`
  - logical evaluations
  - `effect`

Source: https://learn.microsoft.com/en-us/azure/governance/policy/concepts/definition-structure-basics
PDF downloaded from https://learn.microsoft.com/pdf?url=https%3A%2F%2Flearn.microsoft.com%2Fen-us%2Fazure%2Fgovernance%2Fpolicy%2Ftoc.json (azure-governance-policy at 4764)

Additionally, AKS supports policy initiatives, which are groups of policy definitions, that can be assigned to a cluster. Assignments of policies or policy initiatives can identify specific resource groups to which they apply. The AKS policy model, including policy initiatives, assignments, and scope definitions is a metamodel framework that allows for the association of policies to specific software workloads.

14

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

# Secure your Azure Kubernetes Service (AKS) clusters with Azure Policy

You can apply and enforce built-in security policies on your Azure Kubernetes Service (AKS) clusters using Azure Policy. Azure Policy helps enforce organizational standards and assess compliance at-scale. After you install the Azure Policy add-on for AKS, you can apply individual policy definitions or groups of policy definitions called initiatives (sometimes called policysets) to your cluster. See Azure Policy built-in definitions for AKS for a complete list of AKS policy and initiative definitions.

Source: https://learn.microsoft.com/en-us/azure/aks/use-azure-policy

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

# Assign a built-in policy definition or initiative

You can apply a policy definition or initiative in the Azure portal using the following steps:

1. Navigate to the Azure Policy service in Azure portal called **Policy**.
2. In the left pane of the Azure Policy page, select **Definitions**.
3. Under **Categories**, select `Kubernetes`.
4. Choose the policy definition or initiative you want to apply. For this example, select the **Kubernetes cluster pod security baseline standards for Linux-based workloads** initiative.
5. Select **Assign**.
6. Set the **Scope** to the resource group of the AKS cluster with the Azure Policy add-on enabled.
7. Select the **Parameters** page and update the **Effect** from `audit` to `deny` to block new deployments violating the baseline initiative. You can also add extra namespaces to exclude from evaluation. For this example, keep the default values.

Source: https://learn.microsoft.com/en-us/azure/aks/use-azure-policy

16

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

# Azure Policy initiative definition structure

Initiatives enable you to group several related policy definitions to simplify assignments and management because you work with a group as a single item. For example, you can group related tagging policy definitions into a single initiative. Rather than assigning each policy individually, you apply the initiative.

You use JSON to create a policy initiative definition. The policy initiative definition contains elements for:

- display name
- description
- metadata
- version
- parameters
- policy definitions
- policy groups (this property is part of the Regulatory Compliance (Preview) feature)

Source: https://learn.microsoft.com/en-us/azure/governance/policy/concepts/initiative-definition-structure

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

# Understand scope in Azure Policy

==There are many settings that determine which resources are capable of being evaluated and== ==which resources Azure Policy evaluates. The primary concept for these controls is== *scope*. Scope in Azure Policy is based on how scope works in Azure Resource Manager. For a high-level overview, see Scope in Azure Resource Manager.

Source: https://learn.microsoft.com/en-us/azure/governance/policy/concepts/scope

Developers can define workloads and policy assignments as code using ARM templates defined as JSON or Bicep files.

# Quickstart: Create a policy assignment to identify non-compliant resources by using a Bicep file

✦ [ Summarize this article for me ]

In this quickstart, you use a Bicep file to create a policy assignment that validates resource's compliance with an Azure policy. The policy is assigned to a resource group and audits virtual machines that don't use managed disks. After you create the policy assignment, you identify non-compliant virtual machines.

Source: https://learn.microsoft.com/en-us/azure/governance/policy/assign-policy-bicep?tabs=azure-powershell

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

# Quickstart: Create a policy assignment to identify non-compliant resources by using ARM template

 Summarize this article for me

In this quickstart, you use an Azure Resource Manager template (ARM template) to create a policy assignment that validates resource's compliance with an Azure policy. The policy is assigned to a resource group and audits virtual machines that don't use managed disks. After you create the policy assignment, you identify non-compliant virtual machines.

Source: https://learn.microsoft.com/en-us/azure/governance/policy/assign-policy-template?tabs=azure-powershell

19

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

## Workload design checklist

Start your design strategy based on the design review checklist for Operational Excellence for defining processes for observability, testing, and deployment. See AKS best practices and Day-2 operations guide to learn about key considerations to understand and implement.

✓ (Cluster) **Implement an infrastructure as code (IaC) deployment approach.** Use a declarative, template-based deployment approach by using Bicep, Terraform, or similar tools. Make sure that all deployments are repeatable, traceable, and stored in a source code repo. For more information, see the quickstarts in the AKS product documentation.

Source: https://learn.microsoft.com/en-us/azure/well-architected/service-guides/azure-kubernetes-service

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

# Quickstart: Deploy an Azure Kubernetes Service (AKS) cluster using an ARM template

 Summarize this article for me

Azure Kubernetes Service (AKS) is a managed Kubernetes service that lets you quickly deploy and manage clusters. In this quickstart, you:

- Deploy an AKS cluster using an Azure Resource Manager template.
- Run a sample multi-container application with a group of microservices and web front ends simulating a retail scenario.

An Azure Resource Manager template is a JavaScript Object Notation (JSON) file that defines the infrastructure and configuration for your project. The template uses declarative syntax. You describe your intended deployment without writing the sequence of programming commands to create the deployment.

Source: https://learn.microsoft.com/en-us/azure/aks/learn/quick-kubernetes-deploy-rm-template?tabs=azure-cli

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

# Quickstart: Deploy an Azure Kubernetes Service (AKS) cluster using Bicep

 Summarize this article for me

Azure Kubernetes Service (AKS) is a managed Kubernetes service that lets you quickly deploy and manage clusters. In this quickstart, you:

- Deploy an AKS cluster using Bicep.
- Run a sample multi-container application with a group of microservices and web front ends simulating a retail scenario.

Source: https://learn.microsoft.com/en-us/azure/aks/learn/quick-kubernetes-deploy-bicep?tabs=azure-cli

As another example, Defender for Containers is another metamodel framework within AKS that allows for the association of at least one policy to the software workload, the policy to be applied to the software workload upon its deployment.

Defender for Containers is a subset of Microsoft's Defender for Cloud suite specifically for Kubernetes.

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

| Defender for Cloud plan | CNAPP benefits | Relevant links |
|---|---|---|
| | | Deploy Defender for Servers |
| Defender for Containers | Provides environment hardening, vulnerability assessment, run time protection of Kubernetes nodes and clusters. | Overview of Container security in Microsoft Defender for Containers<br><br>Defender for Containers architecture<br><br>Protect your Azure, IaaS, AWS, and GCP containers with Defender for Containers |

Source: https://learn.microsoft.com/en-us/azure/defender-for-cloud/defender-for-cloud-introduction PDF downloaded from https://learn.microsoft.com/pdf?url=https%3A%2F%2Flearn.microsoft.com%2Fen-us%2Fazure%2Fdefender-for-cloud%2Ftoc.json (azure-defender-for-cloud at 7)

Defender for Containers also works with Azure Policy.

23

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

> - **Azure Policy for Kubernetes**: A pod that extends the open-source Gatekeeper v3 🔗 and registers as a web hook to Kubernetes admission control. With this pod, you can apply at-scale enforcements and safeguards on your clusters in a centralized, consistent manner. The Azure Policy for Kubernetes pod is deployed as an AKS add-on and you only need to install it on one node in the cluster. It provides the option to enforce configuration rules. For more information, see Protect your Kubernetes workloads and Understand Azure Policy for Kubernetes clusters.
>
> Source: https://learn.microsoft.com/en-us/azure/defender-for-cloud/defender-for-containers-architecture?tabs=defender-for-container-arch-aks (azure-defender-for-cloud at 1203)
>
> As another example, Defender for Containers allows users to enable further policies such as gated deployment policies, and the models regarding rules are defined within Defender for Containers.

24

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

## Step 3: Create a new rule

> ⓘ Note
>
> By default, after you enable the Defender plans and required extensions, the portal creates an audit rule that flags images with high or critical vulnerabilities.

1. Select **Add Rule**.
2. Fill in the following fields:

⌞⌝ **Expand table**

| Field | Description |
|---|---|
| Rule Name | A unique name for the rule |
| Action | Choose Audit or Deny |
| Scope Name | A label for the scope |
| Cloud Scope | Select Azure Subscription, AWS Account, or GCP Project |
| Resource Scope | Choose from Cluster, Namespace, Pod, Deployment, Image, Label Selector |
| Matching Criteria | Select from Equals, Starts With, Ends With, Contains, Not Equals |

Source: https://learn.microsoft.com/en-us/azure/defender-for-cloud/enablement-guide-runtime-gated (azure-defender-for-cloud at 1338)

As a further example, Defender for Containers provides Container security recommendations.

25

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

| | |
|---|---|
| | # Container security recommendations<br><br> Summarize this article for me<br><br>This article lists all the container security recommendations you might see in Microsoft Defender for Cloud.<br><br>## Azure Arc-enabled Kubernetes clusters should have the Azure Policy extension installed<br><br>**Description**: Azure Policy extension for Kubernetes extends Gatekeeper⇗ v3, an admission controller webhook for Open Policy Agent⇗ (OPA), to apply at-scale enforcements and safeguards on your clusters in a centralized, consistent manner. (No related policy)<br><br>**Severity**: High<br><br>**Type**: Control plane<br><br>Source: https://learn.microsoft.com/en-us/azure/defender-for-cloud/recommendations-reference-container (azure-defender-for-cloud at 2006 (full list omitted)) |
| 1[b]. defining a security zone including at least one of the cloud | Microsoft performs the step of defining a security zone including at least one of the cloud resource(s), wherein one or more boundaries of the security zone are updatable, wherein one or more updated policies are applicable to the software workload when deployed within the security zone, and wherein the security zone is definable at differing levels of abstraction. |

26

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

| resource(s), wherein one or more boundaries of the security zone are updatable, wherein one or more updated policies are applicable to the software workload when deployed within the security zone, and wherein the security zone is definable at differing levels of abstraction; | For example, Microsoft allows users to define security zones of an AKS cluster in different ways, such as through Azure Policy. |
| --- | --- |
| | # Azure Policy Regulatory Compliance controls for Azure Kubernetes Service (AKS) |
| | Article • 12/12/2024 |
| | Regulatory Compliance in Azure Policy provides initiative definitions (*built-ins*) created and managed by Microsoft, for the compliance domains and security controls related to different compliance standards. This page lists the Azure Kubernetes Service (AKS) compliance domains and security controls. |
| | You can assign the built-ins for a **security control** individually to help make your Azure resources compliant with the specific standard. |
| | The title of each built-in policy definition links to the policy definition in the Azure portal. Use the link in the **Policy Version** column to view the source on the Azure Policy GitHub repo ☑ . |
| | Source: https://learn.microsoft.com/en-us/azure/aks/security-controls-policy (azure-aks at 2370) |

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

| | |
|---|---|
| | ## Secure your Azure Kubernetes Service (AKS) clusters with Azure Policy<br><br>Article • 08/01/2024<br><br>You can apply and enforce built-in security policies on your Azure Kubernetes Service (AKS) clusters using Azure Policy. Azure Policy helps enforce organizational standards and assess compliance at-scale. After you install the Azure Policy add-on for AKS, you can apply individual policy definitions or groups of policy definitions called initiatives (sometimes called policysets) to your cluster. See Azure Policy built-in definitions for AKS for a complete list of AKS policy and initiative definitions.<br><br>Source: https://learn.microsoft.com/en-us/azure/aks/use-azure-policy azure-aks<br><br>Security Zone policies are definable at differing levels of abstraction, such as policies for a group of pods, traffic between pods, or traffic leaving a cluster. |

28

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

# Azure Kubernetes network policies

Article • 03/27/2023

Network policies provide micro-segmentation for pods just like Network Security Groups (NSGs) provide micro-segmentation for VMs. The Azure Network Policy Manager implementation supports the standard Kubernetes network policy specification. You can use labels to select a group of pods and define a list of ingress and egress rules to filter traffic to and from these pods. Learn more about the Kubernetes network policies in the Kubernetes documentation � .



**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

| | |
|---|---|
| | Source: https://learn.microsoft.com/en-us/azure/virtual-network/kubernetes-network-policies<br><br>PDF downloaded from https://learn.microsoft.com/pdf?url=https%3A%2F%2Flearn.microsoft.com%2Fen-us%2Fazure%2Fvirtual-network%2Ftoc.json<br><br>## Planning security for your Kubernetes cluster<br><br>When implementing security for your cluster, use network security groups (NSGs) to filter traffic entering and leaving your cluster subnet (North-South traffic). Use Azure Network Policy Manager for traffic between pods in your cluster (East-West traffic).<br><br>Source: https://learn.microsoft.com/en-us/azure/virtual-network/kubernetes-network-policies |

30

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

## Layered security approach for Kubernetes

Relying solely on basic Kubernetes Network Policies might not be sufficient for all security needs. A layered approach ensures comprehensive protection across different levels of network communication.

- **(L3/L4) policies**: The foundation of network security, controlling traffic based on pod labels and namespaces at the IP, port, and protocol level.
- **FQDN-based policies**: Restrict egress traffic to specific external domains, ensuring workloads can only reach approved external services (for example: only allowing access to *microsoft.com* for API calls).
- **Layer 7 policies**: Introduces fine-grained control over traffic by filtering requests based on HTTP methods, headers, and paths. This is useful for securing APIs and enforcing application-layer security policies.

Source: https://learn.microsoft.com/en-us/azure/aks/network-policy-best-practices (azure-aks at 2463)

As another example, Microsoft provides Microsoft Defender for Containers, which maintains security for Kubernetes clusters.

31

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

# Container protection in Defender for Cloud



Microsoft Defender for Containers is a cloud-native solution that enhances, monitors, and maintains the security of your containerized assets. These assets include Kubernetes clusters, nodes, workloads, registries, images, and more. It protects applications across multicloud and on-premises environments.

Source: https://learn.microsoft.com/en-us/azure/defender-for-cloud/defender-for-containers-introduction (azure-aks at 2603)

- **Containers software supply chain protection** - strengthens your software supply chain by embedding security checks from build to deployment. This includes the Microsoft Defender for Cloud CLI, which empowers developers to scan container images for vulnerabilities and misconfigurations directly within CI/CD pipelines (such as GitHub Actions or Azure Pipelines) or local development environments. By shifting security to the left, findings are surfaced early, allowing for remediation before images are pushed to a registry. The solution also signs vulnerability artifacts with Microsoft certificates to ensure integrity and authenticity, associating them with images for validation. You can enforce organizational security policies by creating rules that block risky images and assess deployments against these rules, preventing the introduction of vulnerabilities into your environments. For more information, see Gated deployment for Kubernetes container images.

Source: https://learn.microsoft.com/en-us/azure/defender-for-cloud/defender-for-containers-introduction (azure-

32

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

| | |
|---|---|
| | aks at 2603-2604) |
| 1[c]. determining at least one of a plurality of security zone policy types, each type comprising at least one security policy that may be applied to the software workload using at least one resource within the security zone; | Microsoft performs the step of determining at least one of a plurality of security zone policy types, each type comprising at least one security policy that may be applied to the software workload using at least one resource within the security zone.<br><br>As one example, pod-to-pod security is applied using at least one resource within a user-provided namespace.<br><br>## Pod-to-pod security with network policies<br><br>This architecture attempts to implement the "zero trust" principles of Microsoft as much as possible.<br><br>Examples of zero trust networks as a concept are demonstrated in the implementation within the `a0005-i` and `a0005-o` user-provided namespaces. Each workload namespace should have a restrictive `NetworkPolicy` applied. The policy definitions will depend on the pods running in those namespaces. Make sure you're accounting for readiness, liveliness, and startup probes, and allow for metrics gathered by the Log Analytics agent. Consider standardizing on ports across your workloads so that you can provide a consistent `NetworkPolicy` and Azure Policy for allowed container ports.<br><br>Source: https://learn.microsoft.com/en-us/azure/aks/pci-ra-code-assets (azure-aks at 2706)<br><br>In Kubernetes, a namespace is a group of resources within a single cluster. |

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

# Namespaces

In Kubernetes, *namespaces* provide a mechanism for isolating groups of resources within a single cluster. Names of resources need to be unique within a namespace, but not across namespaces. Namespace-based scoping is applicable only for namespaced objects (*e.g. Deployments, Services, etc.*) and not for cluster-wide objects (*e.g. StorageClass, Nodes, PersistentVolumes, etc.*).

Source: https://kubernetes.io/docs/concepts/overview/working-with-objects/namespaces/

Microsoft provides a list of Pod Security Standards, which are a plurality of security zone types.

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

| | | | | | |
|---|---|---|---|---|---|
| 5.2 | Pod Security Standards | | | | |
| 5.2.1 | Ensure that the cluster has at least one active policy control mechanism in place | Manual | L1 | Depends on Environment | Use Azure Policy built-in policy definitions for Azure Kubernetes Service |
| 5.2.2 | Minimize the admission of privileged containers | Manual | L1 | Depends on Environment | Use Azure Policy built-in policy definitions for Azure Kubernetes Service |
| 5.2.3 | Minimize the admission of containers wishing to share the host process ID namespace | Manual | L1 | Depends on Environment | Use Azure Policy built-in policy definitions for Azure Kubernetes Service |

35

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

| 5.2.4 | Minimize the admission of containers wishing to share the host IPC namespace | Manual | L1 | Depends on Environment | Use Azure Policy built-in policy definitions for Azure Kubernetes Service |
| 5.2.5 | Minimize the admission of containers wishing to share the host network namespace | Manual | L1 | Depends on Environment | Use Azure Policy built-in policy definitions for Azure Kubernetes Service |
| 5.2.6 | Minimize the admission of containers with allowPrivilegeEscalation | Manual | L1 | Depends on Environment | Use Azure Policy built-in policy definitions for Azure Kubernetes Service |

36

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

| | | | | | |
|---|---|---|---|---|---|
| 5.2.7 | Minimize the admission of root containers | Manual | L2 | Depends on Environment | |
| 5.2.8 | Minimize the admission of containers with the NET_RAW capability | Manual | L1 | Depends on Environment | Use Azure Policy built-in policy definitions for Azure Kubernetes Service |
| 5.2.9 | Minimize the admission of containers with added capabilities | Manual | L1 | Depends on Environment | Use Azure Policy built-in policy definitions for Azure Kubernetes Service |

37

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

| CIS ID | Recommendation description | Assessment status | Level | Status | Reason |
|---|---|---|---|---|---|
| 5.2.10 | Minimize the admission of containers with capabilities assigned | Manual | L2 | Depends on Environment | |
| 5.2.11 | Minimize the admission of Windows HostProcess Containers | Manual | L1 | Depends on Environment | |
| 5.2.12 | Minimize the admission of HostPath volumes | Manual | L1 | Depends on Environment | Use Azure Policy built-in policy definitions for Azure Kubernetes Service |
| 5.2.13 | Minimize the admission of containers which use HostPorts | Manual | L1 | Depends on Environment | |

Source: https://learn.microsoft.com/en-us/azure/aks/cis-kubernetes (azure-aks at 2636-2637)

As another example, Microsoft describes that Defender for Containers includes a plurality of security zone policy types, such as misconfigurations, risk assessment, vulnerability assessments, and run-time threat protection.

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

| | |
|---|---|
| | Defender for Containers helps you with five core domains of container security:<br><br>• **Security posture management** runs continuous monitoring of cloud APIs, Kubernetes APIs, and Kubernetes workloads. It discovers cloud resources, provides comprehensive inventory capabilities, detects misconfigurations with mitigation guidelines, provides contextual risk assessment, and empowers users to perform enhanced risk hunting capabilities through the Defender for Cloud security explorer.<br><br>• **Vulnerability assessment** - performs agentless vulnerability assessment of container registry images, running containers, and supported Kubernetes nodes with remediation guidelines, zero configuration, daily re-scans, coverage for OS and language packages, and exploitability insights. The vulnerability findings artifact is signed with a Microsoft certificate for integrity and authenticity and is associated with the container image in the registry for validation needs.<br><br>• **Run-time threat protection** - a rich threat detection suite for Kubernetes clusters, nodes, and workloads, powered by Microsoft leading threat intelligence, provides mapping to MITRE ATT&CK framework for easy understanding of risk and relevant context, and automated response. Security operators can also investigate and respond to threats to Kubernetes services through the Microsoft Defender XDR portal.<br><br>Source: https://learn.microsoft.com/en-us/azure/defender-for-cloud/defender-for-containers-introduction (azure-defender-for-cloud at 1196) |
| 1[d]. including the at least one | Microsoft performs the step of including the at least one security zone policy type in the metamodel framework. |

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

| | |
|---|---|
| security zone policy type in the metamodel framework; | For example, the security zone policy types in table 5.2 in element 1[c] describe using Azure Policy built-in policy definitions, which are part of the Azure Policy metamodel framework described above with respect to element 1[a]. |
| | As another example, the security zone policy types described by Defender for Containers in element 1[c] include the security zone policy types in the Defender for Containers metamodel framework described above with respect to element 1[a]. |
| 1[e]. associating a security policy of the at least one security zone policy type(s) with the software workload upon development of the software workload; and | Microsoft performs the step of associating a security policy of the at least one security zone policy type(s) with the software workload upon development of the software workload. |
| | For example, Microsoft will apply an AKS security policy to an AKS pod when it is deployed. |
| | **Best practices for pod security in Azure Kubernetes Service (AKS)** |
| | As you develop and run applications in Azure Kubernetes Service (AKS), the security of your pods is a key consideration. Your applications should be designed for the principle of least number of privileges required. Keeping private data secure is top of mind for customers. You don't want credentials like database connection strings, keys, or secrets and certificates exposed to the outside world where an attacker could take advantage of those secrets for malicious purposes. Don't add them to your code or embed them in your container images. This approach would create a risk for exposure and limit the ability to rotate those credentials as the container images will need to be rebuilt. |
| | Source: https://learn.microsoft.com/en-us/azure/aks/developer-best-practices-pod-security (azure-aks at 2408) |

40

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

## Secure pod access to resources

**Best practice guidance** - To run as a different user or group and limit access to the underlying node processes and services, define pod security context settings. Assign the least number of privileges required.

For your applications to run correctly, pods should run as a defined user or group and not as *root*. The `securityContext` for a pod or container lets you define settings such as *runAsUser* or *fsGroup* to assume the appropriate permissions. Only assign the required user or group permissions, and don't use the security context as a means to assume additional permissions. The *runAsUser*, privilege escalation, and other Linux capabilities settings are only available on Linux nodes and pods.

Source: https://learn.microsoft.com/en-us/azure/aks/developer-best-practices-pod-security (azure-aks at 2408)

Additionally, policies are associated with software workloads through the operation of AKS policy initiatives, assignments, and scope definitions.

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

# Secure your Azure Kubernetes Service (AKS) clusters with Azure Policy

You can apply and enforce built-in security policies on your Azure Kubernetes Service (AKS) clusters using Azure Policy. Azure Policy helps enforce organizational standards and assess compliance at-scale. After you install the Azure Policy add-on for AKS, you can apply individual policy definitions or groups of policy definitions called initiatives (sometimes called policysets) to your cluster. See Azure Policy built-in definitions for AKS for a complete list of AKS policy and initiative definitions.

Source: https://learn.microsoft.com/en-us/azure/aks/use-azure-policy (azure-aks at 2326)

As another example, Microsoft also explains that Defender for Containers embeds security checks "from build to deployment."

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

<table>
<tr><td></td><td>

- **Containers software supply chain protection** - strengthens your software supply chain by embedding security checks from build to deployment. This includes the Microsoft Defender for Cloud CLI, which empowers developers to scan container images for vulnerabilities and misconfigurations directly within CI/CD pipelines (such as GitHub Actions or Azure Pipelines) or local development environments. By shifting security to the left, findings are surfaced early, allowing for remediation before images are pushed to a registry. The solution also signs vulnerability artifacts with Microsoft certificates to ensure integrity and authenticity, associating them with images for validation. You can enforce organizational security policies by creating rules that block risky images and assess deployments against these rules, preventing the introduction of vulnerabilities into your environments. For more information, see Gated deployment for Kubernetes container images.

Source: https://learn.microsoft.com/en-us/azure/defender-for-cloud/defender-for-containers-introduction (azure-defender-for-cloud at 1196)

Microsoft further describes that Defender for Cloud may implement Azure Policy to "enforce the best practices and mandate them for future workloads."

</td></tr>
</table>

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

**Kubernetes data plane hardening** - To protect the workloads of your Kubernetes containers with best practice recommendations, you can install the Azure Policy for Kubernetes. Learn more about monitoring components for Defender for Cloud.

With the policies defined for your Kubernetes cluster, every request to the Kubernetes API server is monitored against the predefined set of best practices before being persisted to the cluster. You can then configure it to enforce the best practices and mandate them for future workloads.

For example, you can mandate that privileged containers shouldn't be created, and any future requests to do so are blocked.

Source: https://learn.microsoft.com/en-us/azure/defender-for-cloud/defender-for-containers-introduction (azure-aks at 2605)

As another example, Defender for Containers analyzes information including cluster configuration and workload configuration, which are examples of associating security policies with software upon development.

To protect your Kubernetes containers, Defender for Containers receives and analyzes:

- Audit logs and security events from the API server
- Cluster configuration information from the control plane
- Workload configuration from Azure Policy
- Security signals and events from the node level

Source: https://learn.microsoft.com/en-us/azure/defender-for-cloud/defender-for-containers-architecture?tabs=defender-for-container-arch-aks (azure-defender-for-cloud at 1202)

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

| | |
|---|---|
| | • **Azure Policy for Kubernetes**: A pod that extends the open-source Gatekeeper v3 🗗 and registers as a web hook to Kubernetes admission control. With this pod, you can apply at-scale enforcements and safeguards on your clusters in a centralized, consistent manner. The Azure Policy for Kubernetes pod is deployed as an AKS add-on and you only need to install it on one node in the cluster. It provides the option to enforce configuration rules. For more information, see Protect your Kubernetes workloads and Understand Azure Policy for Kubernetes clusters.<br><br>Source: https://learn.microsoft.com/en-us/azure/defender-for-cloud/defender-for-containers-architecture?tabs=defender-for-container-arch-aks (azure-defender-for-cloud at 1203) |

45

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**



**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

| | Source: https://learn.microsoft.com/en-us/azure/defender-for-cloud/defender-for-containers-architecture?tabs=defender-for-container-arch-aks (azure-defender-for-cloud at 1204)<br><br>*See also* evidence for element 1[a]. |
|---|---|
| 1[f]. automatically applying the security policy to the software workload when the software workload is deployed within the security zone. | Microsoft performs the step of automatically applying the security policy to the software workload when the software workload is deployed within the security zone.<br><br>As one example, Microsoft describes AKS as applying "AKS Built-in Azure Policy to secure your applications," which is an automatic application of security policy to a software workload when deployed. |

47

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

# Security concepts for applications and clusters in Azure Kubernetes Service (AKS)

Container security protects the entire end-to-end pipeline from build to the application workloads running in Azure Kubernetes Service (AKS).

The Secure Supply Chain includes the build environment and registry.

Kubernetes includes security components, such as *pod security standards* and *Secrets*. Azure includes components like Active Directory, Microsoft Defender for Containers, Azure Policy, Azure Key Vault, network security groups, and orchestrated cluster upgrades. AKS combines these security components to:

- Provide a complete authentication and authorization story.
- Apply AKS Built-in Azure Policy to secure your applications.
- End-to-End insight from build through your application with Microsoft Defender for Containers.
- Keep your AKS cluster running the latest OS security updates and Kubernetes releases.
- Provide secure pod traffic and access to sensitive credentials.

Source: https://learn.microsoft.com/en-us/azure/aks/concepts-security (azure-aks at 2002)

As another example, Defender for Containers performs scans of multiple elements, including application software on deployment.

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

# Vulnerability assessment

Defender for Containers scans the cluster node OS and application software, container images in Azure Container Registry (ACR), Amazon AWS Elastic Container Registry (ECR), Google Artifact Registry (GAR), Google Container Registry (GCR), and supported external image registries to provide agentless vulnerability assessment.

Now for public preview in the AKS environment, Defender for Containers also performs a daily scan of all running containers to provide an updated vulnerability assessment, agnostic to the container's image registry.

Source: https://learn.microsoft.com/en-us/azure/defender-for-cloud/defender-for-containers-introduction (azure-aks at 2605-2606)

Microsoft also explains that Defender for Containers embeds security checks "from build to deployment."

**Exhibit E – Claim Chart for U.S. Patent No. 9,069,599**

| | |
|---|---|
| | • **Containers software supply chain protection** - strengthens your software supply chain by embedding security checks from build to deployment. This includes the Microsoft Defender for Cloud CLI, which empowers developers to scan container images for vulnerabilities and misconfigurations directly within CI/CD pipelines (such as GitHub Actions or Azure Pipelines) or local development environments. By shifting security to the left, findings are surfaced early, allowing for remediation before images are pushed to a registry. The solution also signs vulnerability artifacts with Microsoft certificates to ensure integrity and authenticity, associating them with images for validation. You can enforce organizational security policies by creating rules that block risky images and assess deployments against these rules, preventing the introduction of vulnerabilities into your environments. For more information, see Gated deployment for Kubernetes container images.<br><br>Source:  https://learn.microsoft.com/en-us/azure/defender-for-cloud/defender-for-containers-introduction  (azure-defender-for-cloud at 1196-1197) |