# EXHIBIT F

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

**Exhibit F: U.S. Patent No. 9,973,474 v. Microsoft Azure**

| Claim | Evidence of Infringement by Accused Instrumentalities |
|---|---|
| 1[pre]. A computer-implemented method for managing cloud infrastructure, the method comprising: | To the extent the preamble is limiting, Microsoft operates Azure, including Azure's VPN gateway service and Azure Resource Manager (the "Accused Instrumentalities"), that perform a computer-implemented method for managing cloud infrastructure.<br><br>Microsoft provides a cloud computing network called Azure.<br><br>## What is Microsoft Azure?<br><br>Microsoft Azure, launched in 2010, marked a pivotal shift from on-premises datacenters to cloud computing. By offering businesses a global network of datacenters maintained and managed by Microsoft, Azure reduced the time and expense associated with maintaining on-premises infrastructure.<br><br>Since its original launch, Azure continues to offer extensive capabilities that go beyond simplifying infrastructure management. With comprehensive AI, data, and application services that work together, Azure delivers a unified approach to cloud computing that's unique in the industry. Its open, flexible cloud platform is designed to support each company's business strategy and stage of AI transformation.<br><br>Source: https://azure.microsoft.com/en-us/resources/cloud-computing-dictionary/what-is-azure/<br><br>Azure Resource Manager is the deployment and management service for Azure. |

1

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

|  |  |
|---|---|
|  | # What is Azure Resource Manager?<br><br><br><br>Azure Resource Manager is the deployment and management service for Azure. It provides a management layer that helps you to create, update, and delete resources in your Azure account. You use management features like access control, locks, and tags to secure and organize your resources after deployment.<br><br>Source: https://learn.microsoft.com/en-us/azure/azure-resource-manager/management/overview<br><br>Within Azure, Microsoft operates a method for managing cloud infrastructure such as through Azure's VPN Gateway. |

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

# What is Azure VPN Gateway?

 Summarize this article for me

Azure VPN Gateway service can be used to send encrypted traffic between an Azure virtual network and on-premises locations over the public Internet. You can also use VPN Gateway to send encrypted traffic between Azure virtual networks over the Microsoft network. VPN Gateway uses a specific type of Azure virtual network gateway called a VPN gateway. Multiple connections can be created to the same VPN gateway. When you create multiple connections, all VPN tunnels share the available gateway bandwidth.

Source: https://learn.microsoft.com/en-us/azure/vpn-gateway/vpn-gateway-about-vpngateways

Microsoft Azure VPN Gateway creates a connection between a virtual network in cloud infrastructure and a customer's on-premises network.

3

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

In this tutorial, you use the Azure portal to create a site-to-site (S2S) VPN gateway connection between your on-premises network and a virtual network. You can also create this configuration by using Azure PowerShell or the Azure CLI. This configuration uses a specified pre-shared key for the connection between the Azure VPN gateway and your on-premises VPN device. You can also configure a site-to-site connection using certificate authentication.



Source: https://learn.microsoft.com/en-us/azure/vpn-gateway/tutorial-site-to-site-portal

# Create a virtual network

In this section, you create a virtual network by using the following values:

- **Resource group**: TestRG1
- **Name**: VNet1
- **Region**: (US) East US
- **IPv4 address space**: 10.1.0.0/16
- **Subnet name**: FrontEnd
- **Subnet address space**: 10.1.0.0/24

Source: https://learn.microsoft.com/en-us/azure/vpn-gateway/tutorial-site-to-site-portal

4

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

| 1[a]. establishing an enterprise network, wherein one or more network end-user devices are connected to the enterprise network; | Microsoft performs the step of establishing an enterprise network, wherein one or more network end-user devices are connected to the enterprise network.<br><br>For example, Microsoft specifies the requirements for establishing an enterprise network in a customer's on-premises network that is compatible with Microsoft's cloud network. Microsoft describes creating a configuration for an enterprise network which to which end-user devices are connected, represented by the "On-premises" enterprise network in the diagram below.<br><br>In this tutorial, you use the Azure portal to create a site-to-site (S2S) VPN gateway connection between your on-premises network and a virtual network. You can also create this configuration by using Azure PowerShell or the Azure CLI. This configuration uses a specified pre-shared key for the connection between the Azure VPN gateway and your on-premises VPN device. You can also configure a site-to-site connection using certificate authentication.<br><br><br><br>Source: https://learn.microsoft.com/en-us/azure/vpn-gateway/tutorial-site-to-site-portal<br><br>For example, Microsoft provides instructions to its customers to establish a compatible enterprise network, including requirements such as specified IP address range prefixes and non-overlapping subnets. |

5

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

## Prerequisites

- You need an Azure account with an active subscription. If you don't have one, you can create one for free ⬈.

- If you're unfamiliar with the IP address ranges located in your on-premises network configuration, you need to coordinate with someone who can provide those details for you. When you create this configuration, you must specify the IP address range prefixes that Azure routes to your on-premises location. None of the subnets of your on-premises network can overlap with the virtual network subnets that you want to connect to.

- VPN devices:
  - Make sure you have a compatible VPN device and someone who can configure it. For more information about compatible VPN devices and device configuration, see About VPN devices.
  - Verify that you have an externally facing public IPv4 address for your VPN device.
  - Verify that your VPN device supports active-active mode gateways. This article creates an active-active mode VPN gateway, which is recommended for highly available connectivity. Active-active mode specifies that both gateway VM instances are active and uses two public IP addresses, one for each gateway VM instance. You configure your VPN device to connect to the IP address for each gateway VM instance. If your VPN device doesn't support this mode, don't enable this mode for your gateway. For more information, see Design highly available connectivity for cross-premises and VNet-to-VNet connections and About active-active mode VPN gateways.

Source: https://learn.microsoft.com/en-us/azure/vpn-gateway/tutorial-site-to-site-portal

6

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

> ⓘ **Note**
>
> When you use a virtual network as part of a cross-premises architecture, be sure to coordinate with your on-premises network administrator to carve out an IP address range that you can use specifically for this virtual network. If a duplicate address range exists on both sides of the VPN connection, traffic will route in an unexpected way. Additionally, if you want to connect this virtual network to another virtual network, the address space can't overlap with the other virtual network. Plan your network configuration accordingly.

Source: https://learn.microsoft.com/en-us/azure/vpn-gateway/tutorial-site-to-site-portal

Microsoft provides example network architectures, including architectures for enterprise networks that will connect to Azure using a site-to-site VPN.

7

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**



Source: https://learn.microsoft.com/en-us/azure/expressroute/expressroute-howto-coexist-resource-manager?tabs=new-virtual-network

Additionally, establishing the enterprise network includes creating a local network gateway object within Azure that represents the customer's on-premises network. Microsoft creates the local network gateway object using IP address prefixes of the on-premises network.

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

# Create a local network gateway

The local network gateway is a specific object deployed to Azure that represents your on-premises location (the site) for routing purposes. You give the site a name by which Azure can refer to it, and then specify the IP address of the on-premises VPN device to which you create a connection. You also specify the IP address prefixes that are routed through the VPN gateway to the VPN device. The address prefixes you specify are the prefixes located on your on-premises network. If your on-premises network changes or you need to change the public IP address for the VPN device, you can easily update the values later. You create a separate local network gateway for each VPN device that you want to connect to. Some highly available connectivity designs specify multiple on-premises VPN devices.

Create a local network gateway by using the following values:

- **Name**: Site1
- **Resource Group**: TestRG1
- **Location**: East US

Source: https://learn.microsoft.com/en-us/azure/vpn-gateway/tutorial-site-to-site-portal

9

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**



Source: https://learn.microsoft.com/en-us/azure/vpn-gateway/tutorial-site-to-site-portal

10

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

| 1[b]. connecting an enterprise gateway appliance to the enterprise network; | Microsoft performs the step of connecting an enterprise gateway appliance to the enterprise network.

For example, an Azure site-to-site VPN requires a VPN device (enterprise gateway appliance) at the customer premises. The VPN device is connected to the enterprise network by configuring it to communicate with Azure, which can be done by setting values such as IP address and shared key. This can be done by executing a script provided by Microsoft.

## Configure your VPN device

Site-to-site connections to an on-premises network require a VPN device. In this step, you configure your VPN device. When you configure your VPN device, you need the following values:

- **Shared key**: This shared key is the same one that you specify when you create your site-to-site VPN connection. In our examples, we use a simple shared key. We recommend that you generate a more complex key to use, with at least 32 characters, including a mix of uppercase and lowercase letters, numbers, and special characters.
- **Public IP addresses of your virtual network gateway instances**: Obtain the IP address for each VM instance. If your gateway is in active-active mode, you'll have an IP address for each gateway VM instance. Be sure to configure your device with both IP addresses, one for each active gateway VM. Active-standby mode gateways have only one IP address.

Source: https://learn.microsoft.com/en-us/azure/vpn-gateway/tutorial-site-to-site-portal |

11

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

| | |
|---|---|
| | Depending on the VPN device that you have, you might be able to download a VPN device configuration script. For more information, see Download VPN device configuration scripts.<br><br>Source: https://learn.microsoft.com/en-us/azure/vpn-gateway/tutorial-site-to-site-portal |

12

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**



**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

Source: https://learn.microsoft.com/en-us/azure/vpn-gateway/vpn-gateway-download-vpndevicescript (Azure-vpn-gateway at 481)

# Download the configuration script - Azure portal

Create an Azure VPN gateway, local network gateway, and a connection resource connecting the two. The following article guides you through the steps:

- Create a Site-to-Site connection in the Azure portal

Once the connection resource is created, use the following instructions to download the VPN device configuration scripts:

1. In the Azure portal, go to your VPN gateway.

2. In the left pane, select **Connections** to view a list of connections.

3. Select the connection to open the page for that connection. At the top of the page, click **Download configuration**.

14

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

| | |
|---|---|
| | 4. On the **Download configuration** page, from the dropdowns, select the device vendor, device family, and firmware version.<br><br>5. Once you've selected the device, click **Download configuration**. The configuration is generated and you're prompted to save the downloaded script (a text file) from your browser.<br><br>6. Open the configuration script with a text editor and search for the keyword "REPLACE" to identify and examine the parameters that might need to be replaced before applying the script to your VPN device.<br><br>Source: https://learn.microsoft.com/en-us/azure/vpn-gateway/vpn-gateway-download-vpndevicescript (Azure-vpn-gateway at 482-483) |
| 1[c]. establishing a secure virtual private network between the enterprise gateway appliance and at least a first enterprise virtual machine in a cloud provider | Microsoft performs the step of establishing a secure virtual private network between the enterprise gateway appliance and at least a first enterprise virtual machine in a cloud provider network, wherein the establishing further comprises.<br><br>For example, Azure establishes a secure VPN between the gateway appliance and a VM in the Azure network (as shown on the right side of the diagram below). |

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

| | |
|---|---|
| network, wherein the establishing further comprises: | <br><br>Source: https://learn.microsoft.com/en-us/microsoft-365/enterprise/connect-an-on-premises-network-to-a-microsoft-azure-virtual-network?view=o365-worldwide<br><br>The VPN Gateway and VPN settings can be specified via the Azure portal, as shown below. |

16

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

# Create a VPN gateway

In this step, you create a virtual network gateway (VPN gateway) for your virtual network. Creating a gateway can often take 45 minutes or more, depending on the selected gateway SKU.

## Create a VPN gateway

Create a virtual network gateway (VPN gateway) by using the following values:

- **Name**: VNet1GW
- **Gateway type**: VPN
- **SKU**: VpnGw2AZ
- **Generation**: Generation 2
- **Virtual network**: VNet1
- **Gateway subnet address range**: 10.1.255.0/27
- **Public IP address**: Create new
- **Public IP address name**: VNet1GWpip1
- **Public IP address SKU**: Standard
- **Assignment**: Static
- **Second Public IP address name**: VNet1GWpip2
- **Enable active-active mode**: Enabled
- **Configure BGP**: Disabled

17

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

Source: https://learn.microsoft.com/en-us/azure/vpn-gateway/tutorial-site-to-site-portal

## Create virtual network gateway    ···

**Basics**    Tags    Review + create

Azure has provided a planning and design guide to help you configure the various VPN gateway options. Learn more ⌕

**Project details**

Select the subscription to manage deployed resources and costs. Use resource groups like folders to organize and manage all your resources. ⌕

| | |
|---|---|
| Subscription * | Content Development |
| Resource group ⓘ | TestRG1 (derived from virtual network's resource group) |

**Instance details**

| | |
|---|---|
| Name * | VNet1GW ✓ |
| Region * | East US |
| | Deploy to an edge zone ⌕ |
| Gateway type * ⓘ | ⦿ VPN    ◯ ExpressRoute |
| SKU * ⓘ | VpnGw2AZ |
| Generation ⓘ | Generation2 |
| Virtual network * ⓘ | VNet1 |
| | Create virtual network |
| Subnet ⓘ | GatewaySubnet (10.1.255.0/27) |

ⓘ Only virtual networks in the currently selected subscription and region are listed.

Source: https://learn.microsoft.com/en-us/azure/vpn-gateway/tutorial-site-to-site-portal

18

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

# Create VPN connections

Create a site-to-site VPN connection between your virtual network gateway and your on-premises VPN device. If you're using an active-active mode gateway (recommended), each gateway VM instance has a separate IP address. To properly configure highly available connectivity, you must establish a tunnel between each VM instance and your VPN device. Both tunnels are part of the same connection.

Create a connection by using the following values:

- **Local network gateway name**: Site1
- **Connection name**: VNet1toSite1
- **Shared key**: For this example, you use **abc123**. But you can use whatever is compatible with your VPN hardware. The important thing is that the values match on both sides of the connection.

Source: https://learn.microsoft.com/en-us/azure/vpn-gateway/tutorial-site-to-site-portal

19

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**



Source: https://learn.microsoft.com/en-us/azure/vpn-gateway/tutorial-site-to-site-portal

20

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

| 1[d]. establishing a connection between the enterprise gateway appliance and at least one remote gateway node in the cloud provider network, wherein the secure virtual private network is established between the enterprise gateway appliance, the remote gateway node, and the first enterprise virtual machine; and | Microsoft performs the step of establishing a connection between the enterprise gateway appliance and at least one remote gateway node in the cloud provider network, wherein the secure virtual private network is established between the enterprise gateway appliance, the remote gateway node, and the first enterprise virtual machine. <br><br> For example, Azure establishes a connection between the enterprise gateway appliance (on the left side of the image), the gateway in the cloud (VPN gateway on the right side of the image), and the first enterprise virtual machine (on the right side of the image, in the grey box) is established. <br><br>  <br><br> Source: https://learn.microsoft.com/en-us/microsoft-365/enterprise/connect-an-on-premises-network-to-a-microsoft-azure-virtual-network?view=o365-worldwide <br><br> The VPN gateway is composed of two or more Azure-managed VMs, thus the VPN gateway is in the Azure cloud. |
|---|---|

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

# Gateways and gateway types

A virtual network gateway is composed of two or more Azure-managed VMs that are automatically configured and deployed to a specific subnet that you create called the **gateway subnet**. The gateway VMs contain routing tables and run specific gateway services. When you create a virtual network gateway, the gateway VMs are automatically deployed to the gateway subnet (always named *GatewaySubnet*), and configured with the settings that you specified. The process can take 45 minutes or more to complete, depending on the gateway SKU that you selected.

One of the settings that you specify when creating a virtual network gateway is the **gateway type**. The gateway type determines how the virtual network gateway is used and the actions that the gateway takes. A virtual network can have two virtual network gateways; one VPN gateway and one ExpressRoute gateway. The -GatewayType 'Vpn' specifies that the type of virtual network gateway created is a **VPN gateway**. This distinguishes it from an ExpressRoute gateway.

Source: https://learn.microsoft.com/en-us/azure/vpn-gateway/vpn-gateway-about-vpn-gateway-settings

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

| | |
|---|---|
| | ## Do I need a gateway subnet?<br><br>Yes. The gateway subnet contains the IP addresses that the virtual network gateway services use. You need to create a gateway subnet for your virtual network in order to configure a virtual network gateway.<br><br>All gateway subnets must be named `GatewaySubnet` to work properly. Don't name your gateway subnet something else. And don't deploy VMs or anything else to the gateway subnet.<br><br>When you create the gateway subnet, you specify the number of IP addresses that the subnet contains. The IP addresses in the gateway subnet are allocated to the gateway service.<br><br>Some configurations require more IP addresses to be allocated to the gateway services than do others. Make sure that your gateway subnet contains enough IP addresses to accommodate future growth and possible new connection configurations.<br><br>Although you can create a gateway subnet as small as /29, we recommend that you create a gateway subnet of /27 or larger (/27, /26, /25, and so on). Verify that your existing gateway subnet meets the requirements for the configuration that you want to create.<br><br>Source: https://learn.microsoft.com/en-us/azure/vpn-gateway/vpn-gateway-vpn-faq (Azure-vpn-gateway at 20) |
| 1[e]. causing one or more network service plug-ins to execute | Microsoft performs the step of causing one or more network service plug-ins to execute in the cloud provider network.<br><br>Microsoft provides many network service plug-ins for Azure. As one example, Microsoft provides networking plugins such as "Kubenet" or "Azure CNI" as networking plugins for a Kubernetes cluster. |

23

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

| in the cloud provider network. | Here is a short overview of the network plugin types available to Azure Kubernetes Service:<br><br>**Kubenet**<br><br>• The default plugin for the AKS cluster (created with Azure CLI)<br>• Designed for fewer than 400 nodes (only nodes get a "real IP")<br>• Pods receive an internal IP address from a logically different address space of the Azure virtual network subnet of the nodes.<br>• Can't use with Azure Network Policy, but Calico is supported.<br>• A load balancer must be used for pods to reach resources outside the cluster.<br>• Because the use of UDRs is a must, it can lead to increased management overhead, added complexity, and potential collisions.<br>• Additional NATing can cause latency issues.<br>• You can only have one AKS cluster per subnet.<br><br>**Kubenet: dual-stack**<br><br>• Similar to Kubenet but with an IPv6 suuport.<br>• Nodes receive both an IPv4 and IPv6 address from the Azure virtual network subnet9.<br>• Pods receive both an IPv4 and IPv6 address from a logically different address space to the Azure virtual network subnet of the nodes9. |
|---|---|

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

| | |
|---|---|
| | **Azure CNI**<br><br>• Advanced network plugin for AKS<br>• Every pod gets an IP address from the subnet and can be accessed directly.<br>• IP addresses per node are then reserved up front (can lead to IP exhaustion)<br>• Traffic to endpoints in the same virtual network isn't NAT'd to the node's primary IP<br>• Requires more planning, and often leads to IP address exhaustion or the need to rebuild clusters in a larger subnet as your application demands grow.<br>• Pods have individual network identities and are directly accessible on the VNet, making network policy application and enforcement simpler. However, Azure CNI consumes more IP addresses, as each pod gets its own.<br><br>**Azure CNI Overlay mode**<br><br>• Cluster nodes are deployed into the Vnet's subnet.<br>• Pods are assigned IP form a private CIDR different from the Vnet address space of the nodes. Thus, preserving your "real IPs".<br>• Only supports Linux nodes currently.<br>• Can't use with AGIC.<br>• Requires less planning of IP allocation.<br>• Enables scaling to large sizes.<br>• Azure CNI translates the source IP (Overlay IP of the pod) of the traffic to the primary IP address of the VM, which enables the Azure Networking stack to route the traffic to the destination.<br>• Can reuse the private CIDR in different AKS clusters, which extends the IP space available for containerized applications.<br><br>Source: https://techcommunity.microsoft.com/blog/appsonazureblog/how-to-choose-the-right-network-plugin-for-your-aks-cluster-a-flowchart-guide/3969292 |

25

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

# Deploy the Azure Virtual Network container network interface plug-in

 Summarize this article for me

The Azure Virtual Network container network interface (CNI) plug-in installs in an Azure virtual machine and brings virtual network capabilities to Kubernetes Pods and Docker containers. To learn more about the plug-in, see Enable containers to use Azure Virtual Network capabilities. Additionally, the plug-in can be used with the Azure Kubernetes Service (AKS) by choosing the Advanced Networking option, which automatically places AKS containers in a virtual network.

Source: https://learn.microsoft.com/en-us/azure/virtual-network/deploy-container-networking

As another example, Microsoft provides extensions for virtual machines on Azure, including network service extensions such as "Network Watcher," which execute in the cloud provider network.

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

# Manage Network Watcher Agent virtual machine extension for Linux

 Summarize this article for me

The Network Watcher Agent virtual machine extension is a requirement for some of Azure Network Watcher features that capture network traffic to diagnose and monitor Azure virtual machines (VMs). For more information, see What is Azure Network Watcher?

In this article, you learn how to install and uninstall Network Watcher Agent for Linux. Installation of the agent doesn't disrupt, or require a reboot of the virtual machine. If the virtual machine is deployed by an Azure service, check the documentation of the service to determine whether or not it permits installing extensions in the virtual machine.

Source: https://learn.microsoft.com/en-us/azure/network-watcher/network-watcher-agent-linux?tabs=portal

Azure VPN Gateway includes support for Azure Monitor, which monitors and provides alerts for Azure resources. Different metrics and logs are available for different resource types. Additionally, the default capabilities of Azure Monitor can be extended via customized alerts and reports.

27

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

# Monitor Azure VPN Gateway

This article describes:

- The types of monitoring data you can collect for this service.
- Ways to analyze that data.

> ⓘ **Note**
>
> If you're already familiar with this service and/or Azure Monitor and just want to know how to analyze monitoring data, see the **Analyze** section near the end of this article.

When you have critical applications and business processes that rely on Azure resources, you need to monitor and get alerts for your system. The Azure Monitor service collects and aggregates metrics and logs from every component of your system. Azure Monitor provides you with a view of availability, performance, and resilience, and notifies you of issues. You can use the Azure portal, PowerShell, Azure CLI, REST API, or client libraries to set up and view monitoring data.

Source: https://learn.microsoft.com/en-us/azure/vpn-gateway/monitor-vpn-gateway

28

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

## Types of alerts

You can alert on any metric or log data source in the Azure Monitor data platform. There are many different types of alerts depending on the services you're monitoring and the monitoring data you're collecting. Different types of alerts have various benefits and drawbacks. For more information, see Choose the right monitoring alert type.

The following list describes the types of Azure Monitor alerts you can create:

- Metric alerts evaluate resource metrics at regular intervals. Metrics can be platform metrics, custom metrics, logs from Azure Monitor converted to metrics, or Application Insights metrics. Metric alerts can also apply multiple conditions and dynamic thresholds.
- Log alerts allow users to use a Log Analytics query to evaluate resource logs at a predefined frequency.
- Activity log alerts trigger when a new activity log event occurs that matches defined conditions. Resource Health alerts and Service Health alerts are activity log alerts that report on your service and resource health.

Source: https://learn.microsoft.com/en-us/azure/vpn-gateway/monitor-vpn-gateway

Azure VPN Gateway supports NAT (Network Address Translation) functionality.

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

# How to configure NAT for Azure VPN Gateway

 Summarize this article for me

This article helps you configure NAT (Network Address Translation) for Azure VPN Gateway using the Azure portal.

## About NAT

NAT defines the mechanisms to translate one IP address to another in an IP packet. It's commonly used to connect networks with overlapping IP address ranges. NAT rules or policies on the gateway devices connecting the networks specify the address mappings for the address translation on the networks.

Source: https://learn.microsoft.com/en-us/azure/vpn-gateway/nat-howto

30

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**



Source: https://learn.microsoft.com/en-us/azure/vpn-gateway/nat-howto

Azure VPN Gateway includes support for BGP (Border Gateway Protocol) routing.

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

# About BGP and VPN Gateway

 Summarize this article for me

This article provides an overview of BGP (Border Gateway Protocol) support in Azure VPN Gateway.

BGP is the standard routing protocol commonly used in the Internet to exchange routing and reachability information between two or more networks. When used in the context of Azure Virtual Networks, BGP enables the Azure VPN gateways and your on-premises VPN devices, called BGP peers or neighbors, to exchange "routes" that will inform both gateways on the availability and reachability for those prefixes to go through the gateways or routers involved. BGP can also enable transit routing among multiple networks by propagating routes a BGP gateway learns from one BGP peer to all other BGP peers.

Source: https://learn.microsoft.com/en-us/azure/vpn-gateway/vpn-gateway-bgp-overview

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

# Support multiple tunnels between a VNet and an on-premises site with automatic failover based on BGP

You can establish multiple connections between your Azure VNet and your on-premises VPN devices in the same location. This capability provides multiple tunnels (paths) between the two networks in an active-active configuration. If one of the tunnels is disconnected, the corresponding routes will be withdrawn via BGP, and the traffic automatically shifts to the remaining tunnels.

The following diagram shows a simple example of this highly available setup:



Source: https://learn.microsoft.com/en-us/azure/vpn-gateway/vpn-gateway-bgp-overview

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

The following diagram shows an example of a multi-hop topology with multiple paths that can transit traffic between the two on-premises networks through Azure VPN gateways within the Microsoft Networks:



Source: https://learn.microsoft.com/en-us/azure/vpn-gateway/vpn-gateway-bgp-overview

Azure VPN Gateway includes support for custom IPsec/IKE connection policies for site-to-site VPNs.

34

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**



# Workflow

The instructions in this article help you set up and configure IPsec/IKE policies as shown in the following diagram.

1. Create a virtual network and a VPN gateway.
2. Create a local network gateway for cross premises connection, or another virtual network and gateway for VNet-to-VNet connection.
3. Create a connection (IPsec or VNet2VNet).
4. Configure/update/remove the IPsec/IKE policy on the connection resources.

Source: https://learn.microsoft.com/en-us/azure/vpn-gateway/ipsec-ike-policy-howto

Azure VPN Gateway supports VPN functionality.

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

# About VPN Gateway configuration settings

 Summarize this article for me

VPN gateway connection architecture relies on the configuration of multiple resources, each of which contains configurable settings. The sections in this article discuss the resources and settings that relate to a VPN gateway for a virtual network. You can find descriptions and topology diagrams for each connection solution in the VPN Gateway topology and design article.

The values in this article specifically apply to VPN gateways (virtual network gateways that use the -GatewayType Vpn). If you're looking for information about the following types of gateways, see the following articles:

Source: https://learn.microsoft.com/en-us/azure/vpn-gateway/vpn-gateway-about-vpn-gateway-settings

**Exhibit F – Claim Chart for U.S. Patent No. 9,973,474**

## VPN types

Azure supports two different VPN types for VPN gateways: *policy-based* and *route-based*. Route-based VPN gateways are built on a different platform than policy-based VPN gateways. This results in different gateway specifications. The following table shows the gateway SKUs that support each of the VPN types, and associated supported IKE versions.

⟨⟩ Expand table

| Gateway VPN type | Gateway SKU | IKE versions supported |
|---|---|---|
| Policy-based gateway | Basic | IKEv1 |
| Route-based gateway | Basic | IKEv2 |
| Route-based gateway | VpnGw1, VpnGw2, VpnGw3, VpnGw4, VpnGw5 | IKEv1 and IKEv2 |
| Route-based gateway | VpnGw1AZ, VpnGw2AZ, VpnGw3AZ, VpnGw4AZ, VpnGw5AZ | IKEv1 and IKEv2 |

Source: https://learn.microsoft.com/en-us/azure/vpn-gateway/vpn-gateway-about-vpn-gateway-settings

37