# EXHIBIT H

# Microsoft Technology Licensing

Microsoft Technology Licensing (MTL) is a subsidiary of Microsoft Corporation and manages Microsoft patents and technology transfer activities.



## Technology licensing programs

Technology transfer programs that accelerate licensee's product development.

Explore our licensing programs ›



## Online disclaimer

Our notice about online policies.

Review the MTL online disclaimer ›



## Licensing policy

Our policies with regards to standards, academic institutions, and SDKs.

View the MTL licensing policy ›

## Intellectual property

Innovation is at the heart of Microsoft as a company.

Explore Microsoft IP ›



# Contact us

Contact us if your business could benefit from our programs.

Submit an inquiry ›

Follow Microsoft      in

| What's new | Microsoft Store | Education | Business | Developer & IT | Company |
|---|---|---|---|---|---|
| Surface Pro | Account profile | Microsoft in education | Microsoft AI | Azure | Careers |
| Surface Laptop | Download Center | Devices for education | Microsoft Security | Microsoft Developer | About Microsoft |
| Surface Laptop Ultra | Microsoft Store support | Microsoft Teams for Education | Dynamics 365 | Microsoft Learn | Company news |
| Surface RTX Spark Dev Box | Returns | Microsoft 365 Education | Microsoft 365 | Support for AI marketplace apps | Privacy at Microsoft |
| Copilot for organizations | Order tracking | How to buy for your school | Microsoft Power Platform | Microsoft Tech Community | Investors |
| Copilot for personal use | Certified Refurbished | Educator training and development | Microsoft Teams | Microsoft Marketplace | Diversity and inclusion |
| Explore Microsoft products | Microsoft Store Promise | Deals for students and parents | Microsoft 365 Copilot | Software companies | Accessibility |
| Windows 11 apps | Flexible Payments | AI for education | Small Business | Visual Studio | Sustainability |

🌐 English (United States)   ☑️✖️ Your Privacy Choices   Consumer Health Privacy

Sitemap   Contact Microsoft   Privacy   Terms of use   Trademarks   Safety & eco   Recycling   About our ads   © Microsoft 2026