**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| VL COLLECTIVE IP LLC, | Case No. 2:26-cv-00346-JRG |
| *Plaintiff,* | |
| v. | JURY TRIAL DEMANDED |
| MICROSOFT CORPORATION, | |
| *Defendant.* | |

## JOINT MOTION FOR EXTENSION OF PROTECTIVE ORDER DEADLINE

Plaintiff VL Collective IP LLC ("Plaintiff") and Microsoft Corporation ("Defendant"), collectively ("the Parties") jointly and respectfully file this Joint Motion for Extension of the deadlines for the Protective Order and the Initial and Additional Disclosures.  The deadline for the parties to submit their proposed Protective Order and serve their Disclosures is currently set as August 10, 2026 (Dkt. 30).  The parties hereby request an extension of these deadlines to August 28, 2026.

The Parties represent that the extension requested herein is not sought for the purposes of delay but rather so the parties can eliminate disputes associated with the proposed protective order, with a goal of submitting an agreed-upon protective order.  The parties are diligently meeting and conferring in this regard. This proposed extension does not affect any other deadline.

Dated: August 7, 2026

Respectfully submitted,

/s/ *Natalie A. Bennett*
Natalie A. Bennett (Admitted to Practice)
Illinois State Bar No. 6304611
natalie.bennett@morganlewis.com
Katerina Hora Jacobson (Admitted to Practice)
California Bar No. 342384
katerina.horajacobson@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
T. 202.739.3000
F. 202.739.3001

Ahren C. Hsu-Hoffman (Admitted to Practice)
Texas Bar No. 24053269
ahren.hsu-hoffman@morganlewis.com
Jason E. Gettleman (Admitted to Practice)
jason.gettleman@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1400 Page Mill Road
Palo Alto, CA 94304
T. 650.843.4000
F. 650.843.4001

Melissa Smith (SBN 24001351)
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Phone: 903 934-9257

*Attorneys for Defendant*
Microsoft Corporation

/s/ *David Alberti*
David Alberti
CA Bar No. 220265 (Admitted E.D. Texas)
dalberti@albertilim.com
Sal Lim
CA Bar No. 211836 (Admitted E.D. Texas)
slim@albertilim.com
Russell S. Tonkovich
CA Bar No. 233280 (Admitted E.D. Texas)
rtonkovich@albertilim.com
James Barabas (*pro hac vice*)
NY Bar No. 3911484
jbarabas@albertilim.com
Hong S. Lin
CA Bar No. 249898 (Admitted E.D. Texas)
hlin@albertilim.com
Andrew Hamill
CA Bar No. 251156 (Admitted E.D. Texas)
ahamill@albertilim.com
Jeremiah A. Armstrong (*pro hac vice*)
CA Bar No. 253705
jarmstrong@albertilim.com
Nicholas Martini (*pro hac vice*)
CA Bar No. 237687
nmartini@albertilim.com
Ryan Dooley (*pro hac vice*)
CA Bar No. 321645
rdooley@albertilim.com
**ALBERTI LIM & TONKOVICH LLP**
950 Tower Lane, Suite 1725
Foster City, CA 94404
Telephone: (650) 825-4300
Facsimile: (650) 460-8443

Andrea L. Fair
Texas Bar No. 24078488
andrea@millerfairhenry.com
Garrett C. Parish
Texas Bar No. 24125824
garrett@millerfairhenry.com
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Pkwy
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*Attorneys for Plaintiff*
VL Collective IP LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this August 7, 2026.

*/s/ David Alberti*
David Alberti

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff met and conferred with counsel for Defendant to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h).  The Parties are jointly seeking the relief sought in this Motion.

/s/ *David Alberti*
David Alberti

3