**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| VL COLLECTIVE IP LLC, | Case No. 2:26-cv-00346-JRG |
| *Plaintiff,* | |
| v. | JURY TRIAL DEMANDED |
| MICROSOFT CORPORATION, | |
| *Defendant.* | |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF PROTECTIVE ORDER
DEADLINE**

Before the Cour is the Joint Motion for Extension of the Protective Order and the Initial

and Additional Disclosures Deadline filed by Plaintiff VL Collective IP LLC and Defendant

Microsoft Corporation.

After consideration, the Court GRANTS the Joint Motion.

It is therefore ORDERED that the deadline for the parties to submit their proposed

Protective Order and serve their Initial and Additional Disclosures is extended to August 28, 2026.

1