**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **VL COLLECTIVE IP LLC,** | **Civil Action No. 2:26-cv-00346-JRG** |
| **Plaintiff**, | |
| v. | **JURY TRIAL DEMANDED** |
| **MICROSOFT CORPORATION,** | |
| **Defendant**. | |

## <u>JURY DEMAND</u>

In accordance with Rule 38(b) of the Federal Rules of Civil Procedure, Microsoft

Corporation respectfully demands a jury trial on all issues so triable.

Dated: August 10, 2026          Respectfully submitted,

/s/ Melissa R. Smith
Melissa Richards Smith
TX State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Natalie A. Bennett*
Illinois Bar No. 6304611
natalie.bennett@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Telephone: (202) 739-5559
Facsimile: (202) 739-3001

Jason C. White*

1

Illinois Bar No. 6238352
jason.white@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive
Chicago, IL 60606
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

Ahren C. Hsu-Hoffman
TX State Bar No. 24053269
ahren.hsu-hoffman@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 843-4000
Facsimile: (650) 843-4001

Jason E. Gettleman
California State Bar No. 269733
jason.gettleman@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 843-4000
Facsimile: (650) 843-4001

Katerina Hora Jacobson
California State Bar No. 342384
katerina.horajacobson@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 843-4000
Facsimile: (650) 843-4001

*Admitted to Practice*

**Attorneys for Defendant Microsoft Corporation**

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on August 10, 2026, with a copy of this document via the Court's CM/ECF system.

*/s/ Melissa R. Smith*