**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **VL COLLECTIVE IP LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MICROSOFT CORPORATION,**<br><br>**Defendant.** | **Civil Action No. 2:26-cv-00346-JRG**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that James "Travis" Underwood of Gillam & Smith, LLP enters his appearance on behalf of Defendant Microsoft Corporation. this matter as additional counsel.

James "Travis" Underwood may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 7232 Crosswater Avenue, Tyler, Texas 75703; Telephone: (903) 934-8450; Facsimile: (903) 934-9257; e-mail travis@gillamsmithlaw.com.

Dated: August 25, 2026

Respectfully submitted,

*/s/ James Travis Underwood*

James Travis Underwood
Texas Bar No. 24102587
GILLAM & SMITH, LLP
7232 Crosswater Avenue
Tyler, Texas 75703
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: travis@gillamsmithlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 25th day of August 2026, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ James Travis Underwood*
James Travis Underwood