**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| VL COLLECTIVE IP LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:26-cv-00346-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF PROTECTIVE ORDER DEADLINE**

Before the Court is the Unopposed Motion for Extension of the Protective Order Deadline filed by Defendant Microsoft Corporation.

After consideration, the Court GRANTS the Unopposed Motion.

It is therefore ORDERED that the deadline for the parties to submit their proposed Protective Order is extended to September 2, 2026.