**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| VL COLLECTIVE IP LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:26-cv-00346-JRG<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF PROTECTIVE ORDER DEADLINE**

Microsoft Corporation ("Defendant") respectfully files this Unopposed Motion for Extension of the deadlines for the Protective Order. The deadline for the Defendant to submit its proposed Protective Order was set as August 10, 2026 (Dkt. 30). On August 7, 2026, the Plaintiff VL Collective IP LLC ("Plaintiff") and Defendant moved to extend this deadline to August 28, 2026 (Dkt. 33). Defendant hereby requests an extension of this deadline by two additional business days to September 2, 2026.

Defendant represents that the extension requested herein is not sought for the purposes of delay but rather so the parties can eliminate disputes associated with the proposed protective order, with a goal of submitting an agreed-upon protective order. Plaintiff and Defendant are diligently meeting and conferring in this regard. This proposed extension does not affect any other deadline.

Dated: August 27, 2026

*/s/ Melissa R. Smith*

Natalie A. Bennett*
Illinois State Bar No. 6304611
natalie.bennett@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
T. 202.739.3000
F. 202.739.3001

Ahren C. Hsu-Hoffman
Texas Bar No. 24053269
ahren.hsu-hoffman@morganlewis.com
Jason E. Gettleman*
California Bar No. 269733
jason.gettleman@morganlewis.com
Katerina Hora Jacobson*
California Bar No. 342384
katerina.horajacobson@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA 94304
T. 650.843.4000
F. 650.843.4001

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

**Admitted to Practice*
***Attorneys for Defendant Microsoft Corporation***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this August 27, 2026.

*/s/ Melissa R. Smith*
Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for the parties have complied with the meet and confer requirement in Local Rule CV-7(h). This motion unopposed.

/s/ *Melissa R. Smith*
Melissa R. Smith