**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| VL COLLECTIVE IP LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:26-CV-00346-JRG |
| | § | |
| MICROSOFT CORPORATION, | § | |
| *Defendant*. | § | |

**ORDER**

Before the Court is the Motion for Extension of Protective Order Deadline (the "Joint Motion") filed by Plaintiff VL Collective IP LLC ("Plaintiff") and Microsoft Corporation ("Defendant") (collectively, "the Parties") (Dkt. No. 33) and the Unopposed Motion for Extension of Protective Order Deadline ("Defendant's Motion") (together with the Joint Motion, the "Motions") filed by Defendant (Dkt. No. 40). In the Joint Motion, the Parties jointly seek an 18-day extension of time to submit their proposed Protective Order and serve their Disclosures. (Dkt. No. 33 at 1). The requested extension would move the deadlines from August 10, 2026, up to and including August 28, 2026. (*Id.*). In Defendant's Motion, Defendant seeks to further extend the deadline for the Parties to submit the proposed Protective Order up to and including September 2, 2026. (Dkt. No. 40 at 1). Defendant's Motion is unopposed. (*Id.* at 3).

Having considered the Motions, the Court finds that they should be and hereby are **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for the Parties to serve their Disclosures is **extended** up to and including **August 28, 2026**. The Court further **ORDERS** that the deadline for the Parties to submit their proposed Protective Order is **extended** up to and including **September 2, 2026**.

**So ORDERED and SIGNED this 28th day of August, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE