**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| VL COLLECTIVE IP LLC,<br>*Plaintiff,*<br>v.<br>MICROSOFT CORPORATION,<br>*Defendant.* | Case No. 2:26-cv-00346-JRG<br><br>JURY TRIAL DEMANDED |

## NOTICE OF COMPLIANCE

Plaintiff VL Collective IP LLC ("Plaintiff") hereby notifies the Court that pursuant to the Court's Docket Control Order (Dkt. 30) and Paragraphs 1 and 3 of the Discovery Order (Dkt. 34) Plaintiff has served its Initial and Additional Disclosures on Defendant via electronic mail on August 28, 2026.

Dated: August 28, 2026

Respectfully submitted,

/s/ *David Alberti*
David Alberti
CA Bar No. 220265 (Admitted E.D. Texas)
dalberti@albertilim.com
Sal Lim
CA Bar No. 211836 (Admitted E.D. Texas)
slim@albertilim.com
Russell S. Tonkovich
CA Bar No. 233280 (Admitted E.D. Texas)
rtonkovich@albertilim.com
James Barabas (*pro hac vice)*
NY Bar No. 3911484
jbarabas@albertilim.com
Hong S. Lin
CA Bar No. 249898 (Admitted E.D. Texas)
hlin@albertilim.com
Andrew Hamill
CA Bar No. 251156 (Admitted E.D. Texas)
ahamill@albertilim.com
Jeremiah A. Armstrong (*pro hac vice)*
CA Bar No. 253705
jarmstrong@albertilim.com
Nicholas Martini (*pro hac vice)*
CA Bar No. 237687
nmartini@albertilim.com
Ryan Dooley (*pro hac vice)*
CA Bar No. 321645
rdooley@albertilim.com
**ALBERTI LIM & TONKOVICH LLP**
950 Tower Lane, Suite 1725
Foster City, CA 94404
Telephone: (650) 825-4300
Facsimile: (650) 460-8443

Andrea L. Fair
Texas Bar No. 24078488
andrea@millerfairhenry.com
Garrett C. Parish
Texas Bar No. 24125824
garrett@millerfairhenry.com
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Pkwy
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*Attorneys for Plaintiff*
VL Collective IP LLC

## CERTIFICATE OF SERVICE

I certify that the foregoing document is being served via the Court's CM/ECF system on August 28, 2026, on all counsel of record who have consented to electronic service.

/s/ *David Alberti*
David Alberti