**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **VL COLLECTIVE IP LLC,**<br><br>**Plaintiff**,<br><br>**v.**<br><br>**MICROSOFT CORPORATION,**<br><br>**Defendant**. | **Civil Action No. 2:26-cv-00346-JRG**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF COMPLIANCE**

Defendant Microsoft Corporation. hereby notifies the Court that, pursuant to the Court's Docket Control Order (Dkt. No. 30), it has served its Initial Disclosures upon counsel of record for Plaintiff via email on August 28, 2026.

Dated: August 28, 2026

By */s/ Melissa R. Smith*

Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257

Natalie A. Bennett
Illinois Bar No. 6304611
natalie.bennett@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Telephone: (202) 739-5559
Facsimile: (202) 739-3001

Jason E. Gettleman
CA State Bar No. 269733
jason.gettleman@morganlewis.com
Ahren C. Hsu-Hoffman
TX State Bar No. 24053269
ahren.hsu-hoffman@morganlewis.com

Katerina Hora Jacobson
CA State Bar No. 342384
katerina.horajacobson@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1400 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 843-4000
Facsimile: (650) 843-4001

***ATTORNEYS FOR DEFENDANT MICROSOFT CORPORATION***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 28, 2026.

*/s/ Melissa R. Smith*
Melissa R. Smith