**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| VL COLLECTIVE IP LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 2:26-cv-00346-JRG<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF VL COLLECTIVE IP LLC'S ANSWER TO COUNTERCLAIMS TO FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff VL Collective IP LLC ("VL IP"), by and through its undersigned counsel, hereby answers Microsoft Corporation's ("Defendant" or "Microsoft") counterclaims as follows:

**PARTIES**

1. VL IP admits that Microsoft admitted in Paragraph 12 of its Answer to VL IP's Complaint that Microsoft Corporation is a corporation organized and existing under the laws of the State of Washington corporation.

2. Admitted.

**JURISDICTION AND VENUE**

3. VL IP admits that Microsoft purports to bring these Counterclaims under the patent laws of the United States, 35 U.S.C. § 1 et seq., and the Declaratory Judgment Act, 28 U.S.C. §§ 2201-02. VL IP denies that Microsoft is entitled to any of the relief it seeks for its Counterclaims.

4. Admitted.

5. Admitted.

6. Admitted.

**<u>COUNT 1 (Declaratory Judgement of Noninfringement of the ’868 Patent)</u>**

7. Plaintiff incorporates by reference and realleges the foregoing paragraphs as if set forth fully herein.

8. VL IP admits that it alleges in its FAC that Microsoft has infringed one or more claims of the ’868 Patent. Otherwise, denied.

9. Admitted.

10. Denied.

11. VL IP admits that Microsoft seeks a judicial determination of the respective rights of the parties with respect to the claims of the ’868 Patent. Otherwise, denied.

**<u>COUNT 2 (Declaratory Judgement of Noninfringement of the ’599 Patent)</u>**

12. Plaintiff incorporates by reference and realleges the foregoing paragraphs as if set forth fully herein.

13. VL IP admits that it alleges in its FAC that Microsoft has infringed one or more claims of the ’599 Patent. Otherwise, denied.

14. Admitted.

15. Denied.

16. VL IP admits that Microsoft seeks a judicial determination of the respective rights of the parties with respect to the claims of the ’599 Patent. Otherwise, denied.

**<u>COUNT 3 (Declaratory Judgement of Noninfringement of the ’474 Patent)</u>**

17. Plaintiff incorporates by reference and realleges the foregoing paragraphs as if set forth fully herein.

18. VL IP admits that it alleges in its FAC that Microsoft has infringed one or more

claims of the ’474 Patent. Otherwise, denied.

19. Admitted.

20. Denied.

21. VL IP admits that Microsoft seeks a judicial determination of the respective rights of the parties with respect to the claims of the ’474 Patent. Otherwise, denied.

**COUNT 4 (Declaratory Judgement of Invalidity of the ’868 Patent)**

22. Plaintiff incorporates by reference and realleges the foregoing paragraphs as if set forth fully herein.

23. VL IP admits that it alleges in its FAC that the ’868 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code. Otherwise, denied.

24. Admitted.

25. Denied.

26. VL IP admits that Microsoft seeks a judicial determination of the respective rights of the parties with respect to the validity of the claims of the ’868 Patent. Otherwise, denied.

**COUNT 5 (Declaratory Judgement of Invalidity of the ’599 Patent)**

27. Plaintiff incorporates by reference and realleges the foregoing paragraphs as if set forth fully herein.

28. VL IP admits that it alleges in its FAC that the ’599 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code. Otherwise, denied.

29. Admitted.

30. Denied.

31. VL IP admits that Microsoft seeks a judicial determination of the respective rights of the parties with respect to the validity of the claims of the ’599 Patent. Otherwise, denied.

**COUNT 6 (Declaratory Judgement of Invalidity of the '474 Patent)**

32. Plaintiff incorporates by reference and realleges the foregoing paragraphs as if set forth fully herein.

33. VL IP admits that it alleges in its FAC that the '474 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code. Otherwise, denied.

34. Admitted.

35. Denied.

36. VL IP admits that Microsoft seeks a judicial determination of the respective rights of the parties with respect to the validity of the claims of the '474 Patent. Otherwise, denied.

**MICROSOFT'S PRAYER FOR RELIEF**

VL IP denies the allegations set forth in Microsoft's Prayer for Relief, and VL IP further denies that Microsoft is entitled to any relief whatsoever, including any of the relief sought in paragraphs a-g of its Prayer for Relief. Microsoft's prayer should be denied in its entirety and with prejudice, and Microsoft should take nothing.

**JURY TRIAL DEMAND**

Microsoft's demand for jury trial does not contain allegations subject to admission or denial by Plaintiff. Pursuant to Rule 38 of the Federal Rules of Civil Procedure and Local Rule CV-38, Plaintiff requests a trial by jury on all claims and issues so triable.

Dated: August 31, 2026

By: */s/ David Alberti*

David Alberti
CA Bar No. 220265 (Admitted E.D. Texas)
dalberti@albertilim.com
Sal Lim
CA Bar No. 211836 (Admitted E.D. Texas)
slim@albertilim.com
Russell S. Tonkovich
CA Bar No. 233280 (Admitted E.D. Texas)
rtonkovich@albertilim.com
James P. Barabas (*pro hac vice)*
NY Bar No. 3911484
jbarabas@albertilim.com
Hong S. Lin
CA Bar No. 249898 (Admitted E.D. Texas)
hlin@albertilim.com
Andrew Hamill
CA Bar No. 251156 (Admitted E.D. Texas)
ahamill@albertilim.com
Jeremiah A. Armstrong (*pro hac vice)*
CA Bar No. 253705
jarmstrong@albertilim.com
Nicholas Martini (*pro hac vice)*
CA Bar No. 237687
nmartini@albertilim.com
Ryan Dooley (*pro hac vice)*
CA Bar No. 321645
rdooley@albertilim.com
**ALBERTI LIM & TONKOVICH LLP**
950 Tower Lane, Suite 1725
Foster City, CA 94404
Telephone: (650) 825-4300
Facsimile: (650) 460-8443

Andrea L. Fair
Texas Bar No. 24078488
andrea@millerfairhenry.com
Garrett C. Parish
Texas Bar No. 24125824
garrett@millerfairhenry.com
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Pkwy
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*Attorneys for Plaintiff VL Collective IP LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this August 31, 2026.

*/s/ David Alberti*
David Alberti