**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| VL COLLECTIVE IP LLC,<br>*Plaintiff,*<br>v.<br>MICROSOFT CORPORATION,<br>*Defendant.* | Case No. 2:26-cv-00346-JRG<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Pursuant to the Court's Docket Control Order (Dkt. 30) Plaintiff VL Collective IP LLC ("Plaintiff") and Microsoft Corporation ("Defendant") jointly and respectfully request that the Court enter the Agreed Proposed Protective Order, attached hereto.

Dated: September 2, 2026

/s/ *Melissa Smith*
Natalie A. Bennett (Admitted to Practice)
Illinois State Bar No. 6304611
natalie.bennett@morganlewis.com
Katerina Hora Jacobson (Admitted to Practice)
California Bar No. 342384
katerina.horajacobson@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
T. 202.739.3000
F. 202.739.3001

Ahren C. Hsu-Hoffman (Admitted to Practice)
Texas Bar No. 24053269
ahren.hsu-hoffman@morganlewis.com
Jason E. Gettleman (Admitted to Practice)
jason.gettleman@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1400 Page Mill Road
Palo Alto, CA 94304
T. 650.843.4000
F. 650.843.4001

Melissa Smith (SBN 24001351)
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Phone: 903 934-9257

*Attorneys for Defendant*
Microsoft Corporation

Respectfully submitted,

/s/ *David Alberti*
David Alberti
CA Bar No. 220265 (Admitted E.D. Texas)
dalberti@albertilim.com
Sal Lim
CA Bar No. 211836 (Admitted E.D. Texas)
slim@albertilim.com
Russell S. Tonkovich
CA Bar No. 233280 (Admitted E.D. Texas)
rtonkovich@albertilim.com
James Barabas (*pro hac vice)*
NY Bar No. 3911484
jbarabas@albertilim.com
Hong S. Lin
CA Bar No. 249898 (Admitted E.D. Texas)
hlin@albertilim.com
Andrew Hamill
CA Bar No. 251156 (Admitted E.D. Texas)
ahamill@albertilim.com
Jeremiah A. Armstrong (*pro hac vice)*
CA Bar No. 253705
jarmstrong@albertilim.com
Nicholas Martini (*pro hac vice)*
CA Bar No. 237687
nmartini@albertilim.com
Ryan Dooley (*pro hac vice)*
CA Bar No. 321645
rdooley@albertilim.com
**ALBERTI LIM & TONKOVICH LLP**
950 Tower Lane, Suite 1725
Foster City, CA 94404
Telephone: (650) 825-4300
Facsimile: (650) 460-8443

Andrea L. Fair
Texas Bar No. 24078488
andrea@millerfairhenry.com
Garrett C. Parish
Texas Bar No. 24125824
garrett@millerfairhenry.com
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Pkwy
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*Attorneys for Plaintiff*
VL Collective IP LLC

**CERTIFICATE OF SERVICE**

I certify that the foregoing document is being served via the Court's CM/ECF system on September 2, 2026, on all counsel of record who have consented to electronic service.

/s/ *David Alberti*
David Alberti

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff met and conferred with all counsel of record pursuant to Local Rule CV-7(i), and this is a joint submission.

/s/ *David Alberti*
David Alberti