**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| VL COLLECTIVE IP LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:26-cv-00346-JRG<br><br>**JURY TRIAL DEMANDED** |

**MICROSOFT'S UNOPPOSED MOTION FOR EXTENSION TO SERVE ITS INVALIDITY CONTENTIONS, ACCOMPANYING DOCUMENT PRODUCTION, AND SUBJECT MATTER ELIGIBILITY CONTENTIONS**

Microsoft files this Unopposed Motion for Extension of Time to comply with P.R. 3-3 (Invalidity Contentions) and P.R. 3-4 (Document Production Accompanying Invalidity Contentions) and to comply with the Court's Standing Order regarding Subject Matter Eligibility Contentions as follows:

| Deadline | Current Date | New Date |
|---|---|---|
| Comply with P.R. 3-3 (Invalidity Contentions) & 3-4 (Document Production Accompanying Invalidity Contentions) | 09/14/2026 | 09/24/2026 |
| Comply with Standing Order Regarding Subject-Matter Eligibility Contentions | 09/14/2026 | 09/24/2026 |

Microsoft's Invalidity Contentions pursuant to P.R. 3-3, accompanying document production pursuant to P.R. 3-4, and Subject Matter Eligibility Contentions are currently due by September 14, 2026, as set by the Court's July 23, 2026 Order granting a prior extension of this deadline (Dkt. 29). Microsoft respectfully requests that the Court extend this deadline by ten days, including September 24, 2026. Plaintiff VL Collective IP LLC does not oppose this extension.

This requested extension of time is not for the purpose of delay and will not prejudice the parties.

Date: September 4, 2026

Respectfully submitted,

/s/ *Melissa R. Smith*
Natalie A. Bennett*
Illinois State Bar No. 6304611
natalie.bennett@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
T. 202.739.3000
F. 202.739.3001

Ahren C. Hsu-Hoffman
Texas Bar No. 24053269
ahren.hsu-hoffman@morganlewis.com
Jason E. Gettleman*
California Bar No. 269733
jason.gettleman@morganlewis.com
Katerina Hora Jacobson*
California Bar No. 342384
katerina.horajacobson@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA 94304
T. 650.843.4000
F. 650.843.4001

Melissa R. Smith
State Bar No. 24001351
James Travis Underwood
State Bar No. 24102587
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com
travis@gillamsmithlaw.com

**Admitted to Practice*
***Attorneys for Defendant Microsoft Corporation***

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on , a true and correct copy of the foregoing document was served on all counsel of record who have appeared in this case via the Court's CM/ECF system per Local Rule CV-5.

/s/ *Melissa R. Smith*
Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for the parties have complied with the meet and confer requirement in Local Rule CV-7(h). This motion unopposed.

/s/ *Melissa R. Smith*
Melissa R. Smith