**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| VL COLLECTIVE IP LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:26-cv-00346-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING MICROSOFT'S UNOPPOSED MOTION FOR EXTENSION TO SERVE ITS INVALIDITY CONTENTIONS, ACCOMPANYING DOCUMENT PRODUCTION, AND SUBJECT MATTER ELIGIBILITY CONTENTIONS.**

The Court, having considered Defendant Microsoft Corporation's Unopposed Motion for Extension to comply with P.R. 3-3 (Invalidity Contentions) and P.R. 3-4 (Document Production Accompanying Invalidity Contentions) and to comply with the Court's Standing Order regarding Subject Matter Eligibility Contentions, and finding that good cause exists for the requested extension, hereby GRANTS the Unopposed Motion.

IT IS THEREFORE ORDERED that the deadline for Microsoft to comply with P.R. 3-3 (Invalidity Contentions) and P.R. 3-4 (Document Production Accompanying Invalidity Contentions) and to comply with the Court's Standing Order regarding Subject Matter Eligibility Contentions is extended by ten days, to and including September 24, 2026.