**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| VL COLLECTIVE IP LLC,<br>*Plaintiff,*<br>v.<br>MICROSOFT CORPORATION,<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:26-cv-00346-JRG<br><br>JURY TRIAL DEMANDED |

**ORDER**

Before the Court is Plaintiff VL Collective IP LLC and Defendant Microsoft Corporation's Stipulation of Voluntary Dismissal with Prejudice Pursuant to Rule 41(a)(1)(A)(ii) (the "Stipulation"). The Court, having considered the Stipulation, hereby **ACCEPTS AND ACKNOWLEDGES** the Stipulation. **IT IS HEREBY ORDERED** that all of Plaintiff's claims, are **DISMISSED** with prejudice, all of Defendant's claims, counterclaims, and defenses asserted in this case are **DISMISSED** without prejudice, and each party shall bear its own costs and attorneys' fees.