**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| VL COLLECTIVE IP LLC,<br>*Plaintiff,*<br>v.<br>MICROSOFT CORPORATION,<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:26-cv-00346-JRG |

**ORDER**

Before the Court is the Stipulation of Voluntary Dismissal with Prejudice Pursuant to Rule 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiff VL Collective IP LLC ("Plaintiff") and Defendant Microsoft Corporation ("Defendant") (collectively, the "Parties"). (Dkt. No. 47). In the Stipulation, the Parties jointly move to dismiss "Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims, defenses, or counterclaims for relief against Plaintiff without prejudice, with each party to bear its own costs and attorneys' fees," pursuant to Rule 41 of the Federal Rules of Civil Procedure. (*Id.* at 1).

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that Plaintiff's claims against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE** and that Defendant's claims against Plaintiff in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees. All pending requests for relief in the above-captioned case between Plaintiff and Defendant not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 7th day of October, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE